# EXHIBIT N

Entire Exhibit will be filed under D.C.COLO.LCivR 7.2 Restriction Level 1