# EXHIBIT P

Entire Exhibit will be filed under
D.C.COLO.LCivR 7.2 Restriction Level 1