IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:24-cv-00823-CNS-CYC**

CINDY McCORMICK;
RONALD McCORMICK; and,
TRUPP LAND MANAGEMENT LLC,

    Plaintiffs,

v.

HRM RESOURCES, LLC,
HRM RESOURCES II, LLC,
HRM RESOURCES III, LLC,
HRM RESOURCES IV, LLC,
L. ROGER HUTSON,
TERRY PAPE,
PAINTED PEGASUS PETROLEUM, LLC,
JOHN HOFFMAN,

    Defendants.

---

**DECLARATION OF COLORADO ENERGY AND CARBON MANAGEMENT
COMMISSION DIRECTOR JULIE MURPHY**

---

I, Julie Murphy, hereby declare as follows:

1. I am over the age of 18 and am competent to testify to the matters in this Declaration. I make this Declaration based upon my personal knowledge of the facts and circumstances stated herein.

2. Since July 1, 2020, I have been the Director at the Colorado Energy and Carbon Management Commission ("ECMC" or "Commission"). My responsibilities include

1

leading the ECMC Staff in implementing ECMC's orders, conducting inspections and enforcing ECMC Rules, and administering the ECMC Orphaned Well Program.

3. ECMC defines an oil and gas "Operator" as "any person who exercises the right to control the conduct of any operation subject to the regulatory and permitting authority of the Commission," regardless of whether that person owns the well. ECMC Series 100 Rules (Definitions). Operations subject to the authority of the Commission include plugging and abandoning wells. ECMC Series 100 Rules (Definition of "Oil and Gas Operations").

4. Before any person may lawfully operate a well in Colorado, that person must both register with ECMC as an oil and gas operator and submit financial assurance in the amount required by ECMC, among other requirements. ECMC Rules 205.a. and 702.b. The amount of required financial assurance varies based upon the number and quality of an operator's wells. ECMC Rule 702.c. In general, ECMC's Rules require a higher per-well bonding amount for wells that are less productive because ECMC concluded those wells to be at a greater risk to be orphaned. ECMC Rule 702.d.

5. An "Orphaned Well" is an oil and gas well for which ECMC is unable to locate an operator, or where the operator identified within the ECMC records as the operator of a well is unwilling or unable to plug and abandon the well. ECMC Series 100 Rules (Definitions). ECMC follows a process for identifying orphaned well sites and prioritizing work related to sites and wells in the Orphaned Well Program. First, ECMC receives referrals about possible orphaned well sites from complaints, external agencies, internal file review, and ECMC field inspections. ECMC then determines whether the site

2

can be included in the Orphaned Well Program by checking if the site is already in the Program, if there is an active oil and gas operator responsible for the work, whether there is any available financial assurance, and whether a bond claim needs to be commenced. Finally, when ECMC Staff identifies wells that have been orphaned, ECMC holds a public hearing at which it may declare the wells as orphaned and instructs the Director to transfer the wells out of operatorship of the former operator and into the Orphaned Well Program. If the Commission declares the wells as orphaned, ECMC also claims the former operator's financial assurance.

6. The Orphaned Well Program was first created in 1990 when the Colorado legislature authorized a budget appropriation to plug and abandon historic oil and gas wells with no available responsible operator. The Orphaned Well Program prioritizes and addresses oil and gas wells, locations, and production facilities statewide.

7. ECMC does not obtain legal title to the orphaned wells but only ECMC has the authority to operate the wells once they are declared by the Commission to be orphaned. ECMC's Orphaned Well Program operates the wells only to the extent necessary to plug and abandon wells, and reclaim locations. Generally through third-party contractors, the Orphaned Well Program plugs wells, removes production equipment and debris, investigates and remediates soil and groundwater impacts, installs safety equipment such as fences, signs, and locks or tags, and reclaims well pads, remote production sites, and access roads.

8. The Orphaned Well Program is funded through the Orphan Wells Mitigation Enterprise. The Orphaned Well Program's expenses are covered by oil and gas operators

3

through an Orphan Wells Mitigation Enterprise mitigation fee on oil and gas production, financial assurance bond claims, and federal grants.

9. Since its inception in 1990, the Orphaned Well Program has plugged more than 700 wells. Of those, more than 230 were plugged since 2013.

10. As of June 2025, there are over 1,800 orphaned sites in the Orphaned Well Program with work planned or in progress. There are 956 remaining wells to plug and abandon on those sites.

11. The ECMC Orphaned Well Program team analyzes orphaned wells and locations using available file data, field inspection reports, aerial photographs, site photographs, and topographic maps to score the site for prioritization into low, medium, and high rankings considering the following risk factors: (1) population density and urbanization; (2) environmental factors; (3) years in service; (4) active spills; (5) stormwater issues; (6) noxious weeds; (7) wildlife, livestock, or vegetation impacts; (8) surface equipment; (9) bradenhead pressure; (10) mechanical integrity test data; and (11) any documented history of venting or leaking. This process typically involves one or more inspections of the well site.

12. When selecting sites to include in a field project, the ECMC Orphaned Well Program team considers the site rank, as well as the proximity of multiple sites that are close to each other to reduce expenses, the location of sites in disproportionately impacted communities, and the availability of ECMC field staff to manage the project.

13. Next, the ECMC Orphaned Well Program team defines the scope of work for the site, which may include the following work: field operations (signs, labels, locks,

tags, fencing, fluid removal from production equipment, and equipment decommissioning including removal, disposal, or salvage); engineering (plug wells and abandon flowlines); environmental (sampling, analysis, and remediation); and reclamation (contouring, grading, seeding, and weed control).

14. The ECMC Orphaned Well Program team also identifies relevant field inspection reports, photos, and surface and mineral ownership, before working within the state procurement system to issue awards to contractors, and then scheduling and executing the work. The ECMC Orphaned Well Program team then verifies the completed work with the contractor and surface owner and identifies any follow-up monitoring activities for the site.

15. The wells listed in Exhibit 2 to Devin Dickey's Declaration (the "Painted Pegasus Wells") are in the Orphaned Well Program. There are other wells not listed in Exhibit 2 to Devin Dickey's Declaration that are in the Orphaned Well Program. The Painted Pegasus Wells are at different stages in the work process for plugging and abandoning based on the priority system. Some of the Painted Pegasus Wells have already been plugged and abandoned, while work on other Painted Pegasus Wells and associated sites remains pending.

16. For example, the Greenemeier #9-30 well (API No. 001-07100), which is a Painted Pegasus Well and is marked "High" priority, was plugged and abandoned by an active operator, Extraction Oil & Gas, Inc. ("Extraction") on December 11, 2024.[1] The

---

[1] *See* ECMC Document No. 404068601, Form 6-Subsequent.

5

remaining work for the well site, including removal of the wellhead and related equipment and reclamation of the surface land, is in progress and will be completed through the ECMC Orphaned Well Program by the end of 2026.[2]

17. As another example, the UPRR 23 Pan Am L #1 well (API No. 001-07320), which is a Painted Pegasus Well and is marked "High" priority, was plugged and abandoned by Extraction on December 31, 2024.[3] The remaining work for the well site is in progress.[4]

18. Active operators cannot plug and abandon wells in the Orphaned Well Program without ECMC Orphaned Well Program permission. Extraction obtained permission from the ECMC Orphaned Well Program to plug and abandon the Greenemeier #9-30 well (API No. 001-07100) and the UPRR 23 Pan Am L #1 well (API No. 001-07320).

19. Inactive operators cannot plug and abandon wells in the Orphaned Well Program.

20. The Painted Pegasus Wells that have not yet been plugged and abandoned will be plugged and abandoned, and the surface lands reclaimed, through the ECMC Orphaned Well Program based on the priority system. The well sites associated with the Painted Pegasus Wells that have already been plugged and abandoned will be reclaimed through the ECMC Orphaned Well Program based on the priority system.

---

[2] Table 4, https://ecmc.colorado.gov/regulation/orphaned-well-program/owp-reports.
[3] *See* ECMC Document No. 404073500, Form 6-Subsequent.
[4] Table 4, https://ecmc.colorado.gov/regulation/orphaned-well-program/owp-reports.

6

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30 day of June, 2025.

                    */s/ Julie Murphy*
                    Julie Murphy
                    Director, Colorado Energy and Carbon Management Commission