UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:24-cv-00823-CNS-CYC**

CINDY McCORMICK; RONALD McCORMICK; and TRUPP LAND MANAGEMENT LLC,
    Plaintiffs,

v.

HRM RESOURCES, LLC, a Delaware limited liability company;
HRM RESOURCES II, LLC, a Delaware limited liability company;
HRM RESOURCES III, LLC, a Delaware limited liability company;
HRM RESOURCES IV, LLC, a Delaware limited liability company;
L. ROGER HUTSON, an individual; TERRY PAPE, an individual;
PAINTED PEGASUS PETROLEUM, LLC, a Texas limited liability company;
and JOHN HOFFMAN, an individual
    Defendants.

---

**JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES AND RESET PRETRIAL CONFERENCE**

---

Plaintiffs Cindy McCormick, Ronald McCormick, and Trupp Land Management LLC (collectively "plaintiffs"), the HRM Defendants,[1] through their respective counsel, and defendant John Hoffman, *pro se*, respectfully submit this Joint Motion to Modify Scheduling Order to Extend Fact and Expert Discovery Deadlines and Reset the Pretrial Conference ("Joint Motion") and advise the Court as follows:

---

[1] The HRM Defendants include HRM RESOURCES, LLC, HRM RESOURCES II, LLC, HRM RESOURCES III, LLC, HRM RESOURCES IV, LLC, L. Roger Hutson, and Terry Pape.

1. On May 8, 2024, the Court entered the Scheduling Order. (ECF No. 45). Section 9(e) of the Scheduling Order set expert disclosures for February 21, 2025, and rebuttal expert disclosures for March 28, 2025.

2. On May 13, 2024, the Court set a Final Pretrial Conference for October 28, 2025. (ECF No. 46).

3. On March 7, 2025, the Court issued an Order on the HRM Defendants' Motion to Modify Scheduling Order. (ECF No. 103).

4. The March 7, 2025 Order set the following deadlines:

 a. Fact Discovery Cutoff: November 7, 2025;

 b. Expert Discovery Cutoff: April 3, 2026.

5. Through this Joint Motion, the parties request that the Scheduling Order be modified as set forth below. There is good cause for this request.

6. First, the parties jointly request a modest extension of the fact discovery cutoff by six (6) weeks until December 19, 2025, to allow the parties additional time to complete fact discovery. The parties are diligently pursuing discovery and have made significant progress on fact discovery but require additional time to complete it. Plaintiffs have deposed Defendants John Hoffman and Terry Pape, and former Painted Pegasus Petroleum employee Keith Hubbard, and are scheduled to depose Defendant Roger Hutson and HRM Defendants' employees Patrick McGraw and Todd Burgamy within the next five weeks. The HRM Defendants have deposed named plaintiffs Cindy McCormick, Ronald McCormick, and Trupp Land Management LLC, as well as Plaintiffs' declarant in support of their motion for class certification, Devin Dickey. The

2

parties plan to depose the Colorado Energy and Carbon Management Commission in October. The parties are also in the process of reviewing and producing additional documents and providing supplemental interrogatory responses following discovery disputes, which they have addressed with the Court. Both parties have issued numerous third-party subpoenas and are in the process of collecting and reviewing documents from those subpoenas, and working to resolve discovery disputes with those third parties. The parties may take additional depositions of third parties based on documents received in response to those subpoenas. As such, the parties require additional time to complete fact discovery, and respectfully request a six-week extension of the fact discovery cutoff, up to and including December 19, 2025. This is the first time the parties have requested an extension of the November 7, 2025 fact discovery cutoff.

7.      Second, the parties request a corresponding six-week extension of the current April 3, 2026 expert discovery cutoff, up to and including to June 8, 2026, to account for the parties' requested extension of fact discovery. The original expert disclosure deadlines had not been reset from the original Scheduling Order, and as the parties move forward with discovery, the parties agree that the expert disclosure deadlines should be reset in accordance with their proposed amended expert discovery cutoff.

8.      Third, and relatedly, the parties request to extend the expert disclosure deadlines as follows:

      a. Expert Disclosures: February 27, 2026;

3

      b. Rebuttal Expert Disclosures: March 30, 2026.

9. Fourth, the parties further request that the Court adopt the same dispositive motion deadline as previously set in the May 8, 2024 Scheduling Order (ECF No. 45), which is forty-five (45) days after the close of expert discovery or, if a class certification motion is still pending at that time, forty-five (45) days after the class certification motion is decided, whichever is later.

10. Fifth, the parties request that the Final Pretrial Conference currently set for October 28, 2025, be vacated and reset following a ruling on Plaintiffs' Motion for Class Certification or after the parties' proposed amended June 8, 2026 expert discovery cutoff, whichever the Court deems appropriate.

11. No party will be prejudiced by the requested relief.

WHEREFORE, the parties respectfully request that the Court enter an Order modifying the Scheduling Order: (1) to extend the fact discovery cutoff, up to and including December 19, 2025; (2) to extend the expert discovery cutoff, up to and including to June 8, 2026; (3) to extend the expert disclosure deadlines such that expert disclosures shall be due by February 27, 2026 and rebuttal expert disclosures shall be due by March 30, 2026; (4) to adopt the same dispositive motion deadline as previously set in the May 8, 2024 Scheduling Order, which is forty-five (45) days after the close of expert discovery or, if a class certification motion is still pending at that time, forty-five (45) days after the class certification motion is decided, whichever is later; and (5) to vacate the Final Pretrial Conference currently set for October 28, 2025, and reset it following a ruling on Plaintiffs' Motion for Class Certification or after the parties'

4

proposed amended June 8, 2026 expert discovery cutoff, whichever the Court deems appropriate. A proposed form of order is attached for the convenience and consideration of the Court.

Dated this 12th day of September, 2025, in Denver, Colorado.

| | |
|---|---|
| *s/ Benjamin W. Hudgens* <br> Christopher P. Carrington <br> Benjamin W. Hudgens <br> Zigmas Polinauskas <br> **RICHARDS CARRINGTON, LLC** <br> 1444 Blake Street <br> Denver, Colorado 80202 <br> Telephone: 303-962-2690 <br> Email: chris@richardscarrington.com <br>        ben@richardscarrington.com <br>        zigmas@richardscarrington.com <br> *Attorneys for Plaintiffs* | */s/ Matthew C. Arentsen* <br> Richard B. Benenson <br> Justin L. Cohen <br> Matthew C. Arentsen <br> Max Porteus <br> BROWNSTEIN HYATT FARBER SCHRECK, LLP <br> 675 15th Street, Suite 2900 <br> Denver, Colorado 80202 <br> Phone: 303-223-1100 <br> Email: rbenenson@bhfs.com <br>        jcohen@bhfs.com <br>        marentsen@bhfs.com <br>        mporteus@bhfs.com <br><br> *Attorneys for HRM Resources, LLC, HRM Resources II, LLC, HRM Resources III, LLC, HRM Resources IV, LLC, L. Roger Hutson, and Terry Pape* <br><br> DEFENDANT JOHN HOFFMAN (PRO SE) <br><br> */s/ John Hoffman* <br> John Hoffman |

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the foregoing **JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES AND RESET PRETRIAL CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Richard B. Benenson
Justin L. Cohen
Matthew C. Arentsen
Max Porteus
Madeleine L. Tayer
BROWNSTEIN HYATT FARBER SCHRECK, LLP
rbenenson@bhfs.com
jcohen@bhfs.com
marentsen@bhfs.com
mporteus@bhfs.com
mtayer@bhfs.com

And via electronic mail:
John Hoffman
johnghoffman@icloud.com

*s/ Dyanna Spicher*
Dyanna Spicher, Paralegal

6