# EXHIBIT L

Patrick McGraw; September 30, 2025

```
 1                    UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
 2

       Civil Action No. 1:24-cv-00823-CNS-CYC
 3

       CINDY McCORMICK; RONALD McCORMICK; and
 4     TRUPP LAND MANAGEMENT, LLC,

 5           Plaintiffs,

 6     v.

 7     HRM RESOURCES, LLC, a Delaware limited liability company;
       HRM RESOURCES II, LLC, a Delaware limited liability
 8     company; HRM RESOURCES III, LLC, a Delaware limited
       liability company; HRM RESOURCES IV, LLC, a Delaware
 9     limited liability company; L. ROGER HUTSON, an individual,
       TERRY PAPE, an individual; PAINTED PEGASUS PETROLEUM, LLC,
10     a Texas limited liability company; and JOHN HOFFMAN, an
       individual,
11
             Defendants.
12
13     _____
14
       DEPOSITION OF PATRICK McGRAW            September 30, 2025
15
       _____
16
17
18            Pursuant to Notice and the Colorado Rules of
19     Civil Procedure, the deposition of PATRICK McGRAW, called
20     by Plaintiff, was taken on Tuesday, September 30, 2025,
21     commencing at 9:09 a.m. at 675 15th Street, Suite 2900,
22     Denver, Colorado, before Connie Tocco, Colorado Realtime
23     Certified Reporter and Registered Professional Reporter
24     within and for the State of Colorado.
25
                                                           Page 1
```

Patrick McGraw; September 30, 2025

```
 1                        A P P E A R A N C E S
 2
            CLIENTEARTH USA
 3          Camille Sippel, Esq.
            Jaclyn Lee, Esq.   (via remote)
 4          Setareh Homayoni, Esq.   (via remote)
            501 Santa Monica Boulevard, Suite 510
 5          Santa Monica, California 90401
            csippel@clientearth.org
 6          jlee@clientearth.org
            shomayoni@clientearth.org
 7          Appearing on behalf of Plaintiffs
 8          RICHARDS CARRINGTON, LLC
            Zigmas Polinauskas, Esq.
 9          1444 Blake Street
            Denver, Colorado 80202
10          zigmas@richardscarrington.com
            Appearing on behalf of Plaintiffs
11
            BROWNSTEIN HYATT FARBER SCHRECK, LLP
12          Alexander Jack, Esq.
            Madeleine Tayer, Esq.
13          Matthew Arentsen, Esq.
            675 15th Street, Suite 2900
14          ajack@bhfs.com
            mtayer@bhfs.com
15          marentsen@bhfs.com
            Denver, Colorado 80202
16          Appearing on behalf of Defendants
17
18
19
20
21
22
23
24
25
                                                          Page 2
```

Patrick McGraw; September 30, 2025

1              Q.    (By Ms. Sippel)  What due diligence did
2      HRM do on the buyer, P3?
3              A.    Explain.
4              Q.    Did you collect any information about P3?
5              A.    What kind of information?
6              Q.    Any information about the company.
7              A.    ▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
8      ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
9      ▆▆▆ ▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆
10     ▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆
11     ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
12     ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
13             ▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆
14     ▆▆ ▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
15             ▆ ▆ ▆▆▆▆▆▆▆▆▆▆▆
16     ▆▆▆▆▆▆▆▆
17             ▆ ▆▆▆▆▆▆▆
18             ▆ ▆▆▆▆▆▆ ▆▆
19             ▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
20     ▆▆▆▆▆▆▆▆▆▆▆▆
21             ▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
22     ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
23     ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
24             ▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
25     ▆▆▆

Page 12

Patrick McGraw; September 30, 2025

```
 1            Q.    But HRM didn't post all of their other
 2     assets on EnergyNet, right?
 3            A.    No.  But there were six or seven
 4     different assets sold on EnergyNet.
 5            Q.    And why was EnergyNet a good choice for
 6     these specific assets?
 7            A.    I think you get to a broader audience via
 8     EnergyNet.
 9            Q.    And these assets required a broader
10     audience?
11                  MR. ARENTSEN:  Objection.  Form.
12            A.    A broader audience doesn't hurt.
13            Q.    (By Ms. Sippel)  What information was
14     available on the EnergyNet posting for operators prior to
15     bidding?
16            A.    I don't remember, specifically, but I can
17     give you a list of things you typically see in those data
18     rooms, and it would be a well schedule, a list of the
19     wells.  A lease schedule.  Those would be oil and gas
20     leases.  Material contract, schedule list of pertinent
21     contracts, reserves analysis, historical financials.
22            Q.    Earlier you said that 3rd Creek assets
23     were not on the original EnergyNet posting.  Why were
24     they not included in the original posting?
25                  MR. ARENTSEN:  Objection.  Form.
```

Page 72

Patrick McGraw; September 30, 2025

```
 1              A.   And when we say "original," I want to
 2     make sure that I'm following you.  You mean, the actual
 3     process that went on in --
 4              Q.   Yeah.
 5              A.   -- June, July, whenever it was of 2018?
 6              Q.   Yeah.  So when -- when the public
 7      EnergyNet posting went out to everybody, the 3rd Creek
 8      assets were not there, correct?
 9              A.   Yeah.
10              Q.   And why?
11              A.   In my opinion, because there was a lot of
12     uncertainty around the gas takeaway for those properties.
13              Q.   So how did the 3rd Creek assets sort
14      of -- well, let me back up.
15                   Were the 3rd Creek assets sold to P3?
16              A.   Yes.  They were included in the
17     transaction.
18              Q.   And how did they -- because they weren't
19      on the original -- original EnergyNet posting, how did
20      they get added to the deal?
21                   MR. ARENTSEN:  Objection.  Form.
22              A.   ████████████████████████  ████
23     ██████████████████████████   ██████████████████████████
24     ████████   ████████████████████████████████
25     ██████████████████████   ████████████████████████  ██
```

Page 73

Patrick McGraw; September 30, 2025

```
 1   ████████████████████████████  ██████████████████
 2   ████████████████  ███████████████████████████
 3   █████████████████
 4        █  ██████  ██████  ████████████████████
 5        █  █████  █████  ██████
 6        █  ██████████████
 7        █  ███████████████████████████
 8   ████████████████  █████████  ██████  █  ██████████
 9        █  ████████████████████████
10   ██████████████████████████████████████████████
11            ██████████████  ████████████  ██████
12        █  ███████
13             Q.    (By Ms. Sippel)  And when I mention the
14        3rd Creek assets, we're on the same page, that those are
15        all of the 70 or so wells that were on the pipeline that
16        shut down?
17             A.    Yes.
18        █  █████████████████████████
19   ██████  ██████████████████████████████
20   ████
21        █  ██████████████████████████
22   ████████████████████████████  ████████████
23   ██████████████████████████
24        █  ██████████████████████████
25   █████████████████████
```

Page 74

Patrick McGraw; September 30, 2025

```
1    STATE OF COLORADO      )
2                           ) ss.         REPORTER'S CERTIFICATE
3    COUNTY OF WELD         )
4
5            I, CONNIE TOCCO, do hereby certify that I am a
6    Colorado Realtime Certified Reporter and Registered
7    Professional Reporter within the State of Colorado; that
8    previous to the commencement of the examination, the
9    deponent was duly sworn to testify to the truth.
10           I further certify that this deposition was taken
11   in shorthand by me at the time and place herein set forth
12   and was thereafter reduced to typewritten form, and that
13   the foregoing constitutes a true and correct transcript.
14           I further certify that I am not related to,
15   employed by, nor of counsel for any of the parties or
16   attorneys herein, nor otherwise interested in the result
17   of the within action.
18           In witness whereof, I have affixed my signature
19   this 7th day of October, 2025.
20
21
22
23                              _____
24                              Connie Tocco, CRCR, RPR
25
```

Page 235