# EXHIBIT M

# State of Colorado
## Oil and Gas Conservation Commission
1120 Lincoln Street, Suite 801, Denver, Colorado 80203  (303) 894-2100 Fax (303) 894-2109

Form NOAV Rev 6/99



**\*\*\* NOTICE OF ALLEGED VIOLATION \*\*\***

RECEIVED SEP 09 2009 COGCC

| FOR OGCC USE ONLY |
|---|
| 05/05/2009 |
| 200209517 |

**Date Notice Issued:** 05/05/2009

OGCC Operator Number: 76104
Name of Operator: SAMSON RESOURCES COMPANY
Address: 370 17TH STREET, SUITE 3000
City: DENVER   State: CO   Zip: 80202
Company Representative: DIANE VISSER

Well Name: EVANS   Well Number: 1   Facility Number: 257270
Location (QtrQtr, Sec, Twp, Rng, Meridian): SWSE 18 12N 92W 6   County: MOFFAT
API Number: 05 081 06984 00   Lease Number:

COGCC Representative: KOEHLER BOB   Phone Number: 303 894-2100 X5147

**THE FOLLOWING ALLEGED VIOLATION WAS FOUND BY THE COGCC REPRESENTATIVE FOR THE SITE LISTED**

Date of Alleged Violation: 05/05/2009   Approximate Time of Violation:

**Description of Alleged Violation:**
Well has been shut-in since at least July 2000 without having passed a mechanical integrity test (MIT). Therefore, the well has not met the requirements of COGCC Rule 326.b.(1) that a mechanical integrity test be performed within the first two years of the well being shut-in and/or at five year intervals after an initial MIT.

**Act, Order, Regulation, Permit Conditions Cited:**
Rules 326.b.(1)

**Abatement or Corrective Action Required to be Performed by Operator:\***
The operator is required to either: 1.) produce the well, 2.) perform a mechanical integrity test on the well (the well must pass the test), or 3.) properly plug and abandon the well. Forms used to submit information and operational requests shall be the most recent versions available on the Colorado Oil and Gas Conservation Commission website: www.colorado.gov/cogcc.

Abatement or Corrective Action to be Completed by (date): 11/05/2009
\* Proper and timely abatement does not necessarily preclude the assessment of penalties and an Order Finding Violation.

**TO BE COMPLETED BY OPERATOR** - When alleged violation is corrected, sign this notice and return to above address:
Company Representative Name: Heidi Lehr   Title: Sr Engineer Tech.
Signature: Heidi Lehr   Date: 9/3/09
Company Comments:
Well was P&A'd 8/12/09. Subsequent Form 6 was sent 9/3/09.

**\*\*\* THIS NOTICE CONSTITUTES A SEPARATE NOTICE OF ALLEGED VIOLATION FOR EACH VIOLATION LISTED \*\*\***

**WARNING**
Abatement and reporting time frames for Notices of Alleged Violation begin upon receipt of the Notice or five days after the date it is mailed, whichever is earlier. Each violation must be abated within the prescribed time upon receipt of this Notice, reported to the Colorado Oil and Gas Conservation Commission at the address shown above, and postmarked no later than the next business day after the prescribed time for abatement. Should abatement or corrective action fail to occur, the Director may make application to the Commission for an Order Finding Violation. Proper and timely abatement does not necessarily preclude the assessment of penalties and an Order Finding Violation.

**PENALTY PROPOSED BY THE DIRECTOR PER RULE 523**
The Director may propose a penalty as listed in the table below, not to exceed a maximum of $1,000.00 per day per violation. Such proposed penalty amount will be limited to $10,000.00 per violation if the violation does not result in significant waste of oil and gas resources, damage to correlative rights, or a significant adverse impact on public health, safety, or welfare. Such proposed penalty amount may be increased if aggravating factors indicate the violation: was intentional or reckless; had, or threatened to have, a significant negative impact on public health, safety, or welfare; resulted in significant waste of oil and gas resources; had a significant negative impact on correlative rights of other parties; resulted in, or threatened to result in, significant loss or damage to public or private property; involved recalcitrance or recidivism upon the part of the violator; involved intentional false reporting or record keeping; resulted in economic benefit to the violator. Such proposed penalty amount may be decreased if mitigating factors indicate the violator: self-reported; promptly, effectively and prudently responded to the violation; cooperated with the Commission or other agencies with respect to the violation; could not reasonably control, or be responsible for, the cause of the violation; made a good faith effort to comply with applicable requirements prior to the Commission learning of the violation; had any economic benefit reduced or eliminated due the cost of correcting the violation; has demonstrated a history of compliance with Commission rules, regulations and orders. The Commission has final authority over the penalty amount assessed. The Commission or other agencies with respect to the violation; could not reasonably control, or be responsible for, the cause of the violation; made a good faith effort to comply with applicable requirements prior to the Commission learning of the violation; had any economic benefit reduced or eliminated due to the cost of correcting the violation; has demonstrated a history of compliance with Commission rules, regulations, and orders. The Commission has final authority over the penalty amount assessed.

BASE FINE $250.00 PER DAY PER VIOLATION: RULES 210, 307, 311, 312, 313, 314A, 315, 403, 405, 803, 804
BASE FINE $500.00 PER DAY PER VIOLATION: RULES 205, 206, 207, 208, 302, 308, 309, 310, 316A, 321, 322, 328, 329, 330, 331, 332, 401
BASE FINE $750.00 PER DAY PER VIOLATION: RULES 605, 606A, 606B, 607
BASE FINE $1,000.00 PER DAY PER VIOLATION: RULES 209, 301, 303, 305, 306, 316B, 317, 317A, 318, 319, 320, 323, 324, 325, 326, 327, 333, 404, 802, 603, 604, 703, 704, 705, 706, 707, 708, 709, 711, 802, 901, 902, 903, 904, 905, 906, 907, 908, 909, 910, 911, 912, 1002, 1003, 1004, 1101, 1102, 1103

In accordance with Rule 523.a.(4), fines for violations for which no base fine is listed shall be determined by the Commission at its discretion.

Signature of COGCC Representative: [signature Robert Koehler]   Date: 05/05/2009   Time: 8:00AM
Resolution Approved by: [signature Robert Koehler]   Date: 9/28/2009

NO ACTION

Plaintiffs_017563



**STATE OF COLORADO**
**OIL & GAS CONSERVATION COMMISSION**

DEPARTMENT OF NATURAL RESOURCES
*Bill Ritter, Jr., Governor*
1120 Lincoln St. Suite 801
Denver, CO 80203
Phone: (303) 894-2100
FAX: (303) 894-2109
www.colorado.gov/cogcc

May 5, 2009

Samson Resources Company
Attn: Ms. Diane Visser
370 17th Street, Suite 3000
Denver, Colorado 80202

Dear Ms. Visser,

Thank you for returning my call so quickly. Enclosed you will find the Notice of Alleged Violation (NOAV) regarding the Evans #1 well that I mentioned in our telephone conversation yesterday. The Evans #1 has been shut-in since July 2000 according to our records and has not passed a mechanical integrity test (MIT).

The well is in violation of Colorado Oil and Gas Conservation Commission (COGCC) Rule 326 Mechanical Integrity Tests. Basically; shut-in wells must have an initial MIT within 2 years of being shut-in and temporarily abandoned wells have to be MIT'd immediately (30 days). After an initial MIT in either case the next MIT is due in 5-years.

The NOAV gives Samson Resources the option of producing the well, plugging and abandoning it, or successfully passing an MIT within 6-months.

When you have completed one of the three options to resolve the NOAV please fill out the Operator section of the NOAV and send the ORIGINAL form (and accessory documents as needed) to my attention. If everything is OK I will sign the NOAV form as "resolved" and send you a copy for your files.

Thank you for your attention and please feel free to contact me if you have any questions.

Evans #1
SWSE 18-12N-92W
Moffat County, Colorado
API: 05-081-06984

Sincerely,

Robert P. Koehler
Engineering/Environmental Technician

Telephone: 303-894-2100 x5147
Facsimile: 303-894-2109

Email: bob.koehler@state.co.us
Website: www.colorado.gov/cogcc

DEPARTMENT OF NATURAL RESOURCES: Harris Sherman, Executive Director
COGCC COMMISSION: Richard Alward – Thomas L. Compton – DeAnn Craig – Mark Cutright – Michael Dowling – Joshua B. Epel – Trési Houpt – Jim Martin – Harris Sherman
COGCC STAFF: David Neslin, Director – Debbie Baldwin, Environmental Manager – David K. Dillon, Engineering Manager