# EXHIBIT N

Case No. 1:24-cv-00823-CNS-CYC    Document 150-3    filed 10/10/25    USDC Colorado
pg 1 of 6

Inspector Name: Colby, Lou

FORM INSP Rev X/15

# State of Colorado
## Oil and Gas Conservation Commission
1120 Lincoln Street, Suite 801, Denver, Colorado 80203
Phone: (303) 894-2100 Fax: (303) 894-2109

### FIELD INSPECTION FORM



Inspection Date: 09/27/2018
Submitted Date: 10/09/2018
Document Number: 692400227

Loc ID: 313111
Inspector Name: Colby, Lou
On-Site Inspection: ☐
2A Doc Num:

**Operator Information:**
OGCC Operator Number: 76104
Name of Operator: SAMSON RESOURCES COMPANY
Address: 15 E 5TH STREET STE 1000
City: TULSA    State: OK    Zip: 74103

**Status Summary:**
☐ THIS IS A FOLLOW UP INSPECTION
☒ FOLLOW UP INSPECTION REQUIRED
☐ NO FOLLOW UP INSPECTION REQUIRED

**Findings:**
2    Number of Comments
1    Number of Corrective Actions
☒ Corrective Action Response Requested

ANY CORRECTIVE ACTION(S) FROM PREVIOUS INSPECTIONS THAT HAVE NOT BEEN ADDRESSED ARE STILL APPLICABLE

**Contact Information:**

| Contact Name | Phone | Email | Comment |
|---|---|---|---|
| Ramos, Martha | | martha.ramos@state.co.us | |
| Daley, Chace | | cdaley@samson.com | |

**Inspected Facilities:**

| Facility ID | Type | Status | Status Date | Well Class | API Num | Facility Name | Insp Status |
|---|---|---|---|---|---|---|---|
| 257270 | WELL | PA | 08/12/2009 | GW | 081-06984 | EVANS 1 | RI |

**General Comment:**
This is a Final Reclamation Inspection for PA Well API#081-06984, prompted by Bond Release Request; Spud in 2000 by Timberline Energy; Plugged and Abandoned 8/12/2009 by Samson Resources.

Date Run: 10/17/2018 Doc [#692400227]    Page 1 of 5

Plaintiffs_013893

## Inspected Facilities

| Facility ID: | 257270 | Type: | WELL | API Number: | 081-06984 | Status: | PA | Insp. Status: | RI |
|---|---|---|---|---|---|---|---|---|---|

## Reclamation - Storm Water - Pit

**Interim Reclamation:**

Date Interim Reclamation Started: _____      Date Interim Reclamation Completed: _____

Land Use: _____

Comment: _____

**1002 SITE PREPARATION AND STABILIZATION**

    1002a. FENCING _____

        Comment: _____

    Corrective Action: _____ Date _____

    1002b. SOIL REMOVAL AND SEGREGATION _____

        Comment: _____

    Corrective Action: _____ Date _____

    1002c. PROTECTION OF SOILS _____

        Comment: _____

    Corrective Action: _____ Date _____

    1002E. SURFACE DISTRURBANCE MINIMIZATION _____

        Comment: _____

    Corrective Action: _____ Date _____

    1003a. Waste and Debris removed? _____

        Comment: _____

    Corrective Action: _____ Date _____

    Unused or unneeded equipment onsite? _____

        Comment: _____

    Corrective Action: _____ Date _____

    Pit, cellars, rat holes and other bores closed? _____

        Comment: _____

    Corrective Action: _____ Date _____

    Guy line anchors marked? _____

        Comment: _____

    Corrective Action: _____ Date _____

Reclamation - Storm Water - Pit

Inspector Name: Colby, Lou

| | | |
|---|---|---|
| 1003b. Area no longer in use? _____ | | Production areas stabilized? _____ |
| 1003c. Compacted areas have been cross ripped? _____ | | |
| 1003d. Drilling pit closed? _____ | Subsidence over on drill pit? _____ | |
| Cuttings management: _____ | | |
| 1003e. Areas no longer needed for drilling or subsequent operations for have been re-vegetated to 80% of pre-existing? _____ | | |
| Production areas have been stabilized? _____ | | Segregated soils have been replaced? _____ |

RESTORATION AND REVEGETATION

Cropland

Top soil replaced _____    Recontoured _____    Perennial forage re-established _____

Non-Cropland

Top soil replaced _____    Recontoured _____    80% Revegetation _____

1003e. INTERIM VEGETATION TRANSECT

TRANSECT RESULTS OF DISTURBED AREA% _____
TRANSECT RESULTS OF REFERENCE AREA% _____
TOTAL % OF DESIRABLE VEGETATION COVER _____
VEGETATIVE COVER _____

1003 f. Weeds Noxious weeds? _____

Comment: _____

Corrective Action _____ Date _____

Overall Interim Reclamation

---

**Final Reclamation/ Abandoned Location:**

Date Final Reclamation Started: _____    Date Final Reclamation Completed: _____

Final Land Use: _____

Reminder: _____

Comment: _____

| | | | | | |
|---|---|---|---|---|---|
| Well plugged | Pass | Pit mouse/rat holes, cellars backfilled | Pass | | |
| Debris removed | Pass | No disturbance /Location never built | _____ | | |
| Access Roads Regraded | Pass | Contoured | Pass | Culverts removed | Pass |
| Gravel removed | Pass | | | | |
| Location and associated production facilities reclaimed | Pass | | Locations, facilities, roads, recontoured | Pass | |
| Compaction alleviation | Pass | Dust and erosion control | Pass | | |
| Non cropland: Revegetated 80% | Fail | | Cropland: perennial forage | _____ | |
| Weeds present | Fail | Subsidence | _____ | | |

1004.d. FINAL VEGETATION TRANSECT

TRANSECT RESULTS OF DISTURBED AREA% _____
TRANSECT RESULTS OF REFERENCE AREA% _____
TOTAL % OF DESIRABLE VEGETATION COVER _____
VEGETATIVE COVER _____

Comment: Location does not meet Reclamation Regulations. Vegetation is sparse & infested with annual weeds. Soils appear hard packed & cracking from pooling of water which may be from settling / subsidence of Pit & Pad areas. Aerial images pre Oil & Gas disturbance show a uniform vegetative cover & level topography not evident at current inspection. Refer to Photo Log attached.

Date Run: 10/17/2018 Doc [#692400227]    Page 4 of 5

Plaintiffs_013896

Inspector Name: Colby, Lou

| | | | | Date | 11/30/2018 |
|---|---|---|---|---|---|
| Corrective Action: | Assess vegetation in Fall 2018; re-seeding / inter-seeding/ applying remedies (re-contouring) as indicated where desirable vegetation has Failed. | | | | |
| Overall Final Reclamation | Fail | Well Release on Active Location ☐ | | Multi-Well Location ☐ | |

**Attached Documents**

You can go to COGCC Images (https://cogcc.state.co.us/weblink/) and search by document number:

| Document Num | Description | URL |
|---|---|---|
| 401791088 | INSPECTION SUBMITTED | http://ogccweblink.state.co.us/DownloadDocumentPDF.aspx?DocumentId=4603859 |
| 692400228 | Inspection Photos | http://ogccweblink.state.co.us/DownloadDocumentPDF.aspx?DocumentId=4603855 |