# EXHIBIT O

 

Ramos - DNR, Martha <martha.ramos@state.co.us>

## SAMSON RESOURCES COMPANY INSPECTION   # 76104

**Ramos - DNR, Martha** <martha.ramos@state.co.us>  Tue, Dec 12, 2017 at 10:58 AM
To: Denise Arthur - DNR <denise.arthur@state.co.us>
Cc: Lou Colby - DNR <lou.colby@state.co.us>, "Roy - DNR, Catherine" <catherine.roy@state.co.us>

All:

Attached you will find an inspection request form for Samson Resources Company - Operator #76104. Chace Daley, Assistant General Counsel is the contact requesting the bond release. The operator may be submitting a Form 10 to transfer the 4 PR wells; no plugging reports were found. They have been instructed to submit documents to update the XX wells.

Please copy me on your inspection reports.

Thanks,
Martha

Martha Ramos

Financial Assurance Supervisor



COLORADO
Oil & Gas Conservation Commission
Department of Natural Resources

P 303.894.2100 x5123 | F 303.894.2109 |

1120 Lincoln Street, Suite 801, Denver, CO 80203

martha.ramos@state.co.us | www.colorado.gov/cogcc

[Quoted text hidden]

 SAMSON RESOURCES COMPANY INSPECTION .pdf
72K

# Bond Release Inspection(s) Request

**Date:** 12/12/2017
**FA Rqstr:** Martha Ramos
**Op #:** 76104
**Op Name:** Samson Resources Co
**Op Contact Name:** Chace Daley
**Op Contact Phone:** 918-591-1834
**Contact Email Address:** cdaley@samson.com
**Total # needing inspection(s):** 22
**Bondrels date:** 12/12/2017
**FIU Supervisor(s):** Denise Arthur
**Previous Reqst Date(s):**

**Comments:** Operator has requested a bond release. The following wells need a passing final reclamtion inspection. Operator may be submitting a Form 10 for PR wells, no plugging report was found for these wells. Operator has been instructed to submit Form 4 for all PA and DA wells.

Wells by county (copied from bndrls report):

| County | API | well Name | Location | Facility Status | Status Date | Mineral | Surface | Inspection Date | Inspection Status | Inspection Type | Plug | Violation | Rec Pass | Document Number | Location ID | TVD | TMD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LA PLATA Wells in County: 15 | 067-08013 | COVEY 33-7-10 1 | SWSE 10-33N-7W | PA | 05/24/2007 | FEE | | 06/25/2014 | PA | | | N | I | 674600563 | 311915 | | 3225 |
| | 067-05621 | BEASTON 1 | SWSE 29-34N-9W | PA | 12/11/2013 | FEE | | 06/08/2016 | PA | | | N | | 685300629 | 312092 | 5806 | 5806 |
| | 067-07726 | FASSETT 33-7-31 1 | SENW 31-33N-7W | PR | 05/31/2008 | FEE | | 08/01/2016 | PR | PR | | N | | 685301068 | 333639 | | 3258 |
| | 067-07765 | KLUSMAN 33-8-14 1 | NWNW 14-33N-8W | PR | 12/01/2004 | FEE | | 12/14/2016 | PR | PR | | N | | 685301979 | 333407 | | 3170 |
| | 067-07996 | RICHMOND-FOXY(EPA) 1 | SWSE 15-33N-8W | PA | 10/27/2010 | FEE | | 01/13/2008 | AC | RT | | N | | 200125322 | 326406 | | 9250 |
| | 067-08013 | COVEY 33-7-10 1 | SWSE 10-33N-7W | PA | 05/24/2007 | FEE | | 06/25/2014 | PA | | | N | I | 674600563 | 311915 | | 3225 |
| | 067-09178 | KLUSMAN 33-8-14 3 | NWNW 14-33N-8W | PR | 02/01/2012 | FEE | FEE | 12/14/2016 | PR | PR | | N | | 685301979 | 333407 | 3250 | 3765 |
| | 067-09212 | FASSETT 33-7-31 4 | NENW 31-33N-7W | PR | 03/01/2012 | FEE | FEE | 08/01/2016 | PR | PR | | N | | 685301068 | 333639 | 3223 | 3580 |
| | 067-09224 | SOUTHERN UTE 33-8-28 6 | NWSE 28-33N-8W | AL | 12/21/2009 | INDIAN | FEE | | | | | | | | 333507 | | |
| | 067-09793 | S.E. BAYFIELD 34-7-12U 5 | NENE 13-34N-7W | AL | 02/18/2010 | FEE | INDIAN | | | | | | | | 334341 | | |
| | 067-09852 | LUCERO 32-7-11 2 AL | SW SW 11-32N-7W | AL | 06/10/2011 | FEE | FEE | | | | | | | | 423053 | | |
| | 067-09874 | Southern Ute 32-7-10 8A | SWSW 11-32N-7W | XX | 11/08/2013 | INDIAN | FEE | | | | | | | | 421285 | | |
| | 067-09879 | SE Bayfield 34-7 12U 3A | SWNW 12-34N-7W | XX | 02/18/2014 | FEE | FEE | 03/08/2016 | ND | | | N | | 685300108 | 427822 | | |
| | 067-09884 | Melson 34-7-24 1 | SWNW 19-34N-6W | XX | 02/27/2014 | INDIAN | FEE | | | | | | | | 306969 | | |
| | 067-09894 | Crowbar Creek 34-7 12U-3A | Lot 1 2-34N-7W | XX | 09/21/2012 | INDIAN | FEE | | | | | | | | 430235 | | |
| MOFFAT Wells in county: 6 | 081-06984 | EVANS 1 | SWSE 18-12N-92W | PA | 08/12/2009 | FEE | FEE | | | | | | | | 313111 | 2700 | 2700 |
| | 081-07154 (Form 6 SPR in process) | WEST DANFORTH 5 4-3-95 | SWNW 4-3N-95W | WO | 04/03/2017 | FEDERAL | FEE | 10/03/2006 | TA | ID | | Y | F | 200103244 | 311772 | | 6704 |
| | 081-07202 | RATTLESNAKE STATE 10-16 | Lot 1 16-12N-95W | DA | 02/18/2005 | STATE | FEDERAL | | | | | | | | 392528 | 8190 | 8190 |
| | 081-07241 | CHAPMAN STATE 13-16 | NWSW 16-11N-97W | AL | 11/09/2011 | STATE | FEDERAL | | | | | | | | 313237 | | |
| | 081-07242 | CHAPMAN STATE 34-16 | SWSE 16-11N-97W | AL | 11/09/2011 | STATE | FEDERAL | | | | | | | | 313238 | | |
| | 081-07243 | STATE OF COLORADO 32-16 | SWNE 16-11N-97W | AL | 11/09/2011 | STATE | FEDERAL | | | | | | | | 313239 | | |
| DOLORES Wells in County: 1 | 033-06087 | HAUGHT, ADA 4-25 | NESE 25-39N-20W | AL | 06/13/1985 | FEDERAL | FEE | | | | | | | | 381589 | | |

Plaintiffs_017567