# EXHIBIT P

SAMSON TO HRM RESOURCES III



**FORM 10** Rev 10/12

01949700

**State of Colorado**
**Oil and Gas Conservation Commission**
1120 Lincoln Street, Suite 801, Denver, Colorado 80203 Phone: (303)894-2100 Fax:(303)894-2109

**CERTIFICATION OF CLEARANCE AND/OR CHANGE OF OPERATOR**

RECEIVED OCT 09 2019 COGCC
FOR OGCC USE ONLY

Form 10 is used for Certification of Clearance to transport product off lease. A Form 10 shall be filed within 15 days of a change or transfer of ownership of a well, location or facility. A Form 10 Certification of Clearance shall be filed within 30 days of initial sales or change of transporter gatherer. It is the Operator's responsibility to provide approved copies to the Transporter and/or Gatherer for each well listed. For more information visit www.cogcc.state.co.us.

1. OGCC Operator Number: _____
2. Name of Operator: Samson Resources Company
3. Address: 15 East 5th Street, Suite 1000
   City: Tulsa    State: OK    Zip: 74103
4. Contact Name: Scott Koors
   Phone: 918-591-1254
   Fax: 918-5917254
   Email: Skoors@samson.com

Operator Bond Status: [X] Blanket  [ ] Individual    Surety ID# SUR0053862

[ ] New Well Certification of Clearance    UNCC = YES
[X] Change of Operator    [ ] Add/Change Transporter or Gatherer    Effective Date of Change: 07/01/2019

**Transporter or Gatherer Information**

[ ] Add  [ ] Delete    Product: [ ] Oil  [ ] Gas
OGCC Transporter No: ___  Transporter/Gatherer Name: ___
Address: ___  City: ___  State: ___  Zip: ___
Area Code and Phone Number: NA — PA WELL   Email Contact: ___

[ ] Add  [ ] Delete    Product: [ ] Oil  [ ] Gas
(additional blank rows)

Remarks: ___

I hereby certify that the statements made in this form are, to the best of my knowledge, true, correct and complete. The transporter(s)/gatherer(s) is (are) authorized to transport the oil and/or gas produced from all the listed well(s) and that this authorization will be valid until further notice to the transporter named herein or until cancelled by the Colorado Oil and Gas Conservation Commission.

SUBMITTED BY:
Signed: /s/ Scott K    Print Name: Scott Koors
Title: VP-Land & Business Development    Email: Skoors@samson.com    Date: September 30, 2019

**CHANGE OF OPERATOR:**
Name of Buying Operator: HRM Resources III, LLC
Signature: ___  Date: ___
Print Name/Title: L. Roger Hutson, President/CEO    Email: ___

Name of Selling Operator: Samson Resources Company
Signature: /s/    Date: September 30, 2019
Print Name/Title: Scott Koors, VP-Land & Business Development    Email: Skoors@samson.com

OGCC Approved: ___    Title: ___    Date: ___

FORM 10 Page 2

# State of Colorado
## Oil and Gas Conservation Commission

1120 Lincoln Street, Suite 801, Denver, Colorado 80203  Phone: (303)894-2100  Fax:(303)894-2109

OGCC Operator Number: _____

### NEW WELL CERTIFICATION OF CLEARANCE FOR TRANSPORTER and/or GATHERER

| # | API#: | Date of First Production: | Date of First Sales: Oil | Date of First Sales: Gas | Well Name: | Well No. | Location(QQ,STR) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |

### CHANGE OF TRANSPORTER/GATHERER and/or CHANGE OF OPERATOR

| # | TYPE | OGCC Identifying Number: API#, Facility ID, Location ID | Well or Facility Name: | No. | Location(QQ,STR) |
|---|---|---|---|---|---|
| 1 | well | 05081069840000 | Evans | 1 | SEC 18-12N-92W |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |