EXHIBIT Q

Case No. 1:24-cv-00823-CNS-CYC   Document 150-6   filed 10/10/25   USDC Colorado
pg 2 of 3
8/26/22, 10:57 AM                              State.co.us Executive Branch Mail - Bond Release Request

 **STATE OF COLORADO**    02261530   Lutz - DNR, Deborah <debbie.lutz@state.co.us>

#10683

# Bond Release Request
2 messages

**Gina Payne** <GPayne@hrmres.com>                                         Fri, Aug 26, 2022 at 9:52 AM
To: "Lutz - DNR, Deborah" <debbie.lutz@state.co.us>
Cc: Patrick McGraw <PMcGraw@hrmres.com>, Dan Kelly <DKelly@hrmres.com>

Deborah,

Please see the attached request for release of bonds.  Thanks, Gina Payne

HRM Resources III, LLC

720-404-7784 Cell

303-893-6621 Work

📎 **COGCC Bond Release.pdf**
13K

---

**Lutz - DNR, Deborah** <debbie.lutz@state.co.us>                          Fri, Aug 26, 2022 at 10:57 AM
To: Gina Payne <GPayne@hrmres.com>
Cc: Patrick McGraw <PMcGraw@hrmres.com>, Dan Kelly <DKelly@hrmres.com>

Good Morning Gina,

The bonds cannot be released at this time.  The bonds will be released when the well has passed final reclamation inspection and the operator has met any other obligations covered by the bonds or all liability against the bonds has been transferred and/or has been properly closed out.

To confirm you have completed the necessary steps required for final reclamation, I recommend you visit the COGCC website **Rules >Regulation & Reclamation Regulations.**  Rule 1004.c Final Reclamation of Well Sites and Associated Production Facilities.

The **"Reclamation Inspection Status Report By Operator"** can be found on the COGCC website. Any blue highlights are links to more detailed information. Inspection document numbers associated with the wells are also on the report.

Operator wells and facilities along with additional information and operator documents can be found on the COGCC website at cogcc@state.co.us by searching under **Data > Reclamation Inspection Status Report By Operator. Enter the COGCC Operator Number** to generate the Reclamation Inspection Status Report for all of the operator's wells and a list of all the operator's facilities. (An excel file will be created.)

The initial review indicates the following:
1 well - Failed Reclamation Status

1 well - No Reclamation Status

Please see attached.  There are 3 tabs for your review.

Plaintiffs_017568

In addition, the Form 1A requires updating.

**Per Rule 205 OPERATOR REGISTRATION**

**b. Form 1A, Designation of Agent.**

(1)   All Operators will file a Form 1A, Designation of Agent to designate:

   A.  A Principal Agent, who is an employee of the Operator; and

   B.  One or more agents that the Operator approves to serve as its representative(s).

(2)   Form 1A designations will remain in effect until terminated in writing via a new Form 1A.

(3)   All changes to the Form 1A will be reported immediately via a new Form 1A.

Please submit a Form 1A for HRM Resources II LLC and HRM Resources III to delete Anna Gertsdotter and any other staff that is no longer with the operators.

Thank you,

Debbie

**Deborah Lutz**

**Financial Assurance Supervisor**



COLORADO
Oil & Gas Conservation Commission
Department of Natural Resources

P 303.894.2100 ext 5185| F 303.894.2109

1120 Lincoln Street, Suite 801, Denver, CO 80203

debbie.lutz@state.co.us  |  www.colorado.gov/cogcc

[Quoted text hidden]

📎 **HRM RESOURCES III LLC_10683_BRLS_query_2022_0826.xlsx**
84K