EXHIBIT R



#10683

02422650

COLORADO
Energy & Carbon Management Commission
Department of Natural Resources
1120 Lincoln Street, Suite 801
Denver, CO 80203

October 12, 2023

Attn: Bond Department
U.S. Specialty Insurance Company
13403 Northwest Freeway
Houston, TX 77040

RELEASE: HRM Resources III LLC– Operator # 10683
U.S. Specialty Insurance Company
Blanket Surface Bond B011234 for $25,000
Blanket Plugging Bond B011235 for $60,000

Ladies and Gentlemen:

The Colorado Energy & Carbon Management Commission hereby release the referenced U.S. Specialty Insurance Company Blanket Surface Bond B011234, and Blanket Plugging Bond B011235 of all liability effective October 12, 2023.

All obligations have been met pursuant to the Colorado Energy & Carbon Management Commission rules and regulations. HRM Resources III LLC is no longer operating wells in Colorado.

Enclosed you will find the original U.S. Specialty Insurance Company Blanket Surface Bond B011234 for $25,000 and Blanket Plugging Bond B011235 for $60,000.

If you should have any questions, please contact Deborah Lutz at 303-894-2100 ext. 5185.

Sincerely,

Julie Murphy,
Director

P 303.894.2100 F 303.894.2109 www.colorado.gov/ecmc
Brett Ackerman | Mike Cross | Karin McGowan | John Messner | Jeff Robbins, Chair
Dan Gibbs, DNR | Trisha Oeth, CDPHE
Jared Polis, Governor | Dan Gibbs, Executive Director DNR | Julie M. Murphy, Director

Plaintiffs_017285

U.S. Postal Service™
CERTIFIED MAIL® R[illegible]
Domestic Mail Only

7021 1970 0001 0541 6026

For delivery information, visit [illegible]

OFFIC[illegible] USE

Certified Mail Fee
$
Extra Services & Fees
☐ Return Receipt (hard[illegible]
☐ Return Receipt (el[illegible]
☐ Certified Mail [illegible]
☐ Adult Sign[illegible]
☐ Adult S[illegible]
Postag[illegible]
$

Postmark Here

Attn: Bond Department
U.S. Specialty Insurance Company
13403 Northwest Freeway
Houston, TX 77040

HRM Resources III, LLC
Str[illegible] [illegible]ox No. #10683
City, Sta[illegible]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

XC: Operator File

Enclosure: Original U.S. Specialty Insurance Company Blanket Surface Bond B011234 and Blanket Plugging Bond B011235.

HRM Resources III LLC
Attn: L Roger Hutson
410 17th Street, Suite 1600
Denver, CO 80202

#10683

FORM 3 Rev 6/99

02153645

# State of Colorado
# Oil and Gas Conservation Commission

1120 Lincoln Street, Suite 801, Denver, Colorado 80203 (303) 894-2100 Fax (303) 894-2109

FOR OGCC USE ONLY
RECEIVED
FEB 12 2018
COGCC

## PERFORMANCE BOND

SCANNED

BOND NO: B011235. This bond is a perpetual instrument which shall remain in force and effect until all obligations have been met and the bond is released by the Colorado Oil and Gas Conservation Commission.

Surety Provider No: #200116

OGCC Oper. No: 10683 | FATS No: 2018-0017

KNOW ALL PERSONS BY THESE PRESENTS, That we, HRM Resources III, LLC of the County of Denver, in the State of Colorado as principals, and U.S. Specialty Insurance Company, as surety, authorized to do business in the State of Colorado, are held hereby and firmly bound unto the State of Colorado, in the penal sum of ($ 60,000.00), Sixty Thousand and No/100 Dollars, lawful money of the United States, for the faithful payment of which we hereby bind ourselves, our heirs, executors, administrators and assigns.

The condition of this obligation is that whereas the above bounden principals propose the following oil and gas operation(s) on lands situated in the State of Colorado.

| Type of Bond | Coverage | Location (Complete for Individual Bonds) |
|---|---|---|
| ☑ Plugging | ☑ Blanket | Well Name and Number: |
| ☐ Surface | ☐ Individual | Owner of lands where off-site land-treatment facility is located: |
| ☐ Seismic | ☐ Plugging 1 well | QtrQtr, Sec, Twp, Rng, Meridian: |
| ☐ E&P Waste Facilty | ☐ Surface for 1 well | |
| ☐ Downstream Gas Facilities | ☐ Irrigated | |
| | ☐ Non-irrigated | |
| | ☐ Excess Inactive Wells | County: |

NOW, THEREFORE, If the above bounden principals shall comply with all of the provisions of the laws of the State of Colorado and the rules, regulations and requirements of the Oil and Gas Conservation Commission of the State of Colorado, with reference to properly plugging of said well or wells; with reference to land damages and the restoration of the land, as nearly as possible, to its condition at the beginning of the lease; with reference to seismic operations the proper surface restoration and plugging of any shot holes, then this obligation is void; otherwise, the same shall be and remain in full force and effect.

Witness our hands, this 1 day of Feb, 2018.

Principal: HRM Resources III, LLC
Address: 410 17th Street
Suite 1600
City: Denver State: CO Zip: 80202
Phone: 303-893-6621 Fax: 303-893-6892

Signed: [signature]
Name Printed: L. Roger Hutson

Witness our hands, this 1st day of February, 2018.

Surety: U.S. Specialty Insurance Company
Address: 13403 Northwest Freeway
City: Houston State: TX Zip: 77040
Phone: (713) 355-3100 Fax: (713) 355-3101

Signed: Meredith K. Andersen
Name Printed: Meredith K. Andersen, Attorney-in-Fact

Approved: [signature]
Director, Oil and Gas Conservation Commission
Dated: 2/13/2018

Bond Release Approved: [signature]
Director, Oil and Gas Conservation Commission
Release Date: Oct 12 2023

# POWER OF ATTORNEY

**AMERICAN CONTRACTORS INDEMNITY COMPANY TEXAS BONDING COMPANY**
**UNITED STATES SURETY COMPANY U.S. SPECIALTY INSURANCE COMPANY**

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

**Edwin H. Frank, III, Michele K. Tyson, W. Russell Brown, Jr. or Meredith K. Anderson of Houston, Texas**

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** **********************Three Million********************** **Dollars ($ **3,000,000.00**)**. This Power of Attorney shall expire without further action on November 3, 2019. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved*, that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved*, that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this February 1, 2018

**AMERICAN CONTRACTORS INDEMNITY COMPANY TEXAS BONDING COMPANY**
**UNITED STATES SURETY COMPANY U.S. SPECIALTY INSURANCE COMPANY**

Corporate Seals

By: [signature]
**Daniel P. Aguilar, Vice President**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles SS:

On this 1st day of November, 2016, before me, Sabina Morgenstein, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature [signature] (Seal)

SABINA MORGENSTEIN
Commission # 2129258
Notary Public - California
Los Angeles County
My Comm. Expires Nov 3, 2019

I, Kio Lo , Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this 1st day of February, 2018

Corporate Seals

Bond No. B011235
Agency No. 8353

[signature]
**Kio Lo, Assistant Secretary**

#10683

FORM 3 Rev 6/99

02153646

# State of Colorado
# Oil and Gas Conservation Commission

1120 Lincoln Street, Suite 801, Denver, Colorado 80203 (303) 894-2100 Fax (303) 894-2109

FOR OGCC USE ONLY
RECEIVED
FEB 12 2018
COGCC

## PERFORMANCE BOND

SCANNED

**BOND NO:** B011234. This bond is a perpetual instrument which shall remain in force and effect until all obligations have been met and the bond is released by the Colorado Oil and Gas Conservation Commission.

Surety Provider No: #200116

OGCC Oper. No: 10683 | FATS No: 2018-0016

KNOW ALL PERSONS BY THESE PRESENTS, That we, HRM Resources III, LLC of the County of Denver, in the State of Colorado as principals, and U.S. Specialty Insurance Company, as surety, authorized to do business in the State of Colorado, are held hereby and firmly bound unto the State of Colorado, in the penal sum of ($ 25,000.00), Twenty Five Thousand and No/100 Dollars, lawful money of the United States, for the faithful payment of which we hereby bind ourselves, our heirs, executors, administrators and assigns.

The condition of this obligation is that whereas the above bounden principals propose the following oil and gas operation(s) on lands situated in the State of Colorado.

| Type of Bond | Coverage | Location<br>Complete for Individual Bonds |
|---|---|---|
| ☐ Plugging | ☑ Blanket | Well Name and Number: |
| ☑ Surface | ☐ Individual<br>☐ Plugging 1 well<br>☐ Surface for 1 well<br>☐ Irrigated<br>☐ Non-irrigated | Owner of lands where off-site land-treatment facility is located: |
| ☐ Seismic | | QtrQtr, Sec, Twp, Rng, Meridian: |
| ☐ E&P Waste Facilty | | |
| ☐ Downstream Gas Facilities | ☐ Excess Inactive Wells | County: |

NOW, THEREFORE, If the above bounden principals shall comply with all of the provisions of the laws of the State of Colorado and the rules, regulations and requirements of the Oil and Gas Conservation Commission of the State of Colorado, with reference to properly plugging of said well or wells; with reference to land damages and the restoration of the land, as nearly as possible, to its condition at the beginning of the lease; with reference to seismic operations the proper surface restoration and plugging of any shot holes, then this obligation is void; otherwise, the same shall be and remain in full force and effect.

Witness our hands, this 1 day of Feb, 2018.

Principal: HRM Resources III, LLC
Address: 410 17th Street, Suite 1600
City: Denver State: CO Zip: 80202
Phone: 303-893-6621 Fax: 303-893-6892

Signed: [signature]
Name Printed: L. Roger Hutson

Witness our hands, this 1st day of February, 2018.

Surety: U.S. Specialty Insurance Company
Address: 13403 Northwest Freeway
City: Houston State: TX Zip: 77040
Phone: (713) 355-3100 Fax: (713) 355-3101

Signed: Meredith K. Anderson
Name Printed: Meredith K. Anderdon, Attorney-in-Fact

Approved: [signature]
Director, Oil and Gas Conservation Commission
Dated: 2/13/2018

Bond Release Approved: [signature]
Director, Oil and Gas Conservation Commission
Release Date: Oct 12, 2023

# POWER OF ATTORNEY

**AMERICAN CONTRACTORS INDEMNITY COMPANY TEXAS BONDING COMPANY**
**UNITED STATES SURETY COMPANY U.S. SPECIALTY INSURANCE COMPANY**

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

**Edwin H. Frank, III, Michele K. Tyson, W. Russell Brown, Jr. or Meredith K. Anderson of Houston, Texas**

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed *********************Three Million********************* Dollars ($ **3,000,000.00**).** This Power of Attorney shall expire without further action on November 3, 2019. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this February 1, 2018

**AMERICAN CONTRACTORS INDEMNITY COMPANY TEXAS BONDING COMPANY**
**UNITED STATES SURETY COMPANY U.S. SPECIALTY INSURANCE COMPANY**

Corporate Seals

By: ______________________
**Daniel P. Aguilar, Vice President**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles SS:

On this 1st day of November, 2016, before me, Sabina Morgenstein, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature ______________________ (Seal)

SABINA MORGENSTEIN
Commission # 2129258
Notary Public - California
Los Angeles County
My Comm. Expires Nov 3, 2019

I, Kio Lo , Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this 1st day of February, 2018

Corporate Seals

Bond No. B011234
Agency No. 8353

______________________
**Kio Lo, Assistant Secretary**



STATE OF
COLORADO

**Lutz - DNR, Deborah <debbie.lutz@state.co.us>**

## Bond Release Request

1 message

**Patrick McGraw** <pmcgraw@hrmres.com> — Tue, Oct 3, 2023 at 1:24 PM
To: "Lutz - DNR, Deborah" <debbie.lutz@state.co.us>

Hi Debbie –

I am checking-in on the release status of HRM Resources III, LLC's bonds. These include two blanket bonds B011234 and B011235. My understanding is that any/all outstanding items related to the Evans #1 well (API #081-06984) have been resolved. The Evans well was the only remaining well in HRM III's name. Could you please let us know when we can expect the bond release. Thanks!

Patrick

Patrick McGraw
HRM
Resources III, LLC
O: (303) 996-8742
M: (970) 443-2491



COLORADO
Energy & Carbon Management Commission
Department of Natural Resources

# Reclamation Report by Operator

HRM RESOURCES III

10683

## Failed Reclamation Status

| County | API | well Name | Location | Facility Status | Status Date | Mineral | Surface | Form 3B DocNum | Form 3B Fed Amount | Inspection Date | Inspection Status | Inspection Type | Plug | Violation | Rec Pass | Document Number | Location ID | TVD | TMD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Wells | 0 | | | | | | | | | | | | | | | | | | |

## Interim Site Reclamation Status

| County | API | well Name | Location | Facility Status | Status Date | Mineral | Surface | Form 3B DocNum | Form 3B Fed Amount | Inspection Date | Inspection Status | Inspection Type | Plug | Violation | Rec Pass | Document Number | Location ID | TVD | TMD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Wells | 0 | | | | | | | | | | | | | | | | | | |

## No Reclamation Status

| County | API | well Name | Location | Facility Status | Status Date | Mineral | Surface | Form 3B DocNum | Form 3B Fed Amount | Inspection Date | Inspection Status | Inspection Type | Plug | Violation | Rec Pass | Document Number | Location ID | TVD | TMD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Wells | 0 | | | | | | | | | | | | | | | | | | |

## Passed Reclamation Status

| County | API | well Name | Location | Facility Status | Status Date | Mineral | Surface | Form 3B DocNum | Form 3B Fed Amount | Inspection Date | Inspection Status | Inspection Type | Plug | Violation | Rec Pass | Document Number | Location ID | TVD | TMD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Wells | 0 | | | | | | | | | | | | | | | | | | |

Report Generated on: 10/12/2023 7:59:50 AM



# Reclamation Report by Operator

HRM RESOURCES III

10683

## Facilities

| Facility Type | Facility ID / API | Facility Name | Status / Date | Field | County | Location | Pass Reclamation | Related Facilities |
|---|---|---|---|---|---|---|---|---|
| Total | 0 | | | | | | | |

Report Generated on: 10/12/2023 7:59:50 AM

COLORADO
Energy & Carbon Management Commission
Department of Natural Resources
DNR

# Reclamation Report by Operator

HRM RESOURCES III

10683

## NOAV Information

| Alleged Violation Date | Document Number | Facility ID | COGCC Agent | Resolved | Resolved Date |
|---|---|---|---|---|---|
| Total | 0 | | | | |

## Complaint Information

| Incident Date | Document Number | Complainant | Facility ID / API | Facility Type | COGCC Agent | Resloved / Issues | Resolved Date |
|---|---|---|---|---|---|---|---|
| Total | 0 | | | | | | |

## Spill / Release Information

| Submit Date | Document Number | Facility ID / API | Facility Type | Ground Water | Surface Water | Berm Containted | Resolved | Resolved Date |
|---|---|---|---|---|---|---|---|---|
| Total | 0 | | | | | | | |

## Remediation Projects

| Submit Date | Document Number | Project Number | Facility ID / API | Facility Type | Resolved | Resolved Date | Started By |
|---|---|---|---|---|---|---|---|
| Total | 0 | | | | | | |

Report Generated on: 10/12/2023 7:59:50 AM

**FINANCIAL ASSURANCE "BOND" RELEASE CLEARANCE REPORT**

Operator Number: 10683 Release Rqst Date: 10/12/2023

Reviewed by: D Lutz

| FATS# (s) | Type Blkt/Ind | Form CA/CD/MM/LOC/INS/OTHR | Dep Date/Number | |
|---|---|---|---|---|
| 2018-0016 | Blanket | Insurance | 2/13/2018 | B011234 |
| 2018-0017 | Blanket | Insurance | 2/13/2018 | B011235 |
| | | | | |
| | | | | |

Contact: L ROGER HUTSON
Phone: 303.893.6621
Email: lrhutson@hrmres.com
Mail addr: 410 17TH STREET SUITE 1600
DENVER, CO 80202

Bndrls report date: 10/12/2023 DB query date: 10/12/2023
Bndrls cleared dte: 10/12/2023 DB cleared date: 10/12/2023
Inspection request form/email sent: N/A To:
Bndrls and DB query reviews for uninspected wells and AC or Open facilities.

DB query and agency notification sent:

Review for:

None Riders
None Review FDBA and NDBA
None Unpaid fines

None NOAVs
None Complaints
None Spills
None Remediations

Released by: D Lutz [signature]
Date: 10/12/2023