EXHIBIT S

10/10/23, 11:26 AM    Case No. 1:24-cv-00823-CNS-CYC    Document 150-8    filed 10/10/25    USDC Colorado
State.co.us Executive Branch Mail - Bond Release: HRM RESOURCES III LLC - Op 10683
pg 2 of 12



**STATE OF COLORADO**



02422645

#10683

Lutz - DNR, Deborah <debbie.lutz@state.co.us>

---

# Bond Release: HRM RESOURCES III LLC - Op 10683

1 message

**Lutz - DNR, Deborah** <debbie.lutz@state.co.us>                                    Tue, Oct 10, 2023 at 11:25 AM
To: Patrick McGraw <pmcgraw@hrmres.com>
Cc: Roger Hutson <lrhutson@hrmres.com>, Sadaf Ibrahim - DNR <sadaf.ibrahim@state.co.us>

Good Morning Patrick,

Blanket Surface Surety ID 2018-0016, Instrument #B011234 and Blanket Plugging Surety ID 2018-0017, Instrument #B011235 cannot be released at this time.

The bond can not be released until the well has passed final reclamation inspection, and the operator has met any other obligations covered by the bond, or all liability against the bond has been transferred and/or has been properly closed out.

The initial review indicates the operator has 1 Failed Well, API 081-06984, Evans 1.

The operator was made aware of this on 8/26/22 and again 7/7/23 when they requested the bonds to be released. The well will require a Final Reclamation Inspection and submission of the Form 4 Sundry Notice.

Please see attached.

Thank you,

Debbie

**Deborah Lutz**

**Financial Assurance Supervisor**



**COLORADO**
**Energy & Carbon Management**
**Commission**
Department of Natural Resources

P 303.894.2100 ext. 5185 | F 303.894.2109

1120 Lincoln Street, Suite 801, Denver, CO 80203

debbie.lutz@state.co.us | www.colorado.gov/ecmc

---

**4 attachments**

HRM RESOURCES III LLC_10683_BRLS__query_2023_1010.xlsx
98K

HRM RESOURCES III LLC_10683_BRLS_query_2022_0826.xlsx
84K

Plaintiffs_017274

Case No. 1:24-cv-00823-CNS-CYC    Document 150-8    filed 10/10/25    USDC Colorado
10/10/23, 11:26 AM                        State.co.us Executive Branch Mail - Bond Release: HRM RESOURCES III LLC - Op 10683
pg 3 of 12

**HRM RESOURCES III LLC_10683_BRLS_query_2022_0826.xlsx**
84K

**HRM RESOURCES III_10683_INSPECTION RPT_FINAL RECLAMATION REPT_2023_1010.pdf**
88K

Plaintiffs_017275

Inspector Name:

| FORM<br>INSP<br>Rev<br>X/20 | **State of Colorado**<br>**Oil and Gas Conservation Commission**<br>1120 Lincoln Street, Suite 801, Denver, Colorado 80203<br>Phone: (303) 894-2100 Fax: (303) 894-2109<br><br>**FIELD INSPECTION FORM** |   | Inspection Date:<br>09/27/2018<br>Submitted Date:<br>10/09/2018<br>Document Number:<br>692400227 |
|---|---|---|---|

| Loc ID | Inspector Name: | On-Site Inspection ☐ | **Status Summary:** |
|---|---|---|---|
| 313111 | | 2A Doc Num: | ☐ THIS IS A FOLLOW UP INSPECTION |

**Operator Information:**

OGCC Operator Number:    76104

Name of Operator: SAMSON RESOURCES COMPANY

Address: 15 E 5TH STREET STE 1000

City:    TULSA    State:    OK    Zip:    74103

**Status Summary:**

☐ THIS IS A FOLLOW UP INSPECTION

☒ FOLLOW UP INSPECTION REQUIRED

☐ NO FOLLOW UP INSPECTION REQUIRED

**Findings:**

2    Number of Comments

1    Number of Corrective Actions

☒ Corrective Action Response Requested

**ANY CORRECTIVE ACTION(S) FROM PREVIOUS INSPECTIONS THAT HAVE NOT BEEN ADDRESSED ARE STILL APPLICABLE**

**Contact Information:**

| Contact Name | Phone | Email | Comment |
|---|---|---|---|
| Daley, Chace | | cdaley@samson.com | |
| Ramos, Martha | | martha.ramos@state.co.us | |

**Inspected Facilities:**

| Facility ID | Type | Status | Status Date | Well Class | API Num | Facility Name | Insp Status |
|---|---|---|---|---|---|---|---|
| 257270 | WELL | PA | 08/12/2009 | GW | 081-06984 | EVANS 1 | RI |

**General Comment:**

This is a Final Reclamation Inspection for PA Well API#081-06984, prompted by Bond Release Request; Spud in 2000 by Timberline Energy; Plugged and Abandoned 8/12/2009 by Samson Resources.

*Date Run: 10/10/2023 Doc [#692400227]*

*Page 1 of 5*

Plaintiffs_017276

Inspector Name:

| Inspected Facilities | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Facility ID: | 257270 | Type: | WELL | API Number: | 081-06984 | Status: | PA | Insp. Status: RI |

Plaintiffs_017277

Inspector Name:

| Reclamation - Storm Water - Pit |
|---|

**Interim Reclamation:**

Date Interim Reclamation Started: _____      Date Interim Reclamation Completed: _____

Land Use: _____

Comment: [_____]

**1002 SITE PREPARATION AND STABILIZATION**

   1002a.  FENCING  _____

      Comment [_____]

   Corrective Action [_____]   Date _____

   1002b.  SOIL REMOVAL AND SEGREGATION  _____

      Comment [_____]

   Corrective Action [_____]   Date _____

   1002c.  PROTECTION OF SOILS  _____

      Comment [_____]

   Corrective Action [_____]   Date _____

   1002E.  SURFACE DISTRURBANCE MINIMIZATION  _____

      Comment [_____]

   Corrective Action [_____]   Date _____

   1003a.  Waste and Debris removed?  _____

      Comment [_____]

   Corrective Action [_____]   Date _____

      Unused or unneeded equipment onsite?  _____

      Comment [_____]

   Corrective Action [_____]   Date _____

      Pit, cellars, rat holes and other bores closed?  _____

      Comment [_____]

   Corrective Action [_____]   Date _____

      Guy line anchors marked?  _____

      Comment [_____]

   Corrective Action [_____]   Date _____

Plaintiffs_017278

Inspector Name: _____

| | |
|---|---|
| 1003b. Area no longer in use? _____ | Production areas stabilized? _____ |
| 1003c. Compacted areas have been cross ripped? _____ | |
| 1003d. Drilling pit closed? _____ | Subsidence over on drill pit? _____ |
| Cuttings management: _____ | |

1003e. Areas no longer needed for drilling or subsequent operations for have been re-vegetated to 80% of pre-existing? _____

Production areas have been stabilized? _____    Segregated soils have been replaced? _____

RESTORATION AND REVEGETATION

Cropland

Top soil replaced _____    Recontoured _____    Perennial forage re-established _____

Non-Cropland

Top soil replaced _____    Recontoured _____    80% Revegetation _____

1003e. INTERIM VEGETATION TRANSECT

TRANSECT RESULTS OF DISTURBED AREA% _____

TRANSECT RESULTS OF REFERENCE AREA% _____

TOTAL % OF DESIRABLE VEGETATION COVER _____

VEGETATIVE COVER _____

1003 f. Weeds Noxious weeds? _____

Comment [_____]

Corrective Action [_____]    Date _____

Overall Interim Reclamation

**Final Reclamation/ Abandoned Location:**

Date Final Reclamation Started: _____    Date Final Reclamation Completed: _____

Final Land Use: _____

Reminder: _____

Comment: [_____]

Well plugged    Pass    Pit mouse/rat holes, cellars backfilled    Pass

Debris removed    Pass    No disturbance /Location never built

Access Roads    Regraded    Pass    Contoured    Pass    Culverts removed    Pass

Gravel removed    Pass

Location and associated production facilities reclaimed    Pass    Locations, facilities, roads, recontoured    Pass

Compaction alleviation    Pass    Dust and erosion control    Pass

Non cropland: Revegetated 80%    Fail    Cropland: perennial forage _____

Weeds present    Fail    Subsidence _____

1004.d. FINAL VEGETATION TRANSECT

TRANSECT RESULTS OF DISTURBED AREA% _____

TRANSECT RESULTS OF REFERENCE AREA% _____

TOTAL % OF DESIRABLE VEGETATION COVER _____

VEGETATIVE COVER _____

Comment: [Location does not meet Reclamation Regulations. Vegetation is sparse & infested with annual weeds. Soils appear hard packed & cracking from pooling of water which may be from settling / subsidence of Pit & Pad areas. Aerial images pre Oil & Gas disturbance show a uniform vegetative cover & level topography not evident at current inspection. Refer to Photo Log attached.]

Plaintiffs_017279

Inspector Name:

| Corrective Action: | Assess vegetation in Fall 2018; re-seeding / inter-seeding/ applying remedies (re-contouring) as indicated where desirable vegetation has Failed. | | Date | **11/30/2018** |
|---|---|---|---|---|
| Overall Final Reclamation | Fail | Well Release on Active Location ☐ | Multi-Well Location ☐ | |

### Attached Documents

You can go to COGCC Images (https://cogcc.state.co.us/weblink/) and search by document number:

| Document Num | Description | URL |
|---|---|---|
| 401791088 | INSPECTION SUBMITTED | https://cogcc.state.co.us/weblink/DownloadDocumentPDF.aspx?DocumentId=4603859 |
| 692400227 | INSPECTION APPROVED | https://cogcc.state.co.us/weblink/DownloadDocumentPDF.aspx?DocumentId=4611921 |
| 692400228 | Inspection Photos | https://cogcc.state.co.us/weblink/DownloadDocumentPDF.aspx?DocumentId=4603855 |

Plaintiffs_017280



**COLORADO**
Energy & Carbon Management
Commission
Department of Natural Resources

## Reclamation Report by Operator

HRM RESOURCES III                                          10683

### Failed Reclamation Status

| County | API | well Name | Location | Facility Status | Status Date | Mineral | Surface | Form 3B DocNum | Form 3B Fed Amount | Inspection Date | Inspection Status | Inspection Type | Plug | Violation | Rec Pass | Document Number | Location ID | TVD | TMD |
|--------|-----|-----------|----------|-----------------|-------------|---------|---------|----------------|-------------------|-----------------|-------------------|-----------------|------|-----------|----------|-----------------|-------------|-----|-----|
| MOFFAT Wells in County: 1 | 081-06984 | EVANS 1 | SWSE 18-12N-92W | PA | 08/12/2009 | FEE | FEE | | | 09/27/2018 | RI | | F | N | F | 692400227 | 313111 | 2700 | 2700 |
| Total Wells | 1 | | | | | | | | | | | | | | | | | | |

### Interim Site Reclamation Status

| County | API | well Name | Location | Facility Status | Status Date | Mineral | Surface | Form 3B DocNum | Form 3B Fed Amount | Inspection Date | Inspection Status | Inspection Type | Plug | Violation | Rec Pass | Document Number | Location ID | TVD | TMD |
|--------|-----|-----------|----------|-----------------|-------------|---------|---------|----------------|-------------------|-----------------|-------------------|-----------------|------|-----------|----------|-----------------|-------------|-----|-----|
| Total Wells | 0 | | | | | | | | | | | | | | | | | | |

### No Reclamation Status

| County | API | well Name | Location | Facility Status | Status Date | Mineral | Surface | Form 3B DocNum | Form 3B Fed Amount | Inspection Date | Inspection Status | Inspection Type | Plug | Violation | Rec Pass | Document Number | Location ID | TVD | TMD |
|--------|-----|-----------|----------|-----------------|-------------|---------|---------|----------------|-------------------|-----------------|-------------------|-----------------|------|-----------|----------|-----------------|-------------|-----|-----|
| Total Wells | 0 | | | | | | | | | | | | | | | | | | |

### Passed Reclamation Status

| County | API | well Name | Location | Facility Status | Status Date | Mineral | Surface | Form 3B DocNum | Form 3B Fed Amount | Inspection Date | Inspection Status | Inspection Type | Plug | Violation | Rec Pass | Document Number | Location ID | TVD | TMD |
|--------|-----|-----------|----------|-----------------|-------------|---------|---------|----------------|-------------------|-----------------|-------------------|-----------------|------|-----------|----------|-----------------|-------------|-----|-----|
| Total Wells | 0 | | | | | | | | | | | | | | | | | | |
| Grand Total: | 1 | | | | | | | | | | | | | | | | | | |

Report Generated on: 10/10/2023 10:38:10 AM

Plaintiffs_017281



**COLORADO**
Energy & Carbon Management
Commission
Department of Natural Resources

# Reclamation Report by Operator

HRM RESOURCES III

10683

## Facilities

| Facility Type | Facility ID / API | Facility Name | Status / Date | | Field | County | | Location | | Pass Reclamation | Related Facilities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WELL | 081-06984 | EVANS 1 | PA | 08/12/2009 | WILDCAT | 99999 | MOFFAT | 081 | SWSE 18-12N-92W 6 | No | |
| LOCATION | 313111 | EVANS-612N92W 18SWSE | CL | 08/12/2009 | WILDCAT | 99999 | MOFFAT | 081 | SWSE 18-12N-92W 6 | No | |
| Total | 2 | | | | | | | | | | |

Plaintiffs_017282



# Reclamation Report by Operator

**HRM RESOURCES III**                                                                                    10683

## NOAV Information

| Alleged Violation Date | Document Number | Facility ID | COGCC Agent | Resolved | Resolved Date |
|---|---|---|---|---|---|
| Total | 0 | | | | |

## Complaint Information

| Incident Date | Document Number | Complainant | Facility ID / API | Facility Type | COGCC Agent | Resloved / Issues | Resolved Date |
|---|---|---|---|---|---|---|---|
| Total | 0 | | | | | | |

## Spill / Release Information

| Submit Date | Document Number | Facility ID / API | Facility Type | Ground Water | Surface Water | Berm Containted | Resolved | Resolved Date |
|---|---|---|---|---|---|---|---|---|
| Total | 0 | | | | | | | |

## Remediation Projects

| Submit Date | Document Number | Project Number | Facility ID / API | Facility Type | Resolved | Resolved Date | Started By |
|---|---|---|---|---|---|---|---|
| Total | 0 | | | | | | |

Report Generated on: 10/10/2023 10:38:10 AM

Plaintiffs_017283

# New Instruments for Form 3A

Document Number: 403539787
Operator: 14855

| Instrument | Type | Operator | Provider | Coverage | Bond Type | Amount | Amount Allocated |
|---|---|---|---|---|---|---|---|
| 700385878 | CASH | 14855 - CENTRAL OPERATING INC | CENTRAL OPERATING INC | BLANKET | | $19,500.00 | $19,500.00 |

Plaintiffs_017284