# EXHIBIT T

From: Roger Hutson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8B10CB55608A4BC9AEDC2BE51D7D62BE-LRHUTSON]
Sent: Tue 10/10/2023 7:06:35 PM Coordinated Universal Time
To: julie.murphy@state.co.us[julie.murphy@state.co.us]
Subject: Fwd: Bond Release: HRM RESOURCES III LLC - Op 10683
Attachment: HRM RESOURCES III LLC_10683_BRLS__query_2023_1010.xlsx
Attachment: HRM RESOURCES III LLC_10683_BRLS_query_2022_0826.xlsx
Attachment: HRM RESOURCES III LLC_10683_BRLS_query_2022_0826.xlsx
Attachment: HRM RESOURCES III_10683_INSPECTION RPT_FINAL RECLAMATION REPT_2023_1010.pdf

Fuuuuuuuck

L Roger Hutson
President/CEO
HRM Resources IV, LLC
410 17th St., Ste 1600
Denver, Colorado, 80202
(O) 303-893-6621
(C) 303-916-6219

Begin forwarded message:

From: "Lutz - DNR, Deborah" <debbie.lutz@state.co.us>
Date: October 10, 2023 at 11:26:48 AM MDT
To: Patrick McGraw <PMcGraw@hrmres.com>
Cc: Roger Hutson <lrhutson@hrmres.com>, Sadaf Ibrahim - DNR <sadaf.ibrahim@state.co.us>
Subject: Bond Release: HRM RESOURCES III LLC - Op 10683

Good Morning Patrick,

Blanket Surface Surety ID 2018-0016, Instrument #B011234 and Blanket Plugging Surety ID 2018-0017, Instrument #B011235 cannot be released at this time.

The bond can not be released until the well has passed final reclamation inspection, and the operator has met any other obligations covered by the bond, or all liability against the bond has been transferred and/or has been properly closed out.

The initial review indicates the operator has 1 Failed Well, API 081-06984, Evans 1.

The operator was made aware of this on 8/26/22 and again 7/7/23 when they requested the bonds to be released. The well will require a Final Reclamation Inspection and submission of the Form 4 Sundry Notice.

Please see attached.

Thank you,

Debbie

Deborah Lutz
Financial Assurance Supervisor



P 303.894.2100 ext. 5185 | F 303.894.2109

1120 Lincoln Street, Suite 801, Denver, CO 80203
debbie.lutz@state.co.us | www.colorado.gov/ecmc

CONFIDENTIAL                                                                                                    HRM0031755