# EXHIBIT V

| | |
|---|---|
| From: | Murphy - DNR, Julie on behalf of Murphy - DNR, Julie <julie.murphy@state.co.us> |
| To: | Cuthbertson - DNR, Scott |
| Cc: | Lutz - DNR, Deborah; Blackmon - DNR, Matthew; Mimi Larsen - DNR |
| Subject: | Re: Bond Release: HRM RESOURCES III LLC - Op 10683 |
| Date: | Wednesday, October 11, 2023 1:22:31 PM |
| Attachments: | image.png |

Thanks all. Please let me know when you release the surety tomorrow, Debbie.
Julie

**Julie Murphy**
Director
she/her/hers



P 303.894.2100 | C 303.598.7022 | F 303.894.2109
1120 Lincoln Street, Suite 801, Denver, CO 80203
julie.murphy@state.co.us | www.colorado.gov/ecmc

On Wed, Oct 11, 2023 at 1:15 PM Cuthbertson - DNR, Scott <scott.cuthbertson@state.co.us> wrote:

This will update overnight:

**Facility Operator**

*denotes requires fields*

| | operator_num* | eff_date* | term_date | doc_num | delete |
|---|---|---|---|---|---|
| Look up operator number | 76104 SAMSON RESOURCES COMPANY | 04/01/2004 | 07/01/2019 | 1268387 | ☐ |
| | 10683 HRM RESOURCES III LLC | 07/01/2019 | 10/10/2023 | 1949700 | ☐ |
| | 10711 PAINTED PEGASUS PETROLEUM LLC | 10/10/2023 | | | ☐ |
| | | | | | |

Click submit to input your changes [Submit] (Make sure there is one facility operator without a term_date)

Scott C. Cuthbertson, P.E.
Deputy Director Operations



On Wed, Oct 11, 2023 at 1:10 PM Lutz - DNR, Deborah <debbie.lutz@state.co.us> wrote:
Hi Julie,

Plaintiffs_017820

I see the well has been transferred to Painted Pegsus. The well has a related Location ID 313111 that remained with HRM III. The related Location ID 313111 did not pass final reclamation, as noted in the previous email attachment. How would you like me to address the failed Location. Will the Location be transferred to Painted Pegsus, or remain with HRM III? How shall I proceed?

Thank you,

Debbie

**Deborah Lutz**

**Financial Assurance Supervisor**



P 303.894.2100 ext. 5185 | F 303.894.2109

1120 Lincoln Street, Suite 801, Denver, CO 80203

debbie.lutz@state.co.us | www.colorado.gov/ecmc

On Wed, Oct 11, 2023 at 11:23 AM Murphy - DNR, Julie <julie.murphy@state.co.us> wrote:
> Thank you for the update. Debbie -- I believe you said you could release the surety today if all panned out. Can you confirm its been released? Thanks,
> Julie
>
> Julie Murphy
> **Director**
> she/her/hers
>
> 
>
> P 303.894.2100 | C 303-598-7022 | F 303.894.2109
> 1120 Lincoln Street, Suite 801, Denver, CO 80203
> julie.murphy@state.co.us | www.colorado.gov/ecmc
>
> On Wed, Oct 11, 2023 at 8:42 AM Blackmon - DNR, Matthew <matthew.blackmon@state.co.us> wrote:
>> Debbie,
>>
>> I ran the report this morning and the reclamation reinspection requirement has been cleared.

> Matthew
>
> On Tue, Oct 10, 2023 at 2:23 PM Lutz - DNR, Deborah <debbie.lutz@state.co.us> wrote:
>> The financial assurance provided by the operator are surety bonds. We can show the release date tomorrow if all is, as it should be.
>>
>> Thank you,
>>
>> Debbie
>>
>> **Deborah Lutz**
>> **Financial Assurance Supervisor**
>>
>> 
>>
>> P 303.894.2100 ext. 5185 | F 303.894.2109
>>
>> 1120 Lincoln Street, Suite 801, Denver, CO 80203
>>
>> debbie.lutz@state.co.us | www.colorado.gov/ecme
>
> On Tue, Oct 10, 2023 at 2:15 PM Murphy - DNR, Julie <julie.murphy@state.co.us> wrote:
>> I think the database needs to update overnight. I'll check first thing in the morning.
>> Julie
>>
>> On Tue, Oct 10, 2023 at 14:03 Blackmon - DNR, Matthew <matthew.blackmon@state.co.us> wrote:
>>> I am free at 2:15.
>>>
>>> On Tue, Oct 10, 2023 at 1:18 PM Murphy - DNR, Julie <julie.murphy@state.co.us> wrote:
>>>> Debbie,
>>>> I do not think your assessment is still correct. I checked the outstanding information using your directions and did not see an items outstanding.
>>>>
>>>> Do we need to discuss internally? I can talk at 2:15. Thanks,

Julie

---------- Forwarded message ---------
From: **Roger Hutson** <lrhutson@hrmres.com>
Date: Tue, Oct 10, 2023 at 13:06
Subject: Fwd: Bond Release: HRM RESOURCES III LLC - Op 10683
To: julie.murphy@state.co.us <julie.murphy@state.co.us>


L Roger Hutson
President/CEO
HRM Resources IV, LLC
410 17th St., Ste 1600
Denver, Colorado. 80202
(O) 303-893-6621
(C) 303-916-6219

Begin forwarded message:

> From: "Lutz - DNR, Deborah" <debbie.lutz@state.co.us>
> Date: October 10, 2023 at 11:26:48 AM MDT
> To: Patrick McGraw <PMcGraw@hrmres.com>
> Cc: Roger Hutson <lrhutson@hrmres.com>, Sadaf Ibrahim - DNR <sadaf.ibrahim@state.co.us>
> Subject: **Bond Release: HRM RESOURCES III LLC - Op 10683**
>
>
> Good Morning Patrick,
>
> Blanket Surface Surety ID 2018-0016, Instrument #B011234 and Blanket Plugging Surety ID 2018-0017, Instrument #B011235 cannot be released at this time.
>
> The bond can not be released until the well has passed final reclamation inspection, and the operator has met any other obligations covered by the bond, or all liability against the bond has been transferred and/or has been properly closed out.
>
> The initial review indicates the operator has 1 Failed Well, API 081-06984, Evans 1.
>
> The operator was made aware of this on 8/26/22 and again 7/7/23 when they requested the bonds to be released. The well will require a Final Reclamation Inspection and submission of the Form 4 Sundry Notice.

Please see attached.

Thank you,

Debbie

**Deborah Lutz**

**Financial Assurance Supervisor**



P 303.894.2100 ext. 5185 | F 303.894.2109

1120 Lincoln Street, Suite 801, Denver, CO 80203

debbie.lutz@state.co.us | www.colorado.gov/ecme

--
Matthew Blackmon
Finance Manager
Energy and Carbon Management Commission
P. (303) 912-8833

1120 Lincoln Street, Suite 801, Denver, CO 80203
matthew.blackmon@state.co.us | www.colorado.gov/ecmc

--
Matthew Blackmon
Finance Manager
Energy and Carbon Management Commission
P. (303) 912-8833

1120 Lincoln Street, Suite 801, Denver, CO 80203
matthew.blackmon@state.co.us | www.colorado.gov/ecmc