# EXHIBIT W



Brownstein Hyatt Farber Schreck, LLP
303.223.1100 main
675 Fifteenth Street, Suite 2900
Denver, Colorado 80202

Julia E. Rhine
Attorney at Law
303.223.1279 direct
jrhine@bhfs.com

March 4, 2024

**VIA EMAIL AND U.S. MAIL**
1120 Lincoln Street, Suite 801
Denver, Colorado, 80203
Colorado Energy and Carbon Management Commission
ATTN: Director Julie Murphy
Julie.murphy@state.co.us

Dear Director Murphy:

On behalf of former operator HRM Resources III, LLC[1], this letter informs you, and requests immediate correction, of an error Colorado Energy and Carbon Management Commission ("ECMC") staff has made in ECMC records regarding the Evans #1 (API#05-081-06984) Well (the "Evans #1 Well"). Specifically, the COGIS Well Scout Card for the Evans #1 Well, attached herein as Appendix A, incorrectly lists Painted Pegasus Petroleum, LLC, (Operator No. 10711) ("P3") as the operator of the well. Neither the ownership nor the operatorship of the Evans #1 Well was ever transferred from any prior operator of the Evans #1 Well to P3.

The Evans #1 Well was plugged and abandoned in accordance with all applicable law in 2009, by prior operator Samson Resources Company (Operator No. 76104) ("Samson"). After plugging and abandonment, Samson also remediated and reclaimed, in accordance with all applicable law, the Evans #1 Well's associated location (Location Id. # 313111) prior to 2019. Subsequent to Samson's plugging and abandonment of the Evans #1 Well and associated remediation and reclamation of the well location, HRM III was the ECMC operator of record for the Evans #1 Well and associated location for the period of 2019 (when Samson transferred the Evans #1 Well to HRM III) until 2023 (when HRM III dissolved). But due to Samson's asset retirement activities, HRM III never had asset retirement obligations associated with the Evans #1 Well.

Even were HRM III to have had asset retirement obligations associated with the Evans #1 Well during its brief stint as operator of record, ECMC, as you know, found them satisfied. Specifically, you concluded in your letter dated October 12, 2023 (ECMC Document No.2422650), that HRM III had met "[a]ll obligations" for its former operations, including any that could be attributed to the Evans #1 Well, "pursuant to the Colorado Energy & Carbon Management Commission rules and regulations."

---

[1] HRM Resources III, LLC ("HRM III") was dissolved on November 6, 2023. As ECMC is aware, HRM III is no longer operating wells in Colorado.

www.bhfs.com

To avoid confusion or the false implication that any prior operator of the Evans #1 Well ever transferred the Evans #1 Well to P3, please immediately correct ECMC's inadvertent mistake by removing P3 as the listed operator of the Evans #1 Well in ECMC's records, including the Evans #1 Well's Scout Card and in each and every other instance ECMC's records, whether paper, online, or otherwise, may incorrectly list P3 as operator of the Evans #1 Well. Please also confirm in writing once this has been completed and provide a copy of the corrected Evans #1 Well's Scout Card and any other corrected ECMC records. We respectfully request that you correct the records and provide confirmation of the same within five business days. If you anticipate the task to take longer, please advise by what date certain you anticipate having the task completed.

Thank you for your prompt attention to this matter. Please direct any questions and all future communications to the undersigned.

Sincerely,

Julia E. Rhine

2

Plaintiffs_017896

# Appendix A



Source: https://ecmc.state.co.us/cogisdb/Facility/FacilityDetail?api=08106984 (last accessed March 1, 2024)

3

Plaintiffs_017897