UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00823-CNS-CYC

CINDY McCORMICK;
RONALD McCORMICK; and
TRUPP LAND MANAGEMENT LLC,

    Plaintiffs,

v.

HRM RESOURCES, LLC, a Delaware limited liability company;
HRM RESOURCES II, LLC, a Delaware limited liability company;
HRM RESOURCES III, LLC, a Delaware limited liability company;
HRM RESOURCES IV, LLC, a Delaware limited liability company;
L. ROGER HUTSON, an individual; TERRY PAPE, an individual;
PAINTED PEGASUS PETROLEUM, LLC, a Texas limited liability company; and
JOHN HOFFMAN, an individual

    Defendants.

## ORDER

Before the Court is the parties' Joint Stipulation Requesting a Deadline for the Joint Statement on Class Notice Schedule. ECF No. 175. On October 17, 2025, the Court granted Plaintiffs' motion for class certification and ordered the parties to submit a joint statement but did not set a deadline. ECF No. 152. On October 31, 2025, the HRM Defendants filed a petition with the Court of Appeals for the Tenth Circuit for permission to appeal the class certification order. ECF No. 158.

The Court orders (1) if the Tenth Circuit denies the HRM Defendants' Petition, the Parties shall submit the Joint Statement twenty-one (21) days after the Tenth

1

Circuit's denial; and (2) if the Tenth Circuit grants the HRM Defendants' Petition and then affirms the Court's Order granting class certification, the Parties shall submit the Joint Statement twenty-one (21) days after the Tenth Circuit's final order or decision on the merits of the HRM Defendants' appeal.

DATED this 12th day of December 2025.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge