IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

Civil Action: 24-cv-00823-CNS-CYC                   Date: December 18, 2025
Courtroom Deputy: Jesse Torres                      FTR – Courtroom C205

| *Parties:* | *Counsel:* |
|---|---|
| CINDY McCORMICK, | Benjamin Hudgens |
| RONALD McCORMICK, and | Zigmas Polinauskas |
| TRUPP LAND MANAGEMENT LLC, | Camille Sippel (by video teleconference) |
| Plaintiffs, | |
| v. | |
| HRM RESOURCES, LLC, | Matthew Arentsen |
| HRM RESOURCES II, LLC, | Madeleine Tayer |
| HRM RESOURCES III, LLC, | |
| HRM RESOURCES IV, LLC, | |
| L. ROGER HUTSON, | |
| TERRY PAPE, | |
| PAINTED PEGASUS PETROLEUM, LLC, and | No Appearance |
| JOHN HOFFMAN, | No Appearance |
| Defendants, | |
| KAYNE ANDERSON CAPITAL ADVISORS, L.P., | Melissa Cizmorris |
| | Alexander Hall (by video teleconference) |
| Non-Party. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**Court in session: 2:03 p.m.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding Non-Party Kayne Anderson Capital Advisors, L.P.'s ("Kayne Anderson's") "Motion for Protective Order as to Plaintiffs' Notice of Fed. R. Civ. P.

30(b)(6) Deposition" [ECF No. 159] and Plaintiffs' Motion to Compel Compliance with Subpoena Issued to Non-Party Kayne Anderson Capital Advisors, L.P. [ECF No. 163].

Preliminary remarks by the Court.

Discussion is held regarding Plaintiffs' Motion to Compel Compliance with Subpoena Issued to Non-Party Kayne Anderson Capital Advisors, L.P. [ECF No. 163]. Counsel for Plaintiffs advises the Court that the Parties have resolved the issues raised in Plaintiffs' Motion, and no further relief is sought relating to this pleading.

The Court addresses Non-Party Kayne Anderson's "Motion for Protective Order as to Plaintiffs' Notice of Fed. R. Civ. P. 30(b)(6) Deposition" [ECF No. 159]. Arguments by counsel. The Parties agree to participate in brief conferral relating to the issues raised in Kayne Anderson's Motion as discussed on the record.

**Court in recess: 2:27 p.m.**

**Court in session: 3:12 p.m.**

Counsel advise the Court that, after conferral, all stakeholders have reached an agreement relating to the issues raised in Kayne Anderson's Motion [ECF No. 159], and no further relief is sought at this time relating to this pleading.

For the reasons stated on the record, it is:

**ORDERED:**     Plaintiffs' Motion to Compel Compliance with Subpoena Issued to Non-Party Kayne Anderson Capital Advisors, L.P. [ECF No. 163] is **DENIED AS MOOT.**

Non-Party Kayne Anderson's "Motion for Protective Order as to Plaintiffs' Notice of Fed. R. Civ. P. 30(b)(6) Deposition" [ECF No. 159] is **DENIED AS MOOT.**

HEARING CONCLUDED.

**Court in recess: 3:15 p.m.**
Total time in court: 00:26

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.