UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:24-cv-00823-CNS-CYC**

CINDY McCORMICK; RONALD McCORMICK; and TRUPP LAND MANAGEMENT LLC,
 Plaintiffs,

v.

HRM RESOURCES, LLC, a Delaware limited liability company;
HRM RESOURCES II, LLC, a Delaware limited liability company;
HRM RESOURCES III, LLC, a Delaware limited liability company;
HRM RESOURCES IV, LLC, a Delaware limited liability company;
L. ROGER HUTSON, an individual; TERRY PAPE, an individual;
PAINTED PEGASUS PETROLEUM, LLC, a Texas limited liability company;
and JOHN HOFFMAN, an individual
 Defendants.

## JOINT STATUS REPORT REGARDING SETTLEMENT

 Pursuant to Civ. Practice Standard 16.6, Plaintiffs Cindy McCormick, Ronald McCormick, and Trupp Land Management LLC, through counsel, Defendants HRM Resources, LLC, HRM Resources II, LLC, HRM Resources III, LLC, HRM Resources IV, LLC, L. Roger Hutson, and Terry Pape, through counsel, and Defendant John Hoffman hereby submit the following Joint Status Report Regarding Settlement.

 Fact discovery in this matter closed on December 19, 2025; however, the parties mutually agreed to conduct several depositions after the close of discovery to accommodate the schedules of counsel and deponents.

 To date, the parties have not engaged in settlement discussions but anticipate such discussions will take place once all depositions have concluded.

1

Dated this 2nd day of January, 2026.

*s/ Benjamin W. Hudgens*
Christopher P. Carrington
Benjamin W. Hudgens
Zigmas Polinauskas
**RICHARDS CARRINGTON, LLC**
1444 Blake Street
Denver, Colorado 80202
Telephone: 303-962-2690
Email: chris@richardscarrington.com
       ben@richardscarrington.com
       zigmas@richardscarrington.com


*/s/ Scott C. Borison*
Scott C. Borison
**BORISON FIRM, LLC**
Email: scott@borisonfirm.com

*s/ John S. Rossiter Jr.*
John S. Rossiter Jr.
Setareh Homayoni
Benjamin Segal
Camille Sippel
Rosa Acheson
**ClientEarth USA, Inc.**
501 Santa Monica Blvd., Suite 510
Santa Monica, CA 90401
Email:
jrossiter@clientearth.org
shomayoni@clientearth.org
bsegal@clientearth.org
csippel@clientearth.org
racheson@clientearth.org

*Attorneys for Plaintiffs and the Class*

2

/s/ *Matthew C. Arentsen*
Richard B. Benenson
Justin L. Cohen
Matthew C. Arentsen
Max Porteus
Madeleine L. Tayer
Alex Jack
BROWNSTEIN HYATT FARBER SCHRECK, LLP
675 15th Street, Suite 2900
Denver, Colorado 80202
Phone: 303-223-1100
Email: rbenenson@bhfs.com
jcohen@bhfs.com
marentsen@bhfs.com
mporteus@bhfs.com
mtayer@bhfs.com
ajack@bhfs.com

*Attorneys for HRM Resources, LLC, HRM Resources II, LLC, HRM Resources III, LLC, HRM Resources IV, LLC, L. Roger Hutson, and Terry Pape*

/s/ *John Hoffman*
John Hoffman

Defendant John Hoffman
(PRO SE)

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026, I electronically filed the foregoing **JOINT STATUS REPORT REGARDING SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Richard B. Benenson
Justin L. Cohen
Matthew C. Arentsen
Max Porteus
Madeleine L. Tayer
Alex Jack
BROWNSTEIN HYATT FARBER SCHRECK, LLP
rbenenson@bhfs.com
jcohen@bhfs.com
marentsen@bhfs.com
mporteus@bhfs.com
mtayer@bhfs.com
ajack@bhfs.com

And via electronic mail:
John Hoffman
johnghoffman@icloud.com

*s/Dyanna Spicher*
Paralegal
