UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:24-cv-00823-CNS-CYC**

CINDY McCORMICK; RONALD McCORMICK; and TRUPP LAND MANAGEMENT LLC,

    Plaintiffs,

v.

HRM RESOURCES, LLC, a Delaware limited liability company;
HRM RESOURCES II, LLC, a Delaware limited liability company;
HRM RESOURCES III, LLC, a Delaware limited liability company;
HRM RESOURCES IV, LLC, a Delaware limited liability company;
L. ROGER HUTSON, an individual; TERRY PAPE, an individual;
PAINTED PEGASUS PETROLEUM, LLC, a Texas limited liability company;
and JOHN HOFFMAN, an individual

    Defendants.

---

**STIPULATED MOTION TO VACATE AND CONTINUE HEARING ON MOTION TO EXCLUDE OPINIONS OF C. ELAINE CARLETON**

---

The above-captioned Plaintiffs and HRM Defendants,[1] through their respective counsel, respectfully submit this Stipulated Motion to Vacate and Continue the February 17, 2026 hearing on Plaintiffs' Motion to Exclude Opinions of C. Elaine Carleton (Doc. 124), and advise the Court as follows:

    1.    On July 31, 2025, Plaintiffs' filed their Motion to Exclude Opinions of C. Elaine Carleton (the "Rule 702 Motion") (Doc. 124).

---

[1] "HRM Defendants" collectively refers to Defendants HRM Resources, LLC, HRM Resources II, LLC, HRM Resources III, LLC, HRM Resources IV, LLC, L. Roger Hutson, and Terry Pape.

2. On December 31, 2025, the Court set a one-hour hearing on February 17, 2026 on the Rule 702 Motion (Doc. 183) ("February 17 Hearing").

3. The parties, through counsel, have conferred and request that the February 17 Hearing be vacated and continued to a later date once any and all Rule 702 motions have been filed regarding the additional expert witnesses that the parties will be disclosing by the March 30, 2026 expert disclosure deadline.

4. Ms. Carleton issued her report before the expert disclosure deadline in order to support the HRM Defendants' opposition to class certification (Doc. 117-3). While the HRM Defendants contend that Ms. Carleton offers opinions that bear on issues beyond the class certification inquiry, the parties agree that the February 17 Hearing no longer needs to proceed at this stage of the case. The Tenth Circuit Court of Appeals recently denied the HRM Defendants' Rule 23(f) petition to appeal the Court's class certification order (Doc. 152), and thus the need to decide the propriety of Ms. Carleton's opinions related to class certification is not a present issue. Further, to the extent Ms. Carleton's opinions may bear on issues beyond class certification, the parties anticipate that subsequent expert disclosures may overlap with the issues related to the Rule 702 Motion. The parties thus believe that it would be most efficient to hold a hearing on the Rule 702 Motion at the same time the Court is addressing the parties' anticipated forthcoming Rule 702 motions on other experts.

5. On January 20, 2026, the Court extended expert deadlines (Doc. 188). Pursuant to the Court's practice standards, Rule 702 motions are due 30 days after the current April 29, 2026 rebuttal expert disclosure deadlines.

6. Based upon the new expert disclosure deadlines and the current posture of the case, the parties request that a hearing on Plaintiffs' Rule 702 Motion be continued to a later date following submission of any other Rule 702 motions that may be filed.

7. No party will be prejudiced by the requested relief.

WHEREFORE, Plaintiffs and HRM Defendants respectfully request that the Court vacate and continue the February 17, 2026 hearing on Plaintiffs' Rule 702 Motion. A proposed form of order is attached for the consideration and convenience of the Court.

Dated this 12th day of February, 2026, in Denver, Colorado.

| | |
|---|---|
| *s/ Benjamin W. Hudgens* | *s/ Matthew C. Arentsen* |
| Christopher P. Carrington | Richard B. Benenson |
| Benjamin W. Hudgens | Justin L. Cohen |
| Zigmas Polinauskas | Matthew C. Arentsen |
| **RICHARDS CARRINGTON, LLC** | Max Porteus |
| 1444 Blake Street | Madeleine L. Tayer |
| Denver, Colorado 80202 | BROWNSTEIN HYATT FARBER |
| Telephone: 303-962-2690 |   SCHRECK, LLP |
| Email: chris@richardscarrington.com | 675 15th Street, Suite 2900 |
|         ben@richardscarrington.com | Denver, Colorado 80202 |
|         zigmas@richardscarrington.com | Phone: 303-223-1100 |
| *Attorneys for Plaintiffs* | Email: rbenenson@bhfs.com |
| |         jcohen@bhfs.com |
| |         marentsen@bhfs.com |
| |         mporteus@bhfs.com |
| |         mtayer@bhfs.com |
| | *Attorneys for HRM Resources, LLC, HRM Resources II, LLC, HRM Resources III, LLC, HRM Resources IV, LLC, L. Roger Hutson, and Terry Pape* |

3

### CERTIFICATE OF SERVICE

 I hereby certify that on February 12, 2026, I electronically filed the foregoing **STIPULATED MOTION TO VACATE AND CONTINUE HEARING ON MOTION TO EXCLUDE OPINIONS OF C. ELAINE CARLETON** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Richard B. Benenson
Justin L. Cohen
Matthew C. Arentsen
Max Porteus
Madeleine L. Tayer
BROWNSTEIN HYATT FARBER SCHRECK, LLP
rbenenson@bhfs.com
jcohen@bhfs.com
marentsen@bhfs.com
mporteus@bhfs.com
mtayer@bhfs.com

And via electronic mail:
John Hoffman
johnghoffman@icloud.com

            *s/ Dyanna Spicher*
            Dyanna Spicher, Paralegal