# EXHIBIT C

## HRM Defendants' 12(c) Motion to Dismiss

## P3 Bankruptcy Petition

**Fill in this information to identify the case:**

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): ______________ Chapter 7

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Painted Pegasus Petroleum LLC |
| **2. All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as names* | P3 Petroleum |
| **3. Debtor's federal Employer Identification Number (EIN)** | 47-2273606 |
| **4. Debtor's address** | **Principal place of business**<br>16820 Barker Springs Rd Ste 521<br>Number Street<br>Houston, TX 77084-5040<br>City State ZIP Code<br>Harris<br>County<br><br>**Mailing address, if different from principal place of business**<br>Number Street<br>P.O. Box<br>City State ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number Street<br>City State ZIP Code |
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor Painted Pegasus Petroleum LLC
Name
Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 1 3 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor ______ Relationship ______
District ______ When ______ (MM / DD / YYYY)
Case number, if known ______

Debtor Painted Pegasus Petroleum LLC Case number *(if known)* ______
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other Oil and gas wells and equipment

**Where is the property?** ______
Number Street
______
City State ZIP Code

**Is the property insured?**

☑ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor Painted Pegasus Petroleum LLC
Name

Case number *(if known)*

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ❑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million
- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/23/2021
MM/ DD/ YYYY

✗ /s/ Joseph Mustacchia
Signature of authorized representative of debtor

Joseph Mustacchia
Printed name

Title Vice President of Geosciences

**18. Signature of attorney**

✗ /s/ Craig Alexander Higginbotham
Signature of attorney for debtor

Date 11/23/2021
MM/ DD/ YYYY

Craig Alexander Higginbotham
Printed name

Byman & Associates, PLLC
Firm name

7924 Broadway Ste 104
Number Street

Pearland
City

TX
State

77581
ZIP Code

(281) 884-9264
Contact phone

cah@bymanlaw.com
Email address

24059946
Bar number

TX
State

**PAINTED PEGASUS PETROLEUM**, LLC

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF MANAGERS**

Effective as of November 22, 2021

The undersigned, being all of the members of the Board of Managers (the ***"Managers")*** of Painted Pegasus Petroleum, LLC, a Texas limited liability company (the ***"Company"),*** hereby approve, consent to and adopt the following recitals and resolutions and the actions therein authorized as the act of the Managers by written consent. Capitalized terms used but not defined herein have the meaning provided in the Amended and Restated Limited Liability Company Agreement of Painted Pegasus Petroleum, dated December 22nd, 2014 (the ***"Company Agreement of Painted Pegasus Petroleum, LLC").***

WHEREAS, pursuant to Section 6.202(b) of the Texas Business Organizations Code and the provisions of the Company, the undersigned, as Members of the Company, by this consent adopt the following resolutions, effective as of the date first set forth above, such approval, consent, and adoption to have the same force and effect as if a meeting of the Managers had been duly called and held;

WHEREAS, after consultation with the officers and advisors of the Company, the Managers have concluded that the Company is insolvent and unable to pay debts as they mature;

WHEREAS, it would be in the best interest of creditors of the Company to file a voluntary petition under Chapter 7 of the Bankruptcy Code in the Southern District of Texas;

WHEREAS, it would be in the best interest of creditors for the Company to retain the law firm of Byman & Associates PLLC to file a voluntary petition under chapter 7 of the Bankruptcy Code for the Company;

NOW, THEREFORE, BE IT RESOLVED, that the Company shall file a bankruptcy petition as soon as practicable in accordance with chapter 7 of the bankruptcy code;

RESOLVED, that the Managers have determined that Byman & Associates shall be employed as bankruptcy counsel for the Company to file the voluntary petition under chapter 7 of the bankruptcy code;

RESOLVED FURTHER, that the Managers appoint Joseph Mustacchia who shall be and hereby is authorized and directed to execute and file all petitions, schedules, lists, and other papers and to take all such further actions as he believes necessary, desirable, advisable or appropriate to effectuate or carry out the purposes of any and all of the foregoing resolutions and the transactions contemplated thereby; and that the taking of each such action, the execution and delivery of each such document or instrument shall be conclusive evidence of its necessity or advisability.

In witness hereof, the undersigned have executed this written consent on the date noted herein.

**MANAGERS**

______________________________

______________________________

Keith Hubbard

Digitally signed by Keith Hubbard
DN: cn=Keith Hubbard, o=P3 Petroleum, ou=Engineering, email=khubbard@P3peto.com, c=US
Date: 2021.11.23 14:20:38 -06'00'

Fill in this information to identify the case:

Debtor name: Painted Pegasus Petroleum LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| **2. Cash on hand** | | | |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 **UBS** | **Checking account** | **1131** | **$90,037.47** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$1,640.35** |
| **4. Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |
| **5. Total of Part 1**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$91,677.82** |

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1 **Well plugging and decom bond-Colorado Oil and Gas Conservation Commission** | **$310,000.00** |

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)*
Name

7.2 **Well plugging and decom bond-Colorado Oil and Gas Conservation Commission** **$125,000.00**

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81. **$435,000.00**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts Receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | | - | | = ...... → | |
| 11b. Over 90 days old: | **$191,685.99** | - | **$0.00** | = ...... → | **$191,685.99** |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$191,685.99**

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock: % of ownership:

**None**

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)*
Name

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83. **$0.00**

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Approximately 400 Barrels of Crude Oil | MM / DD / YYYY | (Unknown) | | $30,000.00 |

**20. Work in progress**

**None**

**21. Finished goods, including goods held for resale**

**None**

**22. Other inventory or supplies**

**None**

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84. **$30,000.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)*
Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

**None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

**None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

**None**

**31. Farm and fishing supplies, chemicals, and feed**

**None**

**32. Other farming and fishing-related property not already listed in Part 6**

**None**

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

Debtor **Painted Pegasus Petroleum LLC**
Name

Case number *(if known)*

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**39. Office furniture**

**None**

**40. Office fixtures**

**None**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

**None**

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43. Total of Part 7**
Add lines 39 through 42. Copy the total to line 86. **$0.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**None**

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)*
Name

**48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

**49. Aircraft and accessories**

**None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1 **See attached list of oil and gas equipment** | **(Unknown)** | | | **(Unknown)** |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87. **$0.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9: Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| **General description** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| **55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| 55.1 **Oil and gas wells - see attached list** | **Fee Simple** | **(Unknown)** | | **(Unknown)** |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88. **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)* ____________
Name

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**None**

**61. Internet domain names and websites**

**None**

**62. Licenses, franchises, and royalties**

**None**

**63. Customer lists, mailing lists, or other compilations**

**None**

**64. Other intangibles, or intellectual property**

**None**

**65. Goodwill**

**None**

**66. Total of Part 10**
Add lines 60 through 65. Copy the total to line 89. **$0.00**

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

Debtor **Painted Pegasus Petroleum LLC**
Name

Case number *(if known)*

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

**None**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90. **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor **Painted Pegasus Petroleum LLC**
Name

Case number *(if known)*

## Part 12: Summary

| | Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | $91,677.82 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | $435,000.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | $191,685.99 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | $30,000.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | | $0.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | $0.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9.*........................................................................ | | | ➔ | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column...... | 91a. | $748,363.81 | + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................................ $748,363.81

Debtor **Painted Pegasus Petroleum LLC**
Name

Case number *(if known)*

## Additional Page

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

**3. Checking, savings, money market, or financial brokerage accounts - *Continued***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.2 | **Amegy** | **Checking account** | **9210** | **$339.90** |
| 3.3 | **Amegy** | **Checking account** | **0116** | **$1,300.45** |

**SCHEDULE A/B #11**

10/31/2021 13:59
Company:000P3

| Owner | Name | New A/R Dec Balance | Check | Amount |
|---|---|---|---|---|
| 76 | Hobe, Inc. | 22.01 | | |
| 82 | Headington Oil C | - | | |
| 191 | Lindy J Grau- An | 2,207.20 | | |
| 195 | Victoria Hutson | 4,151.94 | | |
| 265 | Justin Olson | 63.56 | | |
| 403 | WRT Company | 21.85 | | |
| 470 | AG Andrikopoulo | 95.67 | | |
| 604 | Robert L Marold | 236.67 | | |
| 653 | Heritage Energy | 2.25 | | |
| 654 | DAB Resources | 11.22 | | |
| 655 | Ally Petroleum C | - | | |
| 656 | Edward Oil Com | 292.30 | | |
| 658 | Fred & Nancy Hu | 140.85 | | |
| 659 | Qualls Family Ho | 4,975.14 | | |
| 664 | Petro Energy Inc | 2,191.49 | | |
| 666 | R&M Oil & Gas L | 14.67 | | |
| 736 | Donald F Enright | 90.78 | | |
| 737 | Laurel Hill Trust | 21.85 | | |
| 770 | Gerald J Schissl | 160.46 | | |
| 796 | Jack W Bales | 2,307.43 | | |
| 836 | Lamotte Oil Co | 43.73 | | |
| 953 | Wonderly Corpor | - | | |
| 1051 | Lauren M Munn | 97.20 | | |
| 1054 | Retova Resourc | - | | |
| 1057 | Jack Becker | 853.95 | | |
| 1062 | Andrew S Peters | 1,757.83 | | |
| 1121 | Rival Energy, LL | 1,396.87 | | |
| 1122 | John Marcus Ste | 1,000.21 | | |
| 1123 | Quality Drilling Fl | 475.54 | | |
| 1131 | Link Oil & Gas P | 681.29 | | |
| 1158 | David Edward B | 160.46 | | |
| 1160 | Jefferson Ruck | 292.00 | | |
| 1161 | Stelbar Oil Corp I | 489.77 | | |
| 1233 | Callisto Energy L | 91.72 | | |
| 1234 | Edward M Doum | 5,301.16 | | |
| 1236 | Houston Oil Fiel | 4,669.03 | | |
| 1237 | James Hansen | 556.35 | | |
| 1238 | LD Temple Estat | 577.16 | | |
| 1240 | Robert M Sterlin | 2,557.48 | | |
| 1241 | Shirley Krupa | 577.16 | | |
| 1242 | Production Gath | 6,014.02 | | |
| 1243 | Beckham Holdin | 292.01 | | |
| 1244 | Grizzly Petroleu | 15,101.50 | | |
| 1264 | AC Toney | 85.59 | | |
| 1994 | J Cleo Thompso | - | | |
| 1998 | 00 Resources | - | | |
| 2000 | Mark and Cathly | 443.23 | | |
| 2002 | Estate of LD Te | 604.42 | | |
| 2079 | Marci Chase Inc | 1,648.07 | | |
| 2086 | Colman & Comp | 2,174.89 | | |
| 2090 | Delujo Constructi | 1,185.57 | | |
| 2093 | Colorado Royalti | 1,185.57 | | |
| 2095 | Neil Goldblatt | - | | |

**SCHEDULE A/B #11**

| | | | |
|---|---|---|---|
| | 2096 | GMT Exploration C | 26,995.60 |
| | 2098 | Wildcard Family | 3,649.98 |
| | 2099 | Allen R Hermans | 3,231.95 |
| | 2115 | James A Smith | 2,170.42 |
| | 2117 | Arthur Friedman | - |
| | 2131 | Great Northwest | 642.78 |
| | 2132 | Esther Chorney | 109.77 |
| | 2133 | ALG Corp | 3,316.57 |
| | 2401 | Petrolera Carlos | 244.76 |
| | 2939 | Monteco Energy, | 33,019.98 |
| | 2982 | Arthur Michael G | 201.46 |
| | 2983 | Rosemary Apple | - |
| | 2984 | Judy Lebeda | 5.62 |
| | 3009 | Bill Barrett Corpo | 8,508.27 |
| | 3046 | Roland L. Shelto | 10,439.81 |
| TOTAL | | | 159,858.09 |
| | 1 | Painted Pegasus | 31,827.90 |
| | | AR | 191,685.99 |

## SCHEDULE A/B #50

**P3 Petroleum Equipment Inventory**

| Battery | Location | Tank No. | Tank Quantity & Size | Separator Type | Separator Make | Separator Model | Separator Serial No. | Combustor Make | Combustor Serial # | Auto Ignitor Make | Engine | Engine Serial # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbott CTB | NESE SEC10 T1S R64W | 77353 | 1 x 300 | 2 PHASE | NELCO MFG | 2 X 12 2 PHASE | 159680 | N/A | N/A | N/A | N/A | N/A |
| Ann/Sandie | SWSE Sec 12 T1S R64W | 164356-1/164356-2 | 2 x 300 | 125# | American Tank | 125 | 5471 | N/A | N/A | n/a | ajax 8.5x10, ajax | 57489, 70270 |
| Banter-Morris 23-4 | NESW Sec. 4, T1S R64W | 163661-1 | 1 x 300 | 125# | Unknown | 125 | 33262 | N/A | N/A | N/A | N/A | N/A |
| Becker-Trupp | NWNW SEC 32 T2S R63W | 87425, 87324 | 2 x 300 | 2 Glycol | Berman MFG Co | 2 Glycol 2 Phase | 20366, 24498 | N/A | N/A | N/A | N/A | N/A |
| Bowen USX AL 29-8 | SENW4 SEC29 T2S R62W | Unknown | 1 x 300 | | | | | | N/A | N/A | N/A | N/A |
| Carlson | SENE4 SEC33 T2S R64W | 9190, 9191 | 2 x 400 | Heater treater | Cimarron | Cimarron | M-7963 | Cimarron 24 ECD | Unknown | Cimarron | None, AJAX/CMA, | 54435, 301165 |
| Cavalier 2 | T2S R64W SEC 2: W2NW | 361028 | 1 X 300 | 250# | N/A | 3-Phse | N/A | | | | | |
| Champlin 075 Amoco J 1 | SWNE Sec.25-T2S-R65W | 302984 | 1 x 300 | Standard | American Tank | Standard 3 Phase | 5354 | N/A | N/A | N/A | N/A | N/A |
| Champlin 1-31 | SENE SEC 31 T2S R63W | 303159 | 1 x 300 | Glycol | Berman MFG Co | Glycol | 22642 | N/A | N/A | N/A | Ajax/ E42 | 68918 |
| Champlin 351 Am A1 | NENW SEC 1 T3S R61W | 34392 | 1 x 300 | 1 Horizontal Treater | American Tank | Horizontal trater 2 phase | 230 | 24 ECD | 5347 | Cimarron | Ajax/CMA | 56144 |
| Champlin 67 Am G1 | CNW SEC 29 T2S R63W | 110704 | 1 x 300 | 300 Standard | American Tank | Standard 2 Phase | 5417 | N/A | N/A | N/A | N/A | N/A |
| Champlin 75 AM G1 | SEC 29 T2S R64W | 302952 | 1 x 300 | Standard | Cimarron | Standard 3 phase | 10082 | N/A | N/A | N/A | N/A | N/A |
| Champlin 75 AM H1 | SEC 29 T2S R64W | 302953 | 1 x 300 | Glycol | National Tank Co | Glycol 3 Phase | GPT-4150501-14 | N/A | N/A | N/A | N/A | N/A |
| Crystal-Hubbs #1 | SWNE Sec 22 T1S 63W | 164384-1&2 | 2 x 300 | 2phase | National Tank Co | 2phase | 36295 | N/A | N/A | N/A | N/A | N/A |
| Double | SWSE SEC17 T3S R63W | 13604 | 1 x 300 | 3-phase | Bremco | N/A | 56080 | Unknown | N/A | N/A | N/A | N/A |
| Downing | SESE SEC25 T3S R59W | Unknown | 1 x 400 | Unk | Unknown | Unknown | Unknown | Unknown | N/A | N/A | AJAX EA30, 7.25x8 | 66151 |
| Ehn/Nile Unit | SEC 20 T1S R60W | 115115, 115116, 115117 | 3 x 300 & 4 x 500bbl | Shotgun tank | McDonald Tank & Eqiupment | 500bbl shotgun tank seperator | M11301 | 24 ECD/ | 5200716/1161 | 2xCimarron | N/A | N/A |
| Eiffel #1 | NWSW Sec 19 T1S 63W | 165033-1 | 1 x 300 | 250# | Unknown | 250 | 3331 | N/A | N/A | N/A | N/A | N/A |
| Eleanor Arnold B #1 | NESW Sec 10 T1S 64W | 163507-1 | 1 x 300 | 2phase/horiztreator | American Tank | 125/50 | 6667/505 | N/A | N/A | N/A | N/A | N/A |
| Flo 23-34 | T1S R64W SEC 24: NWSE | 4882 | 1 X 300 | 250# | American Tank | 3-Phse | 8126 | | | | | |
| Fred Jr | T1S R63W SEC 22: NENE | N/A | 1 X 300 | 300# | Leed | 3-Phse | 7287 | | | | | |
| Frihauf USX CK 35-23 | T1S R60W SEC 25: SESE | 13600 | 1 X 300 | 300# | Cimarron | 3-Phse | 17807 | VGI.6 | BO31 | Cimarron | | |
| George Sauter #1 | NENE 14 1S 64W 6 | 163509 | 1 x 300 | 125# | American Tank | 125 | 28040 | N/A | N/A | N/A | N/A | N/A |
| Hartman 21-14 | NENW SEC 14 T3S R63W | 580019 | 1 x 160 | Glycol | Berman MFG Co | Glycol 1 Phase | 22546 | N/A | N/A | N/A | N/A | N/A |
| Helming | NESE4 SEC19 T3S R62W | 169411916 174110 | 1 X 300 | 300# | Leed | Unknown | 7071 | Unknown | N/A | N/A | AJAX/CMA, 8.5x10 | 57190 |
| Helzer Farms #1 | NENW Sec. 25, T1S R64W | 164989-1&2 | 2 x 300 | unknown | Unknown | 250 | Unknown | N/A | N/A | N/A | N/A | N/A |
| Her | SENE4 SEC5 T1S R62W | Unknown | 1 X 300 | 3-phase | Unknown | Unknown | Unknown | Unknown | N/A | N/A | N/A | N/A |
| Hokr | NWSW4 SEC20 T3S R62W | 80807 80806 | 2 x 300 | 3-phase | Cimarron | Unknown | 34746 | Cimarron 24 ECD | 5201401 | Cimarron | AJAX EA30, 7.25x8 | NO SERIAL NUMBER |
| Horth CTB | SW4NE4 SEC15 T1S R64W | 97366/? Not using | 1 X 400 | Horz 3 phase | Leed | RT4 | 7920 | cimmeron | 5201710 | cimmeron | N/A | N/A |
| HSR Gregg 15-10 | SEC. 10 T2S R64W | 114774 | 1 X 300 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Joy 21-4 (aka #1) | T1S R64W SEC 7: SESW | 97157 | 1 x 300 | 1440# 3 phase | National Tank Co | T-Pak | WR197601-03 | N/A | N/A | N/A | N/A | N/A |
| Kalcevic Farms 32-3 #2 | NENE4 SEC3 T2S R63W | 97510 | 1 X 300 | 3-Phase HLP | American Tank | 1000# | 9897 | Unknown | N/A | N/A | N/A | N/A |
| Kelton | NE SEC 8 T2S R64W | 531591, 531592 | 2 x 400 | 3PHASE | Cimarron | 3PHASE | 1-17542-SEPERATOR, 10430 | CIMARRON 24" ecd | 2045 | GUARDIAN | 41-8: ajax/ e42, 42 | 41-8: 70670, 42-8: 78627, 31-8: 64298 21-8: N/a |
| Kelton | SWSW SEC 5 T2S R64W | 1144405 | 1 x 300 | vertical 2 phase & vertical treater | Cimarron | sep: 20x10 tre: 4x20 | s: 7673, t: 8514 | N/A | N/A | N/A | AJAX/ EA 30 | 68848 |
| Kelton | SWSW SEC 5 T2S R64W | w/A3 | | treater | 4 x 20 | n/a | 8514 | N/A | N/A | N/A | N/A | N/A |
| Kelton | SESW SEC 5 T2S R64W | 114405 | 1 x 300 | cimeron | 4 x 20 | n/a | 8514 | N/A | N/A | n/a | ajax 7-/14 x 8 | 168848 |
| Kiowa Frick | T03S R62W SEC 12: SE | 94265/94823 | 2 x 300 | 125# | Cimarron | 3-Phse | 7? | 24ECO | 52014102 | Cimarron | | |
| Kugel #1 | SENW SEC 30 T1S R63W | 10640 | 1 x 300 | 3 phase | n/a | 3 phase | N/A | N/A | N/A | n/a | Ajax 8-1/2 x 10 | 79178 |
| Mansfield USX | 31 1S 59W NW NW | 13601 | 1 X 300 | 300# | Leed | 3-Phse | 7989 | | | | | |
| McKinney 1-9 | SWNE4 SEC9 T1S R64W | 97371 | 1 x 300 | 125# horizontal 3 phase | Enertex | 3P-L13-250C4 | Jun-05 | N/A | N/A | N/A | N/A | N/A |
| Meyer | 14-T2S-R63W | 87251, 87255 | 2 x 300 | Glycol | Berman MFG Co | Glycol 2 Phase | 24215 | N/A | N/A | N/A | N/A | N/A |
| Miyaca | Sec 3 T1S 62W W2 NW | Unknown | 1 x 210 | 3-phase | American Tank | 1000# | 9207 | Unknown | N/A | N/A | N/A | N/A |
| Packard | NENE SEC 22 T1S R64W | 9651 &9764 | 2 x 300 | TREATOR | NELCO MFG | 4 X 20' | 64980 | N/A | N/A | NA | AJAX E42 8 1/2 X 10 | 60415 |
| Penny /Wanda | NENE4 SEC8 T1S R64W | 76882 | 2-seperators | 1000# 3 phase/ 125# 3 phase | Gas Tech INC/ Cimarron | Unknown | 8237/T18686 | N/A | N/A | n/a | AJAX/CMA, 7.5x10 | 53383 |
| Prairie Vetter 1 | T2S R63W SEC 22: W2 | 4757 | 1 X 300 | 250# | American Tank | 3-Phse | 5719 | | | | | |
| Randall | NENE SEC10 TIS R64W | 97001 &97011 | 2 X 300 | 2 PHASE | | 2 X 12 2 PHASE | Unknown | N/A | N/A | N/A | N/A | N/A |
| Rose 13-14 | NWSW Sec. 14 T1S R64W | 167821-1&2 | 2 x 300 | 125# | American Tank | 125 | 201371 | N/A | N/A | N/A | N/A | N/A |
| Ruth 34-29 | T2N R61W SEC 29: SE | 76643H | 1 X 300 | 1000# | American Tank | 3-Phse | 8690 | | | | | |
| Shively | NW NE NW SEC 12 T1S R64W | 9712&9711 | 2 x 300 | TREATOR & 2PHASE | Unknown | UK & 2 X12 2 PHASE | Unknown | CIMARON 24" | 2699 | TELTRONIC GUARDION | N/A | N/A |
| State 14-32 | T2N R62W SEC 14: W2NE | 18170 | 1 X 300 | 250# | NELCO MFG | 3-Phse | 7376901-28 | | | | AJAX/CMA, 8.5x10 | NO SERIAL NUMBER |
| State 2, 3-30 | Sec. 30-T2S-R62W | 110692 | 1 x 300 | Standard | National Tank Co | Standard 3 Phase | T7376901-12 | N/A | N/A | N/A | N/A | N/A |
| Terri 14-4 | T1S R64W SEC 4: SWSW | 94515 | 1 x 300 | 1000# 3 phase | American Tank | 610pr168 | 6192 | N/A | N/A | N/A | N/A | N/A |
| UPRR 23 Pan Am G #1 | SEC. 17 TS2 R64W | 115595 | 1 X 300 | 250 3 phaSE | American Tank | 3 PHASE | 4470 | N/A | N/A | N/A | N/A | N/A |
| UPRR 23 Pan Am K # 2 | SEC. 9 t T2S R64W | 80877 | 1 X 300 | 3 PHASE | N/A | 3PHASE | N/A | N/A | N/A | N/A | N/A | N/A |
| UPRR 23 Pan Am L #1 | NENE SEC 9 T2S R64W | 114408 | 1 x 300 | 3 phase | Cimarron | n/a | N/A | N/A | N/A | N/A | N/A | N/A |
| UPRR 23 Pan Am L #1 | NENE SEC 9 T2S R64W | 114408 | 1 x 300 | 3 phase | Cimarron | n/a | N/A | N/A | N/A | N/A | N/A | N/A |
| UPRR 24 PA B1 | SEC. 15 T2S R64W | 94532 | 1 X 300 | 2 PHASE: GAS & LIQUID | American Tank | VERTICAL 2 PHASE | 4697 | N/A | N/A | N/A | N/A | N/A |
| UPRR 24 Pan Am B #1 | SWSW SEC 15 T2S R64W | 94532 | 1 x 300 | 2 phase | American Tank | 30 x 10 | 4697 | N/A | N/A | N/A | N/A | N/A |
| UPRR 24 Pan Am E#1 | SEC. 15, T2S, R64W | 85625 | 1 x 300 | 3 PHASE/ GLYCHOL | LEED | 3 PHASE GLYCHOL | 2186 | N/A | N/A | N/A | N/A | N/A |
| UPRR 60 Pan Am D #4 | NESE Sec 7, T1S R63W | 1635063 | 1 x 300 | 125# | National Tank Co | 49080 | 49080 | N/A | N/A | N/A | N/A | N/A |
| UPRR Pan Am h #1 | SEC. 17 TS2 R64W | 115812 | 1 x 300 | glychol | National Tank Co | glychol | a-52516 | N/A | N/A | N/A | N/A | N/A |
| UPRR/Eleanor Arnold | SESE 3 1S 64W | 163638-1 | 1 x 300 | 2phase/horiztreator | American Tank | 125/50 | 6735/dd | cimmaron | 5201019 | cimmaron | N/A | N/A |
| UPV 25-8N3 | SENE Sec25 T2S R63W | 52872 | 1 X 300 | 250# | Enertex | 3-Phse | 39393 | | | | Arrow C-106 | NO SERIAL NUMBER |
| UPV 27-7M4 | SWNE Sec 27 T1S R64W | 4948 | 1 X 300 | 250# | Leed | 3-Phse | 0K235 | | | | | |
| UPV 31-16N3 | T2S R63W SEC 31: E2SE | 6720 | 1 X 210 | 250# | Leed | 3-Phse | 7040 | | | | | |
| UPV 7-15N3 | SESE Sect 7 T2S R63W | 5179 | 1 x 210 | 300# | Leed | 3-Phse | 7480 | 24ECO | 5201103 | Cimarron | | |
| W.E. Pope | NWNW SEC 31 T2S R62W | 110665, 110666 | 2 x 300 | 300 Standard | Olman Heath Co | Standard 3 Phase | 32408 | N/A | N/A | N/A | N/A | N/A |
| Wagner 18-12 | NWSW4 SEC18 T1S R64W | 34207 | 1 x 210 | 3 Phase | American Tank | n/a | 1347 | N/A | N/A | N/A | N/A | N/A |
| Wailes 41-33 | NE4NE4 SEC33 T1S R64W | 42588 | 1 X 300 | Horz 3 phase | Leed | RT3 | 3633 | N/A | N/A | n/a | AJAX/CMA, 8.5x10 | NO SERIAL NUMBER |
| Wailes 41-33 | NE4NE4 SEC33 T1S R64W | 42588 | 1 X 300 | Horz 3 phase | Leed | RT3 | 3633 | N/A | N/A | n/a | AJAX/CMA, 8.5x10 | NO SERIAL NUMBER |
| Warren 11-10 | NW/NW Sec. 10, T1S R64W | 165962-1/ 165962-2 | 2 x 300 | 2phase | National Tank Co | 125 | 5648 | N/A | N/A | N/A | N/A | N/A |

**SCHEDULE A/B #55**

| Well Name | API Number | ST | County | Operator | Form. | QQ | Sec | Twp | Rng | Status | BPO WI | BPO NRI | BPO ORRI | APO WI | APO NRI | APO ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbott 10-43 | 05-001-09533 | CO | Adams | Painted Pegasus Petroleum | DSND | SWSE | 10 | 1S | 64W | PR | 0.4502810 | 0.3416620 | 0.0150000 | 0.4502810 | 0.3416620 | 0.0150000 |
| Abbott 11-14 | 05-001-08135 | CO | Adams | Painted Pegasus Petroleum | D Sand | NWNW | 14 | 1S | 64W | PR | 1.0000000 | 0.7393750 | 0.0150000 | 1.0000000 | 0.7393750 | 0.0150000 |
| Abbott 12-14 | 05-001-07731 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWNW | 14 | 1S | 64W | PR | 1.0000000 | 0.7393750 | 0.0150000 | 1.0000000 | 0.7393750 | 0.0150000 |
| Abbott 12-21 | 05-001-09416 | CO | Adams | Painted Pegasus Petroleum | D Sand | NWSW | 21 | 1S | 63W | PR | 0.6896600 | 0.5723914 | 0.0050000 | 0.6896600 | 0.5723914 | 0.0050000 |
| Abbott 33-10 | 05-001-07777 | CO | Adams | Painted Pegasus Petroleum | DSND | NWSE | 10 | 1S | 64W | SI | 0.4808083 | 0.3643888 | 0.0150000 | 0.4808083 | 0.3643888 | 0.0150000 |
| Abbott 43-10 | 05-001-07719 | CO | Adams | Painted Pegasus Petroleum | DSND | NESE | 10 | 1S | 64W | PR | 0.4808083 | 0.3643888 | 0.0150000 | 0.4808083 | 0.3643888 | 0.0150000 |
| Abbott Lands 32-7 #4 | 05-001-07859 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWNE | 7 | 1S | 63W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Ambush #31-22 | 05-001-09126 | CO | Adams | Painted Pegasus Petroleum | D Sand | NWNE | 22 | 2S | 64W | PR | 0.9800000 | 0.8318750 | - | 0.3920000 | 0.3327500 | - |
| Ann 34-12 | 05-001-07748 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWSE | 12 | 1S | 64W | PR | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.8500000 | - |
| Antelope Farms 41-23 #2 | 05-001-07615 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENE | 23 | 2S | 63W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Atwater #4 24-01 | 05-001-08061 | CO | Adams | Painted Pegasus Petroleum | J Sand | SESW | 1 | 3S | 64W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Banter-Morris 23-4 | 05-001-08267 | CO | Adams | Painted Pegasus Petroleum | D Sand | NESW | 4 | 1S | 64W | PR | 1.0000000 | 0.7725810 | - | 1.0000000 | 0.7725810 | - |
| Bass Linnebur 12-21 | 05-001-08329 | CO | Adams | Painted Pegasus Petroleum | DSND | NWSW | 12 | 3S | 65W | PR | 0.3000000 | 0.2475000 | - | 0.3000000 | 0.2475000 | - |
| Baughman Farms 2-31 | 05-001-06148 | CO | Adams | Painted Pegasus Petroleum | D Sand | NESE | 31 | 1S | 60W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Becker 1-32 | 05-001-07384 | CO | Adams | Painted Pegasus Petroleum | JSND | SENW | 32 | 2S | 63W | SI | 0.4700000 | 0.3916667 | - | 0.4700000 | 0.3916667 | - |
| Becker 42-32 | 05-001-07727 | CO | Adams | Painted Pegasus Petroleum | JSND | SENE | 32 | 2S | 63W | PR | 0.4700000 | 0.3916667 | - | 0.4700000 | 0.3916667 | - |
| Bowen USX AL 29-8 | 05-001-07316 | CO | Adams | Painted Pegasus Petroleum | D Sand | SENE | 29 | 2S | 62W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Box Elder G #03 | 05-001-06662 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENE | 24 | 2S | 65W | PR | 1.0000000 | 0.8400000 | - | 1.0000000 | 0.8400000 | - |
| Box Elder G #24-24 | 05-001-09623 | CO | Adams | Painted Pegasus Petroleum | J Sand | SESW | 24 | 2S | 65W | PR | 1.0000000 | 0.7966813 | - | 1.0000000 | 0.7966813 | - |
| Box Elder G #42-24 | 05-001-09608 | CO | Adams | Painted Pegasus Petroleum | J Sand | SENE | 24 | 2S | 65W | PR | 1.0000000 | 0.8159000 | - | 1.0000000 | 0.8159000 | - |
| Carlson 32-33 #2 | 05-001-07853 | CO | Adams | Painted Pegasus Petroleum | DJ Sand | SWNE | 33 | 2S | 64W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Carlson 41-33 #4 | 05-001-07985 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENE | 33 | 2S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Carlson 42-33 #1 | 05-001-07770 | CO | Adams | Painted Pegasus Petroleum | DJ Sand | SENE | 33 | 2S | 64W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Cavalier #2-5N4 | 05-001-09260 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWNW | 3 | 2S | 64W | SI | 1.0000000 | 0.8050000 | - | 1.0000000 | 0.8050000 | - |
| Champlin 1-31 | 05-001-07462 | CO | Adams | Painted Pegasus Petroleum | JSND | SENE | 31 | 2S | 63W | SI | 0.4700000 | 0.3525000 | - | 0.4700000 | 0.3525000 | - |
| Champlin 351 AM A #1 | 05-001-07184 | CO | Adams | Painted Pegasus Petroleum | DSND | NENW | 1 | 3S | 61W | PR | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.8500000 | - |
| Champlin 459 Amoco #1 | 05-001-07235 | CO | Adams | Painted Pegasus Petroleum | JSND | NESW | 11 | 2S | 61W | PR | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.8500000 | - |
| Champlin 459 Amoco #2 | 05-001-07588 | CO | Adams | Painted Pegasus Petroleum | JSND | NESE | 11 | 2S | 61W | PR | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.8500000 | - |
| Champlin 67 Amoco G #1 | 05-001-07277 | CO | Adams | Painted Pegasus Petroleum | JSND | CNW | 29 | 2S | 63W | PR | 0.4700000 | 0.3995000 | - | 0.4700000 | 0.3995000 | |
| Champlin 73 Amoco B #1 | 05-001-07373 | CO | Adams | Painted Pegasus Petroleum | MDDYD | SENE | 23 | 2S | 62W | PR | 0.6025000 | 0.4996249 | - | 0.6025000 | 0.4996249 | - |
| Champlin 75 Amoco G-1 | 05-001-07192 | CO | Adams | Painted Pegasus Petroleum | J Sand | CNE | 29 | 2S | 64W | PR | 1.0000000 | 0.8100000 | - | 1.0000000 | 0.8100000 | - |
| Champlin 75 Amoco H-1 | 05-001-07224 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWSW | 29 | 2S | 64W | PR | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| Champlin 75 Amoco J-1 | 05-001-07332 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWNE | 25 | 2S | 65W | PR | 0.7500000 | 0.6050000 | - | 0.7500000 | 0.6050000 | - |
| Champlin Danford #32-32 | 05-001-09643 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWNE | 32 | 2S | 64W | PR | 1.0000000 | 0.7634000 | - | 1.0000000 | 0.7634000 | - |
| Champlin Danford #43-32 | 05-001-09656 | CO | Adams | Painted Pegasus Petroleum | D Sand | NESE | 32 | 2S | 64W | PR | 1.0000000 | 0.8537500 | - | 1.0000000 | 0.8537500 | - |
| Champlin Danford #44-32 | 05-001-09658 | CO | Adams | Painted Pegasus Petroleum | J Sand | SESE | 32 | 2S | 64W | PR | 1.0000000 | 0.8171500 | - | 1.0000000 | 0.8171500 | - |
| Champlin-Danford #1 | 05-001-06773 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENE | 32 | 2S | 64W | PR | 1.0000000 | 0.8275000 | - | 1.0000000 | 0.8275000 | - |
| Crystal-Hubbs #1 | 05-001-08281 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWNE | 22 | 1S | 63W | PR | 0.9241460 | 0.7081380 | - | 0.9241460 | 0.7081380 | - |
| Danford 13-31 #1 | 05-001-08288 | CO | Adams | Painted Pegasus Petroleum | D Sand. J Sand | SWNW | 31 | 2S | 63W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Double A 32-17 | 05-001-09538 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWNE | 17 | 3S | 63W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Double Bar O 2-18 | 05-001-06084 | CO | Adams | Painted Pegasus Petroleum | DSND | NESE | 18 | 1S | 60W | AI | 0.8250677 | 0.6729469 | - | 0.8250677 | 0.6729469 | - |
| Double-USX ZM 17-11 | 05-001-06415 | CO | Adams | Painted Pegasus Petroleum | J Sand | NESW | 17 | 3S | 63W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Downing 44-25 #2 | 05-001-08718 | CO | Adams | Painted Pegasus Petroleum | J Sand | SESE | 25 | 3S | 59W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Ehn 3-20 | 05-001-06170 | CO | Adams | Painted Pegasus Petroleum | DSND | NENE | 20 | 1S | 60W | SI | 0.8250677 | 0.6729469 | - | 0.8250677 | 0.6729469 | - |
| Ehn 4-20 | 05-001-06171 | CO | Adams | Painted Pegasus Petroleum | DSND | SWNE | 20 | 1S | 60W | PR | 0.8250677 | 0.6729469 | - | 0.8250677 | 0.6729469 | - |
| Eiffel #1 | 05-001-08219 | CO | Adams | Painted Pegasus Petroleum | D Sand | NWSW | 19 | 1S | 63W | PR | 0.8125000 | 0.5829500 | - | 0.8125000 | 0.5829500 | - |
| Elaine 41-18 | 05-001-08046 | CO | Adams | Painted Pegasus Petroleum | D Sand | NENE | 18 | 1S | 64W | PR | 0.8125000 | 0.6012500 | - | 0.8125000 | 0.6012500 | - |
| Eleanor Arnold #1 | 05-001-07751 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWSW | 2 | 1S | 64W | PR | 0.9800000 | 0.7913600 | - | 0.9800000 | 0.7913600 | - |
| Eleanor Arnold B #1 | 05-001-07977 | CO | Adams | Painted Pegasus Petroleum | D Sand | NESW | 10 | 1S | 64W | PR | 1.0000000 | 0.7752270 | - | 1.0000000 | 0.7752270 | - |
| Ferguson #2 (fka #31-25) | 05-001-06456 | CO | Adams | Painted Pegasus Petroleum | D Sand | NWNE | 25 | 2S | 62W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Ferguson 42-25 #1 | 05-001-06453 | CO | Adams | Painted Pegasus Petroleum | J Sand | SENE | 25 | 2S | 62W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Flo 33-24 | 05-001-07750 | CO | Adams | Painted Pegasus Petroleum | D Sand | NWSE | 24 | 1S | 64W | PR | 0.6530000 | 0.5517850 | - | 0.6530000 | 0.5517850 | - |

## SCHEDULE A/B #55

| Well Name | API Number | ST | County | Operator | Form. | QQ | Sec | Twp | Rng | Status | BPO WI | BPO NRI | BPO ORRI | APO WI | APO NRI | APO ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Foreman #2 | 05-001-07634 | CO | Adams | Painted Pegasus Petroleum | DSND | NESE | 20 | 1S | 64W | PR | 0.9333330 | 0.5421340 | - | 0.9333330 | 0.5421340 | - |
| Fred Jr. 41-22 | 05-001-06160 | CO | Adams | Painted Pegasus Petroleum | D Sand | NENE | 22 | 1S | 63W | SI | 0.5713340 | 0.4878653 | - | 0.5566250 | | |
| Frihauf-USX CK 25-23 | 05-001-09636 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWSE | 25 | 1S | 60W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| George Sauter #1 | 05-001-07785 | CO | Adams | Painted Pegasus Petroleum | D Sand | NENE | 14 | 1S | 64W | PR | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.8500000 | - |
| Georgene 32-12 | 05-001-07714 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWNE | 12 | 1S | 64W | SI | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.8500000 | - |
| Greenemeier 9-30 | 05-001-07100 | CO | Adams | Painted Pegasus Petroleum | JSND | NESE | 30 | 1S | 64W | PR | 0.4000000 | 0.3415625 | - | 0.4000000 | 0.3415625 | - |
| Habel #4 | 05-001-06584 | CO | Adams | Painted Pegasus Petroleum | DSND | SENE | 34 | 2S | 62W | SI | 0.4700000 | 0.3971499 | - | 0.4700000 | 0.3971499 | - |
| Habel #7 | 05-001-07305 | CO | Adams | Painted Pegasus Petroleum | JSND | NWNW | 26 | 2S | 62W | PR | 0.4465000 | 0.3772925 | - | 0.4465000 | 0.3772925 | - |
| Hanson #1 | 05-001-06693 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWSW | 30 | 2S | 64W | PR | 1.0000000 | 0.8387500 | - | 1.0000000 | 0.8387500 | - |
| Hanson #23-30 | 05-001-09635 | CO | Adams | Painted Pegasus Petroleum | J Sand | NESW | 30 | 2S | 64W | PR | 1.0000000 | 0.7978500 | - | 1.0000000 | 0.7978500 | - |
| Hartman 21-14 | 05-001-07718 | CO | Adams | Painted Pegasus Petroleum | JSND | NENW | 14 | 3S | 63W | PR | 0.4700000 | 0.3835000 | - | 0.4700000 | 0.3835000 | - |
| Hazlet B #1 | 05-001-07457 | CO | Adams | Painted Pegasus Petroleum | DSND | SWNE | 20 | 1S | 64W | PR | 1.0000000 | 1.0000000 | - | 1.0000000 | 1.0000000 | - |
| Hazlet B #2 | 05-001-07491 | CO | Adams | Painted Pegasus Petroleum | DSND | NENW | 20 | 1S | 64W | PR | 1.0000000 | 1.0000000 | - | 1.0000000 | 1.0000000 | - |
| Helix #1 | 05-001-09112 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWNW | 30 | 2S | 64W | PR | 0.9888889 | 0.7416667 | - | 0.9888889 | 0.7416667 | - |
| Helming 43-19 | 05-001-09548 | CO | Adams | Painted Pegasus Petroleum | J Sand | NESE | 19 | 3S | 62W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Helzer Farms #1 | 05-001-08227 | CO | Adams | Painted Pegasus Petroleum | D Sand | NENW | 25 | 1S | 64W | PR | 0.8125000 | 0.5800630 | - | 0.8125000 | 0.5800630 | - |
| Her 43-5 | 05-001-09477 | CO | Adams | Painted Pegasus Petroleum | J Sand | NESE | 5 | 1S | 62W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Hirsch #2 | 05-001-08375 | CO | Adams | Painted Pegasus Petroleum | DSND | NESW | 20 | 1S | 64W | PR | 1.0000000 | 0.8150000 | 0.0600000 | 1.0000000 | 0.8150000 | 0.0600000 |
| Hirsch 1-20 | 05-001-07371 | CO | Adams | Painted Pegasus Petroleum | JSND | SWSW | 20 | 1S | 64W | PR | 1.0000000 | 0.8150000 | 0.0600000 | 1.0000000 | 0.8150000 | 0.0600000 |
| Hokr 20-1 | 05-001-07918 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWSW | 20 | 3S | 62W | PR | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| Horth 32-15 #2 | 05-001-08062 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWNE | 15 | 1S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Horth 41-15 #1 | 05-001-08063 | CO | Adams | Painted Pegasus Petroleum | D Sand | NENE | 15 | 1S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Hosmer 14-34 | 05-001-06273 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWSW | 34 | 1S | 64W | PR | 0.8250300 | 0.6806501 | - | 0.8250300 | 0.6806501 | - |
| Hosmer 21-32 | 05-001-07950 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENW | 32 | 1S | 64W | PR | 0.7500000 | 0.6374416 | - | 0.7500000 | 0.6374416 | - |
| Hosmer 32-29 #1 | 05-001-07395 | CO | Adams | Painted Pegasus Petroleum | D J Sand | SWNE | 29 | 1S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Hosmer 43-32 | 05-001-08878 | CO | Adams | Painted Pegasus Petroleum | D J Sand | NESE | 32 | 1S | 64W | PR | 1.0000000 | 0.8525001 | - | 1.0000000 | 0.8525001 | - |
| HSR Gregg 15-10 | 05-001-09197 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWSE | 10 | 2S | 64W | PR | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| HSR Lonnie 11-8 | 05-001-09345 | CO | Adams | Painted Pegasus Petroleum | D Sand | NESW | 8 | 2S | 61W | PR | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| HSR Lonnie 7-8 | 05-001-09342 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWNE | 8 | 2S | 61W | PR | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| HSR-Barclay 13-29 | 05-001-09305 | CO | Adams | Painted Pegasus Petroleum | D & J Sand | SWSW | 29 | 1S | 62W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.7257500 | - |
| HSR-Bowen Farms 3-9 | 05-001-09349 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENW | 9 | 3S | 62W | PR | 1.0000000 | 0.8100000 | - | 1.0000000 | 0.8100000 | - |
| HSR-Nazarenus 16-8 | 05-001-09309 | CO | Adams | Painted Pegasus Petroleum | Niobrara | SESE | 8 | 2S | 64W | SI | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| Jackie #1 | 05-001-09165 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWSE | 30 | 2S | 64W | PR | 1.0000000 | 0.7800000 | - | 1.0000000 | 0.7800000 | - |
| Jan #1 | 05-001-06072 | CO | Adams | Painted Pegasus Petroleum | JSND | SESW | 20 | 1S | 60W | PR | 0.7558654 | 0.5557500 | 0.0147500 | 0.7558654 | 0.5557500 | 0.0147500 |
| Johnson 28-11 | 05-001-08268 | CO | Adams | Painted Pegasus Petroleum | D J Sand | NWNW | 28 | 2S | 64W | PR | 1.0000000 | 0.8187500 | - | 1.0000000 | 0.8187500 | - |
| Joy 21-4 (aka Joy #1) | 05-001-07983 | CO | Adams | Painted Pegasus Petroleum | D Sand | NENW | 4 | 1S | 64W | PR | 0.7899218 | 0.6477360 | - | 0.7899218 | 0.6477360 | - |
| Kalcevic Farms 32-3 #2 | 05-001-08225 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWNE | 3 | 2S | 63W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Kallsen 15-01 | 05-001-09099 | CO | Adams | Painted Pegasus Petroleum | D Sand | NENE | 15 | 2S | 62W | SI | 1.0000000 | 0.8350000 | - | 1.0000000 | 0.8350000 | - |
| Kelton 32-8 | 05-001-09109 | CO | Adams | Painted Pegasus Petroleum | D SAND | SWNE | 8 | 2S | 64W | SI | 1.0000000 | 0.8540000 | - | 1.0000000 | 0.8540000 | - |
| Kelton 'A' 31-8 | 05-001-09153 | CO | Adams | Painted Pegasus Petroleum | D SAND | NWNE | 8 | 2S | 64W | SI | 1.0000000 | 0.8540000 | - | 1.0000000 | 0.8540000 | - |
| Kelton 'A' 41-8 | 05-001-09187 | CO | Adams | Painted Pegasus Petroleum | D SAND | NENE | 8 | 2S | 64W | SI | 1.0000000 | 0.8540000 | - | 1.0000000 | 0.8540000 | - |
| Kelton 'A' 42-8 | 05-001-09093 | CO | Adams | Painted Pegasus Petroleum | D SAND | SENE | 8 | 2S | 64W | SI | 1.0000000 | 0.8540000 | - | 1.0000000 | 0.8540000 | - |
| Kelton A-2 | 05-001-09173 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWSW | 5 | 2S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Kelton A-3 | 05-001-09185 | CO | Adams | Painted Pegasus Petroleum | D Sand | SESW | 5 | 2S | 64W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Kelton 'B' 21-8 | 05-001-09162 | CO | Adams | Painted Pegasus Petroleum | D SAND | NENW | 8 | 2S | 64W | SI | 1.0000000 | 0.8540000 | - | 1.0000000 | 0.8540000 | - |
| Kiowa-Frick 1-12 | 05-001-07417 | CO | Adams | Painted Pegasus Petroleum | J Sand | SESE | 12 | 3S | 62W | PR | 1.0000000 | 0.8750000 | - | 1.0000000 | 0.8750000 | - |
| Koch #1 | 05-001-06656 | CO | Adams | Painted Pegasus Petroleum | J Sand | NESE | 24 | 2S | 65W | PR | 1.0000000 | 0.8650000 | - | 1.0000000 | 0.8650000 | - |
| Kugel #1 | 05-001-08000 | CO | Adams | Painted Pegasus Petroleum | D Sand | SENW | 30 | 1S | 63W | SI | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| Kunce 1-20 | 05-001-06146 | CO | Adams | Painted Pegasus Petroleum | DSND | NENW | 20 | 1S | 60W | TA | 0.8250677 | 0.6729469 | - | 0.8250677 | 0.6729470 | - |
| Larson 1-10 | 05-001-06568 | CO | Adams | Painted Pegasus Petroleum | DSND | NENE | 10 | 3S | 64W | PR | 0.5554000 | 0.4748670 | - | 0.5554000 | 0.4748670 | - |
| Larson 2-10 | 05-001-08058 | CO | Adams | Painted Pegasus Petroleum | DSND | NWNE | 10 | 3S | 64W | PR | 0.5554000 | 0.4748670 | - | 0.5554000 | 0.4748670 | - |
| Linnebur 41-19 #1 (aka 2-61) | 05-001-06721 | CO | Adams | Painted Pegasus Petroleum | D J Sand | NENE | 19 | 2S | 61W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |

**SCHEDULE A/B #55**

| Well Name | API Number | ST | County | Operator | Form. | QQ | Sec | Twp | Rng | Status | BPO WI | BPO NRI | BPO ORRI | APO WI | APO NRI | APO ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mansfield-USX DK 31-19 | 05-001-09634 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWNW | 31 | 1S | 59W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Martha #1 | 05-001-09022 | CO | Adams | Painted Pegasus Petroleum | J Sand | NESW | 10 | 2S | 64W | PR | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| McKinney 1-9 | 05-001-09542 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWNE | 9 | 1S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Meyer 1-14 | 05-001-07575 | CO | Adams | Painted Pegasus Petroleum | JSND | SWSE | 14 | 2S | 63W | PR | 0.4700000 | 0.3760000 | - | 0.4700000 | 0.3760000 | - |
| Meyer 2-14 | 05-001-07608 | CO | Adams | Painted Pegasus Petroleum | JSND | NESE | 14 | 2S | 63W | SI | 0.4700000 | 0.3760000 | - | 0.4700000 | 0.3760000 | - |
| Minis-USX YM 3-14 | 05-001-09633 | CO | Adams | Painted Pegasus Petroleum | J Sand | SESW | 3 | 3S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Miyaca #1 | 05-001-08682 | CO | Adams | Painted Pegasus Petroleum | D Sand J Sand | NWSE | 3 | 1S | 62W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Moorehead 41-19 #1 | 05-001-08194 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENE | 9 | 2S | 61W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Moran #1 | 05-001-06717 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWNE | 30 | 2S | 64W | PR | 1.0000000 | 0.8650000 | - | 1.0000000 | 0.8650000 | - |
| Moran #31-30 | 05-001-09572 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWNE | 30 | 2S | 64W | PR | 1.0000000 | 0.8241000 | - | 1.0000000 | 0.8241000 | - |
| Nies 6-1 | 05-001-09019 | CO | Adams | Painted Pegasus Petroleum | D SAND | NESE | 6 | 2S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Oskarson #1 | 05-123-09026 | CO | Weld | Painted Pegasus Petroleum | Sussex- Shannon | NESW | 33 | 2N | 68W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Oskarson #3 | 05-123-09195 | CO | Weld | Painted Pegasus Petroleum | Sussex- Shannon | NWSW | 33 | 2N | 68W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Oskarson #4 | 05-123-09237 | CO | Weld | Painted Pegasus Petroleum | Sussex- Shannon | SWSW | 33 | 2N | 68W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Packard 41-22 | 05-001-06169 | CO | Adams | Painted Pegasus Petroleum | DSND | NENE | 22 | 1S | 64W | SI | 0.4980991 | 0.3984793 | 0.0150000 | 0.4980991 | 0.3984793 | 0.0150000 |
| Penny 32-8 | 05-001-07996 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWNE | 8 | 1S | 64W | PR | 0.8874430 | 0.6886923 | - | 0.8874430 | 0.6886923 | - |
| Piland 22-31 #1 | 05-001-07825 | CO | Adams | Painted Pegasus Petroleum | J Sand | SENW | 31 | 2S | 63W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Porter-UPRR #2 | 05-001-08410 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENW | 23 | 2S | 63W | PR | 1.0000000 | 0.7225000 | - | 1.0000000 | 0.7225000 | - |
| Porter-UPRR #3 | 05-001-08735 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWSW | 23 | 2S | 63W | PR | 1.0000000 | 0.7111083 | - | 1.0000000 | 0.7111083 | - |
| Prairie-Vetter 1-22 | 05-001-07362 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWNW | 22 | 2S | 63W | PR | 1.0000000 | 0.8343750 | - | 1.0000000 | 0.8343750 | - |
| Putnam 41-18 | 05-001-06783 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENE | 18 | 1S | 65W | PR | 0.7500000 | 0.5625000 | - | 0.7500000 | 0.5625000 | - |
| Randall 32-10 | 05-001-07703 | CO | Adams | Painted Pegasus Petroleum | DSND | SWNE | 10 | 1S | 64W | PR | 0.4980991 | 0.3984793 | 0.0150000 | 0.4980991 | 0.3984793 | 0.0150000 |
| Randall 41-10 | 05-001-06177 | CO | Adams | Painted Pegasus Petroleum | DSND | NENE | 10 | 1S | 64W | SI | 0.4980991 | 0.3984793 | 0.0150000 | 0.4980991 | 0.3984793 | 0.0150000 |
| Rose 13-14 | 05-001-09576 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWSW | 14 | 1S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Ruth 34-29 | 05-123-08544 | CO | Weld | Painted Pegasus Petroleum | J Sand | SWSE | 29 | 2N | 61W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Sam Koch #34-24 | 05-001-09609 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWSE | 24 | 2S | 65W | PR | 1.0000000 | 0.8116000 | - | 1.0000000 | 0.8116000 | - |
| Sam Koch #44-24 | 05-001-09610 | CO | Adams | Painted Pegasus Petroleum | J Sand | SESE | 24 | 2S | 65W | PR | 1.0000000 | 0.8116000 | - | 1.0000000 | 0.8116000 | - |
| Sandie 43-12 | 05-001-07735 | CO | Adams | Painted Pegasus Petroleum | D Sand | NESE | 12 | 1S | 64W | PR | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.8500000 | - |
| Shively 11-12 | 05-001-07820 | CO | Adams | Painted Pegasus Petroleum | DSND | NWNW | 12 | 1S | 64W | PR | 0.4980991 | 0.3874130 | 0.0150000 | 0.4980991 | 0.3874130 | 0.0150000 |
| Shively 21-12 | 05-001-07801 | CO | Adams | Painted Pegasus Petroleum | DSND | NENW | 12 | 1S | 64W | PR | 0.4980991 | 0.3874130 | 0.0150000 | 0.4980991 | 0.3874130 | 0.0150000 |
| Sirios Brothers 2A | 05-123-08053 | CO | Weld | Painted Pegasus Petroleum | J Sand | NWNE | 32 | 2N | 61W | SI | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| State 1-30 (P&A'd 1/17) | 05-001-06698 | CO | Adams | Painted Pegasus Petroleum | JSND | SWSW | 30 | 2S | 62W | P&A | 0.4700000 | 0.3971500 | - | 0.4700000 | 0.3971500 | - |
| State 14-32 | 05-001-09012 | CO | Adams | Painted Pegasus Petroleum | D Sand | NWNE | 14 | 2S | 62W | SI | 1.0000000 | 0.8750000 | - | 1.0000000 | 0.8750000 | - |
| State 2-30 | 05-001-06724 | CO | Adams | Painted Pegasus Petroleum | DSND | SENW | 30 | 2S | 62W | SI | 0.4700000 | 0.3971500 | - | 0.4700000 | 0.3971500 | - |
| State 3-30 | 05-001-07220 | CO | Adams | Painted Pegasus Petroleum | JSND | NESW | 30 | 2S | 62W | SI | 0.4700000 | 0.3677750 | 0.0125000 | 0.4700000 | 0.3677750 | 0.0125000 |
| State 4-30 (P&A'd 1/17) | 05-001-07283 | CO | Adams | Painted Pegasus Petroleum | JSND | NESE | 30 | 2S | 62W | P&A | 0.4700000 | 0.4112500 | - | 0.4700000 | 0.4112500 | - |
| State Horth 13-16 | 05-001-07772 | CO | Adams | Painted Pegasus Petroleum | DSND | NWSW | 16 | 1S | 64W | PR | 0.4980991 | 0.4233841 | - | 0.4980991 | 0.4233841 | - |
| State Horth 22-16 | 05-001-07773 | CO | Adams | Painted Pegasus Petroleum | DSND | SENW | 16 | 1S | 64W | PR | 0.4980991 | 0.4233841 | - | 0.4980991 | 0.4233841 | - |
| Terri 14-4 | 05-001-07997 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWSW | 4 | 1S | 64W | PR | 0.8406250 | 0.7019219 | - | 0.8406250 | 0.7019219 | - |
| Triple Six Ranch 1-22 | 05-001-07360 | CO | Adams | Painted Pegasus Petroleum | JSND | NESE | 22 | 2S | 60W | PR | 1.0000000 | 0.8075000 | - | 1.0000000 | 0.8075000 | - |
| Trupp 1-32 | 05-001-07477 | CO | Adams | Painted Pegasus Petroleum | JSND | NWNW | 32 | 2S | 63W | SI | 0.4700000 | 0.3760000 | - | 0.4700000 | 0.3760000 | - |
| Trupp 2-32 | 05-001-07538 | CO | Adams | Painted Pegasus Petroleum | JSND | NWNE | 32 | 2S | 63W | SI | 0.4700000 | 0.3760000 | - | 0.4700000 | 0.3760000 | - |
| UPRC Ambush #41-27 | 05-001-09077 | CO | Adams | Painted Pegasus Petroleum | D & J Sand | NENE | 27 | 2S | 64W | PR | 0.9700000 | 0.7663000 | - | 0.4000000 | 0.3160000 | - |
| UPRR #1 (60 Pan Am E #1) | 05-001-07978 | CO | Adams | Painted Pegasus Petroleum | D Sand | NESE | 3 | 1S | 64W | PR | 0.9800000 | 0.7728180 | | | | |
| UPRR 23 Pan Am G #1 | 05-001-06951 | CO | Adams | Painted Pegasus Petroleum | J Sand | CSW | 17 | 2S | 64W | SI | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| UPRR 23 Pan Am H #1 | 05-001-07198 | CO | Adams | Painted Pegasus Petroleum | J Sand | CNE | 17 | 2S | 64W | SI | 0.4950000 | 0.4059000 | | | | |
| UPRR 23 Pan Am K #2 | 05-001-07295 | CO | Adams | Painted Pegasus Petroleum | J Sand | CSW | 9 | 2S | 64W | PR | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| UPRR 23 Pan Am L #1 | 05-001-07320 | CO | Adams | Painted Pegasus Petroleum | J Sand | CNE | 9 | 2S | 64W | PR | 1.0000000 | 0.8100000 | - | | | |
| UPRR 24 Pan Am B #1 | 05-001-07292 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWSW | 15 | 2S | 64W | PR | 1.0000000 | 0.8200000 | - | 1.0000000 | 0.8200000 | - |
| UPRR 24 Pan Am E #1 | 05-001-07401 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWNE | 15 | 2S | 64W | SI | 1.0000000 | 0.8100000 | - | 1.0000000 | 0.8100000 | - |
| UPRR 60 Pan Am A #1 | 05-001-06250 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWSE | 7 | 1S | 64W | PR | 1.0000000 | 0.8200000 | | | | |
| UPRR 60 Pan Am D #4 | 05-001-07893 | CO | Adams | Painted Pegasus Petroleum | D Sand | NESE | 7 | 1S | 63W | PR | 1.0000000 | 0.8010000 | - | 1.0000000 | 0.8010000 | - |

**SCHEDULE A/B #55**

| Well Name | API Number | ST | County | Operator | Form. | QQ | Sec | Twp | Rng | Status | BPO WI | BPO NRI | BPO ORRI | APO WI | APO NRI | APO ORRI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UPRR 60 Pan Am E #2 | 05-001-07968 | CO | Adams | Painted Pegasus Petroleum | D Sand | SESE | 3 | 1S | 64W | PR | 0.9800000 | 0.7728180 | | | | |
| UPRR 60 Pan Am I #1 | 05-001-08021 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWSE | 11 | 1S | 64W | PR | 1.0000000 | 0.8050000 | - | 1.0000000 | 0.8050000 | - |
| UPRR Linnebur 2-19 | 05-001-06115 | CO | Adams | Painted Pegasus Petroleum | DSND | NENE | 19 | 1S | 60W | AI | 0.8250677 | - | - | 0.8250677 | - | - |
| UPRR-Bergren 1-C | 05-123-07337 | CO | Weld | Painted Pegasus Petroleum | J Sand | NENW | 27 | 12N | 57W | SI | 0.3983230 | 0.3315520 | | | | |
| UPRR-Bessie #1 | 05-001-08218 | CO | Adams | Painted Pegasus Petroleum | D Sand | SENE | 17 | 1S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| UPRR-Ehn 12-17 | 05-001-06133 | CO | Adams | Painted Pegasus Petroleum | DSND | SWNW | 17 | 1S | 60W | SI | 0.8250677 | - | - | - | - | - |
| UPRR-Ehn 34-17 | 05-001-06156 | CO | Adams | Painted Pegasus Petroleum | DSND | SWSE | 17 | 1S | 60W | PR | 0.8250677 | 0.6729469 | - | 0.8250677 | 0.6729469 | - |
| UPRR-Ehn 43-17 | 05-001-06276 | CO | Adams | Painted Pegasus Petroleum | DSND | NESE | 17 | 1S | 60W | SI | 0.8250677 | 0.6729469 | - | 0.8250677 | 0.6729469 | - |
| UPRR-Julie #1 | 05-001-08195 | CO | Adams | Painted Pegasus Petroleum | D Sand | NWNE | 17 | 1S | 64W | PR | 1.0000000 | 0.8018750 | - | 1.0000000 | 0.8018750 | - |
| UPRR-Sanden-Ehn 1-17 | 05-001-06094 | CO | Adams | Painted Pegasus Petroleum | DSND | SWSW | 17 | 1S | 60W | SI | 0.8250677 | - | - | - | - | - |
| UPRR-Sanden-Ehn 2-17 | 05-001-06142 | CO | Adams | Painted Pegasus Petroleum | DSND | NESW | 17 | 1S | 60W | SI | 0.8250677 | 0.6729469 | - | 0.8250677 | 0.6729469 | - |
| UPRR-USX AM 19-16 | 05-001-06194 | CO | Adams | Painted Pegasus Petroleum | J Sand | SESE | 19 | 3S | 62W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| UPRR-Wailes 1-1 | 05-001-06617 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWSW | 1 | 2S | 63W | SI | 1.0000000 | 0.7900000 | - | 1.0000000 | 0.7900000 | - |
| UPV 25-8N3 | 05-001-09210 | CO | Adams | Painted Pegasus Petroleum | J Sand | SENE | 25 | 2S | 63W | PR | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.7500000 | - |
| UPV 27-7M4 | 05-001-09247 | CO | Adams | Painted Pegasus Petroleum | D Sand | SWNE | 27 | 1S | 64W | SI | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.7500000 | - |
| UPV 31-16N3 | 05-001-09212 | CO | Adams | Painted Pegasus Petroleum | J Sand | SESE | 31 | 2S | 63W | PR | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.8500000 | - |
| UPV 7-15N3 | 05-001-09201 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWSE | 7 | 2S | 63W | PR | 1.0000000 | 0.8500000 | - | 1.0000000 | 0.8500000 | - |
| Verla Small 2-17 (P&A'd 6/17) | 05-001-08924 | CO | Adams | Painted Pegasus Petroleum | JSND | NENE | 17 | 2S | 63W | SI | 0.7350000 | 0.5997500 | - | 0.7350000 | 0.5997500 | - |
| Vernon Grady 12-20 | 05-001-09381 | CO | Adams | Painted Pegasus Petroleum | DSND | SWNW | 20 | 2S | 61W | PR | 0.6000000 | 0.4850000 | - | 0.6000000 | 0.4850000 | - |
| Vetter 1-22 | 05-001-06408 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWSE | 22 | 2S | 62W | SI | 0.8750000 | 0.7318750 | 0.0050000 | 0.8750000 | 0.7318750 | 0.0050000 |
| Vetter 12-2 #1 | 05-001-08252 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWNW | 2 | 2S | 63W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Vetter 12-32 | 05-001-07301 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWNW | 32 | 1S | 64W | PR | 1.0000000 | 0.8609375 | 0.0105468 | 1.0000000 | 0.8609375 | 0.0105468 |
| Vetter 21-2 #2 | 05-001-08290 | CO | Adams | Painted Pegasus Petroleum | D J Sand | NENW | 2 | 2S | 63W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Vetter 31-2 #3 | 05-001-08313 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWNE | 2 | 2S | 63W | PR | 1.0000000 | 0.8750000 | - | 1.0000000 | 0.8750000 | - |
| Victor State #1 (P&A'd 5/19/16) | 05-123-10339 | CO | Weld | Painted Pegasus Petroleum | J Sand | NWSW | 20 | 2N | 62W | P&A | 1.0000000 | 0.8169140 | - | 1.0000000 | 0.8169140 | - |
| W.E. Pope #2 | 05-001-07561 | CO | Adams | Painted Pegasus Petroleum | JSND | NWNW | 31 | 2S | 62W | PR | 0.4676500 | 0.4001109 | - | 0.4676500 | 0.4001109 | - |
| Wagner 18-12M4 | 05-001-09265 | CO | Adams | Painted Pegasus Petroleum | Dakota-J Sand | NWSW | 18 | 1S | 64W | PR | 1.0000000 | 0.8125000 | 0.0012500 | 1.0000000 | 0.8125000 | 0.0012500 |
| Wailes 41-33 #1-X | 05-001-07626 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENE | 33 | 1S | 64W | PR | 1.0000000 | 0.8000000 | - | 1.0000000 | 0.8000000 | - |
| Wanda 41-8 | 05-001-07967 | CO | Adams | Painted Pegasus Petroleum | D Sand | NENE | 8 | 1S | 64W | PR | 0.8874430 | 0.6886923 | - | 0.8874430 | 0.6886923 | - |
| Warren 11-10 | 05-001-08271 | CO | Adams | Painted Pegasus Petroleum | D Sand | NWNW | 10 | 1S | 64W | PR | 1.0000000 | 0.7800000 | 0.0150000 | 1.0000000 | 0.7800000 | 0.0150000 |
| Weld #1 (P&A 2/24/2016) | 05-123-09245 | CO | Weld | Painted Pegasus Petroleum | J Sand | SESW | 20 | 2N | 62W | P&A | 1.0000000 | 0.8133990 | | | | |
| Sargent Farms A 1-A | 05-123-05046 | CO | Weld | Painted Pegasus Petroleum | J Sand | NWSE | 25 | 2N | 63W | PR | 0.50000000 | 0.42500000 | - | 0.50000000 | 0.42500000 | - |
| Sargent Farms B 2-B | 05-123-08263 | CO | Weld | Painted Pegasus Petroleum | J Sand | SENE | 25 | 2N | 63W | PR | 0.50000000 | 0.42500000 | - | 0.50000000 | 0.42500000 | - |
| Piland 4 | 05-001-07421 | CO | Adams | Painted Pegasus Petroleum | J Sand | NENW | 6 | 3S | 63W | PR | 0.95000000 | 0.82500000 | - | 0.95000000 | 0.82500000 | - |
| Piland 1 | 05-001-06913 | CO | Adams | Painted Pegasus Petroleum | J Sand | NESW | 6 | 3S | 63W | SI | 0.95000000 | 0.82500000 | - | 0.95000000 | 0.82500000 | - |
| Piland 3 | 05-001-06912 | CO | Adams | Painted Pegasus Petroleum | J Sand | SWNW | 6 | 3S | 63W | SI | 0.95000000 | 0.82500000 | - | 0.95000000 | 0.82500000 | - |
| Piland 1-12 | 05-001-07444 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWSE | 12 | 3S | 64W | PR | 0.95000000 | 0.82500000 | - | 0.95000000 | 0.82500000 | - |
| Danford-Champlin 1-24 | 05-001-07552 | CO | Adams | Painted Pegasus Petroleum | J Sand | NWNE | 24 | 3S | 64W | PR | 0.95000000 | 0.82500000 | - | 0.95000000 | 0.82500000 | - |

**Fill in this information to identify the case:**

Debtor name: Painted Pegasus Petroleum LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Element Production Services | $101,603.09 | unknown |

**2.1 Creditor's name**
Element Production Services

**Creditor's mailing address**
20207 Leola Way
Eaton, CO 80615-9146

**Creditor's email address, if known**

**Date debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Statement of Liens on numerous wells

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$922,876.52**

Debtor Painted Pegasus Petroleum LLC Case number (*if known*)
Name

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.2 Creditor's name**
Missouri Fox Trot Minerals, LLC

**Creditor's mailing address**
16820 Barker Springs Rd Ste 521
Houston, TX 77084-5040

**Creditor's email address, if known**

**Date debt was incurred** 9/1/2018

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $217,500.00
Column B: unknown

**Remarks:** Secured by all Colorado and Montana wells, Downhole equipment, surface equipment, and any other real property owned.

**2.3 Creditor's name**
SWABBCO

**Creditor's mailing address**
Po Box 745
Windsor, CO 80550-0745

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Statement of Liens on numerous wells

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $603,773.43
Column B: unknown

Debtor Painted Pegasus Petroleum LLC Case number (*if known*) ______
Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line ______ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor name Painted Pegasus Petroleum LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): ____________________

❑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>____________<br>____________<br>____________<br>**Date or dates debt was incurred**<br>____________<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:**<br>____________<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | ______ | ______ |
| **2.2** **Priority creditor's name and mailing address**<br>____________<br>____________<br>____________<br>**Date or dates debt was incurred**<br>____________<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:**<br>____________<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | ______ | ______ |

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)*
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
**Adams County Community and Economic**
**4430 S Adams County Pkwy Ste 2000B**
**Brighton, CO 80601-8222**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,742.82**

**3.2 Nonpriority creditor's name and mailing address**
**Adams County Treasurer**
**Po Box 869**
**Brighton, CO 80601-0869**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**$332,298.56**

**3.3 Nonpriority creditor's name and mailing address**
**Air Basics, Inc.**
**1580 N Lincoln St Ste 780**
**Denver, CO 80203-1509**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**$19,581.06**

**3.4 Nonpriority creditor's name and mailing address**
**American Oilfield Products**
**915 39th St**
**Evans, CO 80620-2710**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,198.60**

**3.5 Nonpriority creditor's name and mailing address**
**ATP Oilfield Products**
**1247 Factory Dr**
**Fort Lupton, CO 80621-2810**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**$19,226.38**

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)*
Name

## Part 2: Additional Page

**3.6 Nonpriority creditor's name and mailing address**
**Big Sky Energy Equipment Inc**
**Po Box 206**
**Brighton, CO 80601-0206**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$45,601.95**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.7 Nonpriority creditor's name and mailing address**
**Cimarron Energy Inc**
**Po Box 4346**
**Houston, TX 77210-4346**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$5,370.12**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
**City of Aurora**
**Cashiers Office**
**15151 E Alameda Pkwy**
**Aurora, CO 80012-1555**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,500.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**
**Colorado Oil and Gas Conservation Commission**
**1120 N Lincoln St Ste 801**
**Denver, CO 80203-2137**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim: Alleged Violations**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**
**Colton**
**Po Box 900**
**Denver, CO 80201-0900**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$3,466.24**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)*
Name

## Part 2: Additional Page

**3.11 Nonpriority creditor's name and mailing address**
**Cover-All Services, Inc.**
**14510 Brighton Rd**
**Brighton, CO 80601-7316**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$115.23**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.12 Nonpriority creditor's name and mailing address**
**Crossenergy**
**1399 Water Valley Pkwy Ste 300**
**Boulder, CO 80302**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$1,600.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.13 Nonpriority creditor's name and mailing address**
**D&D Water Service LLC**
**Po Box 967**
**Strasburg, CO 80136-0967**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$13,295.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
**DCP Midstream LP**
**Po Box 301189**
**Dallas, TX 75303-1189**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$1,895.20**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
**Debra D Gilbert**
**c/o Coan, Payton & Payne LLC**
**1711 61st Ave Ste 100**
**Greeley, CO 80634-3046**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** _ 1 5 4

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** **Order for Possession**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Painted Pegasus Petroleum LLC**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.16 Nonpriority creditor's name and mailing address**
**DNOW LP**
**1712 Denver Ave**
**Fort Lupton, CO 80621-8731**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$8,585.34**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.17 Nonpriority creditor's name and mailing address**
**EnviroLogic Solutions Inc**
**501 Graham St**
**Tuscola, TX 79562-2153**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$31,136.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
**Gas Ops Leak Detectives, LLC**
**Po Box 545**
**Burlington, CO 80807-0545**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$6,100.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
**Great Solutions America LLC**
**1 Riverway Ste 1700**
**Houston, TX 77056-1997**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$23,550.32**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.20 Nonpriority creditor's name and mailing address**
**Great Western Operating Co LLC**
**1001 17th St Ste 2000**
**Denver, CO 80202-2035**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$614.47**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)*
Name

## Part 2: Additional Page

**3.21 Nonpriority creditor's name and mailing address**
**Heat Waves Hot Oil Service LLC**
**Po Box 123782**
**Dallas, TX 75312-3782**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$10,458.70**

**3.22 Nonpriority creditor's name and mailing address**
**HP Oilfield Services LLC**
**383 Inverness Pkwy Ste 330**
**Englewood, CO 80112-5863**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$1,210.00**

**3.23 Nonpriority creditor's name and mailing address**
**Imperial Cost Control**
**24 Greenway Plz Ste 965**
**Houston, TX 77046-2454**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$875.00**

**3.24 Nonpriority creditor's name and mailing address**
**iVision Tecnologies**
**13310 Cameron Reach Dr**
**Tomball, TX 77377-2320**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$1,550.00**

**3.25 Nonpriority creditor's name and mailing address**
**J&F Services, Inc.**
**Po Box 888**
**Fort Lupton, CO 80621-0888**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$8,600.00**

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)* ______
Name

## Part 2: Additional Page

**3.26 Nonpriority creditor's name and mailing address**
**John J Houlihan IV**
**c/o John K. H. Akers Jr**
**Akers & Thompson LLC**
**4700 S Syracuse St Ste 810**
**Denver, CO 80237-3072**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$15,602.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27 Nonpriority creditor's name and mailing address**
**K E Andrews & Company**
**1900 Dalrock Rd**
**Rowlett, TX 75088-5526**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$8,220.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28 Nonpriority creditor's name and mailing address**
**Keith Hubbard**
**16820 Barker Springs Rd**
**Houston, TX 77084-5040**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$17,360.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29 Nonpriority creditor's name and mailing address**
**Lesair Enviornmental Inc**
**11786 Shaffer Pl Unit 210**
**Littleton, CO 80127-5818**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$750.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30 Nonpriority creditor's name and mailing address**
**Lewis Brisbois Bisgaard & Smith LLP**
**633 W 5th St Ste 4000**
**Los Angeles, CA 90071-2074**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** **$28,667.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)*
Name

**Part 2: Additional Page**

**3.31 Nonpriority creditor's name and mailing address**
Libco Enterprises Inc
Po Box 200581
Evans, CO 80620-0581

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $34,590.66
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.32 Nonpriority creditor's name and mailing address**
McADA Drilling Fluids Inc
Po Box 1080
Bay City, TX 77404-1080

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $9,095.59
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.33 Nonpriority creditor's name and mailing address**
PCS Ferguson Inc
3771 Eureka Way
Frederick, CO 80516-9446

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $3,084.67
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.34 Nonpriority creditor's name and mailing address**
Petroshare Corp
9635 Maroon Cir Ste 400dir
Englewood, CO 80112-5915

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $38,649.69
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.35 Nonpriority creditor's name and mailing address**
ProTreat Technology Corp
PO Box 16440
Golden, CO 80402

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** $3,929.16
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor Painted Pegasus Petroleum LLC
Name

Case number (*if known*)

## Part 2: Additional Page

**3.36 Nonpriority creditor's name and mailing address**
Rapid Energy Solutions
Po Box 13
Mead, CO 80542-0013

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $61,117.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**3.37 Nonpriority creditor's name and mailing address**
Sater Tools & Services LLC
2424 6th Ave
Greeley, CO 80631

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $18,162.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**3.38 Nonpriority creditor's name and mailing address**
SL Global Energy
10497 Town & Country Way Suite 100
Houston, TX 77024

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $5,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**3.39 Nonpriority creditor's name and mailing address**
TEK LLC
Po Box 731152
Dallas, TX 75373-1152

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $27,332.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**3.40 Nonpriority creditor's name and mailing address**
WB Supply LLC
Po Box 206620
Dallas, TX 75320-6620

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** $26,357.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Painted Pegasus Petroleum LLC**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.41 Nonpriority creditor's name and mailing address**

**Wex Fleet Flex Card**
**Po Box 6293**
**Carol Stream, IL 60197-6293**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$8,473.44**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.42 Nonpriority creditor's name and mailing address**

**WolfePak Software LLC**
**500 Chestnut St Ste 500**
**Abilene, TX 79602-1466**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$602.14**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor Painted Pegasus Petroleum LLC
Name

Case number *(if known)*

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bond & Morris PC<br>Attn Daniel Warden<br>303 East 17th Avenue Ste 888<br>Denver, CO 80203 | Line 3.26<br>❑ Not listed. Explain | |

Debtor **Painted Pegasus Petroleum LLC** Case number *(if known)*
Name

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. | + | **$861,165.64** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$861,165.64** |

Fill in this information to identify the case:

Debtor name: Painted Pegasus Petroleum LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): ______ Chapter 7

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | oil/gas lease<br>0 months | list, See attached |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Sublease - Office Space<br>Contract to be REJECTED | Missouri Fox Trot Minerals, LLC<br>16820 Barker Springs Rd Ste 521<br>Houston, TX 77084-5040 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

# SCHEDULE G

Table 101: Oil/Gas Owners (Primary Addr.)

| Sub-Account | Description | Attention | Address | Address | City, State, Zip | Notes | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | Painted Pegasus Petroleum LLC | | , 16820 Barker Springs Rd Sute 521 | | , Houston, TX 77079 | | $ 116,950.43 |
| 62 | Paul L McCulliss | | , PO Box 3248 | | , Littleton, CO 80161 | | $ - |
| 76 | Hobe, Inc. | , C/O Zick Business Advisors | , 16 Inverness Place East, Bldg C | | , Englewood, CO 80112 | | $ - |
| 82 | Headington Oil Company LLC | | , 1700 N Redbud Blvd, Suite 400 | | , McKinney, TX 75069 | | $ - |
| 171 | Colorado State Board of Land | , Commissioners | , 1127 Sherman Street, Suite 300 | | , Denver, CO 80203 | | $ - |
| 175 | COBank, FCB | | , 245 N Waco | | , Wichita, KS 67202 | | $ - |
| 191 | Lindy J Grau- Angeli | | , 2574 S Zang St | | , Lakewood, CO 80228 | | $ - |
| 195 | Victoria Hutson | | , 2373 South Joyce St | | , Denver, CO 80228 | | $ - |
| 222 | Blue Door Inc | , c/o Calais Energy Accounting LLC | , 555 17th Street Ste 1400 | | , Denver, CO 80202 | | $ 640.04 |
| 265 | Justin Olson | | , 13457 W 87th Terrace | | , Arvada, CO 80005 | | $ - |
| 266 | BLACK DOG ENERGY LLC | | , PO BOX 54798 | | , OKLAHOMA CITY, OK 73154 | | $ - |
| 267 | ESTATE OF W W WAKEFIELD | | , 4934 PORTWEST COURT | | , WICHITA, KS 67204 | | $ - |
| 403 | WRT Company | | , PO Box 2080 | | , Austin, TX 78704 | | $ - |
| 443 | Anadarko E&P Onshore LLC | | , PO Box 730875 | | , Dallas, TX 75373 | | $ 86,737.49 |
| 446 | Edward R Sirios | | , 6316 Weld CO RD 89 | | , Roggen, CO 80652 | | $ - |
| 451 | Roger E Cummings | | , 131 Horse Mountain Trail | | , Llano, TX 78643 | | $ 19.21 |
| 452 | Glenda S McCain | | , 121 Opal Street | | , Corpus Christi, TX 78409 | | $ 19.21 |
| 462 | Douglas K Abbott | | , 43450 E 160th Avenue | | , Keensburg, CO 80643 | | $ 1,285.79 |
| 463 | Georgene F Abbott | , For the Estate of Herbert Abbott | , 44755 160th Avenue | | , Keenesburg, CO 80643 | | $ 1,285.79 |
| 464 | REX E ABBOTT ESTATE | | , PO Box 66 | | , Smithwick, SD 57782 | | $ 1,285.79 |
| 468 | Miguel Almanza and Maria L Almanza J/T | | , 43200 East 136th Avenue | | , Hudson, CO 80642 | | $ - |
| 470 | AG Andrikopoulos Resources Inc | | , PO Box 788 | | , Cheyenne, WY 82003 | | $ - |
| 473 | Ann and James Barlow Trust | | , PO Box 10460 | | , Jackson, WY 83002 | | $ 214.14 |
| 475 | Marilyn J Bertholf | | , 2921 Norwich Avenue | | , Pueblo, CO 81008 | | $ 57.60 |
| 477 | James D Brownlie | | , 475 17th Street #980 | | , Denver, CO 80202 | | $ 2,059.41 |
| 478 | Joe D Bumpus - AUK | | , 12021 West Palamino Drive | | , Odessa, TX 79764 | | $ 19.21 |
| 483 | Earl Cooper | | , 1701 Ann Court | | , Independence, MO 64057 | | $ 14.40 |
| 484 | Stephen Cooper | | , 2412 S Vermont Ave | | , Independence, MO 64052 | | $ 14.40 |
| 485 | Delbert J Crandall | | , PO Box 538 | | , Moab, UT 85432 | | $ 45.14 |
| 486 | Barbara B Crews | | , 1121 Recluse Court | | , Casper, WY 82609 | | $ 6.12 |
| 487 | Linda Dalrymple | | , 20239 E Shady Ridge Road | | , Parker, CO 80134 | | $ 430.45 |
| 488 | The Crews Crew LLC | | , 1121 Recluse Street | | , Casper, WY 82609 | | $ - |
| 492 | DWG, LLC | | , 1873 S Bellaire St #900 | | , Denver, CO 80222 | | $ 17.40 |
| 493 | Orton L Ehrlinger | | , 800 Washington Street, #1010 | | , Denver, CO 80203 | | $ 57.60 |
| 494 | U S Agbank FCB | | , 245 N Waco | , PO Box 2940 | , Wichita, KS 67201 | | $ 311.02 |
| 497 | 4th Generation Co | | , 1873 S Bellaire St, Suite 900 | | , Denver, CO 80222 | | $ 1.07 |
| 498 | Lonnie R Funk | | , PO Box 483 | | , Strasburg, CO 80136 | | $ 1,371.84 |
| 499 | Roy E Funk | | , PO Box 215 | | , Byers, CO 80103 | | $ 1,371.84 |
| 503 | Sandra J Galey | | , 360 S Monroe St., Apt 513 | | , Denver, CO 80209 | | $ 1,227.57 |
| 505 | Herbert E Abbott Trust | , Lawrence Gill, Trustee | , C/O Citizens St Bank | , PO Box 299 | , Keenesburg, CO 80643 | | $ 1,285.80 |
| 506 | GMQ LLC | | , 1873 S Bellaire St, Suite 900 | | , Denver, CO 80222 | | $ 11.02 |
| 510 | Irvin F Hanson | , Starr F Hanson | , 20602 North 104th Avenue | | , Peoria, AZ 85382 | | $ 37.95 |
| 515 | Helen R Hiatt | , c/o Christopher House | , 6270 West 38th Avenue | | , Wheat Ridge, CO 80033 | | $ 26.42 |
| 518 | Charles B Hoefle | | , 2812 1st Avenue North #502 | | , Billings, MT 59101 | | $ 0.06 |
| 519 | Mary E Holbrook | | , 18545 Chapae Lane | | , Apple Valley, CA 92307 | | $ 38.40 |
| 520 | Mark E Houston | | , 16543 W Desert Willow Dr. | | , Surprise, AZ 85387 | | $ 54.89 |
| 521 | Thomas W Houston | | , 1767 Spinnaker Ct | | , Boise, ID 83706 | | $ 54.89 |
| 523 | Arthur Kelton Jr | | , 225 Wall St Ste 240 | | , Vail, CO 81657 | | $ 4,340.34 |
| 524 | John F Knowles | | , 1933 Ulloa Street | | , San Francisco, CA 94116 | | $ 35.23 |
| 525 | Koch Exploration Company LLC | | , PO Box 301269 | | , Dallas, TX 75303 | | $ 138.00 |
| 527 | Gary P Kugel | | , 84 Douglas Court | | , Boulder, CO 80302 | | $ 259.18 |
| 528 | Laguna Petroleum Corporation | | , PO Box 841803 | | , Dallas, TX 75284 | | $ 404.27 |
| 540 | Linda Marsh | | , 681 Campo Street | | , Denver, CO 80221 | | $ 16.51 |
| 541 | Kenneth W Miller | | , 1622 West County Road 76 | | , Wellington, CO 80549 | | $ 26.42 |
| 542 | Janice Kay Minardi | | , 9860 Holland Circle | | , Westminster, CO 80021 | | $ 1.96 |
| 544 | Muegge Farms LLC | , c/o Daniel Watts | , 2835 S. Williams St. | | , Denver, CO 80210 | | $ 219.57 |
| 552 | Claire Peoples | | , 98 Jerome Road | | , Los Lunas, NM 87031 | | $ 57.60 |
| 554 | Rita G Poteet | | , 7815-B Memphis Ave | | , Lubbock, TX 79423 | | $ 19.21 |
| 555 | Cleo M Pringle | , Toni Rae Nelson, POA | , PO Box 284 | | , Lincoln, NH 03251 | | $ 35.23 |
| 560 | Kay Kugel Sachs | | , 2640 Elmhurst Circle | | , Longmont, CO 80503 | | $ 259.18 |
| 561 | Jim D Sandell | | , PO Box 317 | | , Ingram, TX 78025 | | $ 44.42 |
| 562 | Paula Spraggins Sandell | | , 16619 Sunlight Way | | , Houston, TX 77058 | | $ 8.83 |
| 563 | Debra Louise Schnitzler | | , 11084 Trojan Court | | , Westminster, CO 80030 | | $ 1.96 |
| 576 | William H Spires | | , PO Box 640 | | , Parker, CO 80134 | | $ 129.14 |
| 577 | Fred Stengel | | , 113 Kennedy Ln | | , Eddy, TX 76524 | | $ 38.40 |
| 578 | Julia Sterrett | | , 3790 Shiloh Chase NW | | , Kennesaw, GA 30144 | | $ 14.40 |
| 580 | Darryl M Stroh | | , 26858 Oak Branch Circle | | , Newhall, CA 91321 | | $ 38.40 |
| 582 | George Stroh | | , 8525 Skyland Drive | | , Niwot, CO 80503 | | $ 57.60 |
| 583 | Orton Richard Stroh | | , 375 Merritt Place NE | | , North Bend, WA 98045 | | $ 115.19 |

# SCHEDULE G

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 584 | Grant Stroh Jr | | , 3025 N Central Ave | | , Batesville, AR 72501 | $ | 57.60 |
| 590 | John R Wallace | | , 386 Castle Pines Drive South | | , Castle Rock, CO 80108 | $ | 1,029.92 |
| 591 | Mark S Wallace | | , 475 17th Street #980 | | , Denver, CO 80202 | $ | 2,059.41 |
| 592 | Emily Wanbaugh | | , 1205 NE 96th Terrace | | , Kansas City, MO 64155 | $ | 14.40 |
| 602 | Max Colup | | | | | $ | - |
| 603 | Patty Hayden | | | | | $ | - |
| 604 | Robert L Marolda | | , PO Box 804 | | , Littleton, CO 80160 | $ | - |
| 605 | Ladonna Nazarenus | | , 1748 Emma Ln | | , Brighton, CO 80601 | $ | 11.01 |
| 607 | City/County of Denver DIA | , Attn: Oil & Gas Group | , 8500 Pena Blvd Room 9870 | | , Denver, CO 80249 | $ | 1,325.56 |
| 608 | NOBLE ENERGY INC | | , PO Box 910083 | | , Dallas, TX 75391 | $ | 2.14 |
| 611 | William R Amedee | | | | | $ | 38.40 |
| 625 | Liquid Assets LLC | , Tracy Hauser MBR | , 578 Washington Blvd #755 | | , Marina Del Rey, CA 90292 | $ | 26.42 |
| 628 | EFS Royalty Holdings LLC | | , PO Box 417196 | | , Boston, MA 02241 | $ | 5,389.74 |
| 630 | The Brown Family Trust | , James and Carol Brown Trustees | , 55103 E Bison Drive | | , Strasburg, CO 80136 | $ | 5.50 |
| 631 | Doreen K Wilmoth | | , 5731 W 92nd Ave #150 | | , Westminster, CO 80031 | $ | 5.50 |
| 648 | Sally N Abbott | | , 2511 East Egbert St | | , Brighton, CO 80601 | $ | 1,535.40 |
| 652 | STATES ROYALTY LIMITED PARTNERSHIP | | , PO Box 911 | | , Breckenridge, TX 76424 | $ | 6,258.17 |
| 653 | Heritage Energy Resources | | , 3585 Sulphur Springs Ln | | , Bremerton, WA 98310 | $ | 0.76 |
| 654 | DAB Resources | | , PO Box 8398 | | , Denver, CO 80201 | $ | - |
| 655 | Ally Petroleum Company | | , 12520 South 3rd Place | | , Jenks, OK 74037 | $ | - |
| 656 | Edward Oil Company | | , PO Box 202 | | , Youngsville, PA 16371 | $ | - |
| 658 | Fred & Nancy Hubbs | | , 48100 E 144th Avenue | | , Bennett, CO 80102 | $ | - |
| 659 | Qualls Family Holding LLC | | , PO Box 6482 | | , Denver, CO 80206 | $ | - |
| 662 | Leroy & Lori Pangle | | , 2689 WCR 45 | | , Hudson, CO 80642 | $ | 834.83 |
| 664 | Petro Energy Inc. | | , PO Box 701 | | , Farmington, NM 87499 | $ | - |
| 666 | R&M Oil & Gas Ltd | | , 14143 Denver West Parkway, Suite 450 | | , Lakewood, CO 80401 | $ | - |
| 669 | Robert P Vernon | | , 5016 Augusta Circle | | , College Station, TX 77845 | $ | 5.11 |
| 681 | Alice Elaine Gutierrez | | , PO Box 345 | | , Kersey, CO 80644 | $ | 9.08 |
| 684 | Anadarko E&P Onshore LLC | | , 1201 Lake Robbins Dr | | , The Woodlands, TX 77380 | $ | 22,970.19 |
| 688 | Audrey L Foster Trust | , Sally D. Truett, Trustee | , P.O. Box 1079 | | , Morrison, CO 80465 | $ | 404.19 |
| 689 | Barry Curtiss-Lusher | | , 137 Dahlia Street | | , Denver, CO 80220 | $ | 14.35 |
| 692 | Betty R Van Cleave | | , 199 W Southern Street, Apt 403 | | , Brighton, CO 80601 | $ | 452.07 |
| 697 | Brent J Morse | | , 410 17th Street, Suite 1150 | | , Denver, CO 80202 | $ | 468.86 |
| 701 | C Vincent Phelps | | , 15822 Duquesne Circle | | , Brighton, CO 80603 | $ | 1,180.74 |
| 703 | Carol A Blehm | | , 1625 Greenstone Trail | | , Ft. Collins, CO 80525 | $ | 174.05 |
| 704 | Carol Ann Spelts | , c/o Dale L Arnold | , 10655 Headlite Mile Road | | , Strasburg, CO 80136 | $ | 9.08 |
| 708 | Charles A Houy | | , 363 S Huntington Avenue, Unit 2 | | , Jamaica Plain, MA 02130 | $ | 144.90 |
| 715 | Claude Arnold | | , 15987 Hwy 52 | | , Ft. Lupton, CO 80621 | $ | - |
| 719 | Dale L Arnold | , Bonnie L Arnold JT | , 10655 Headlite Mile Road | | , Strasburg, CO 80136 | $ | 65.55 |
| 723 | Daryl Arnold | | , 8738 WCR 59 | | , Keenseburg, CO 80643 | $ | 5.62 |
| 730 | Dean Unruh | | , 5585 Aspen Leaf Place | | , Littleton, CO 80125 | $ | 2.66 |
| 733 | DJ Production Services Inc | | , PO Box 1204 | | , Ft. Morgan, CO 80701 | $ | 30.08 |
| 736 | Donald F Enright | | , PO Box 668 | | , Niwot, CO 80544 | $ | - |
| 737 | Laurel Hill Trust | , c/o Zick Business Advisors, Inc. | , 16 Inverness Place East, Bldg. C | | , Englewood, CO 80112 | $ | - |
| 740 | Dorothy M Yeager | | , 3326 68th Ave Ct | | , Greeley, CO 80634 | $ | - |
| 744 | E B O'Hara | | , 7475 Highland Drive | | , Lakewood, CO 80214 | $ | 0.52 |
| 746 | Edward & Shirley Sirios | | , 6316 Weld County Rd 89 | | , Roggen, CO 80652 | $ | - |
| 752 | Ellen Hiatt | | | | | $ | - |
| 754 | Eugene A Wolfe | | , PO Box 747 | | , Gambier, OH 43022 | $ | 22.62 |
| 757 | Evonne La Rue Adams | | , 335 S Pine Street | | , Keenesburg, CO 80643 | $ | 9.08 |
| 758 | Farmers Reservoir Irrigation | | , 80 South 27th Avenue | | , Brighton, CO 80601 | $ | 50.14 |
| 762 | Gale S Antczak | | , 1723 Walnut Drive | | , Cheyenne, WY 82001 | $ | 74.69 |
| 764 | Gary L Nydegger | | , 1105 Yank Street | | , Golden, CO 80401 | $ | 6.45 |
| 767 | Gean C Abbott Jr | | , 450 N 16th Avenue | | , Brighton, CO 80601 | $ | 292.28 |
| 769 | George O McCune | | , 404 Warrenton Villa | | , Warrenton, MO 63383 | $ | - |
| 770 | Gerald J Schissler | | , 810 S Josephine St | | , Denver, CO 80209 | $ | - |
| 772 | GORDON SMALE MARITAL TRUST | , c/o Roswitha Smale | , 1775 E Palm Canyon, Ste 110-359 | | , Palm Springs, CA 92264 | $ | 400.69 |
| 773 | Habib Diyab | | , 9400 E Iliff Ave #323 | | , Denver, CO 80231 | $ | - |
| 775 | Harlan Hodge | | , 903 Heron Dr | | , Loveland, CO 80537 | $ | 48.00 |
| 778 | Helen D Schwab Living Trust | , c/o Tim Schwab | , 19831 Ocean Bluff Circle | | , Huntington Beach, CA 92648 | $ | 609.19 |
| 780 | Helen Turecek | | , Box 69 | | , Deertrail, CO 80105 | $ | - |
| 781 | Henrylyn Irrigation District | | , 29490 County Road 14 | | , Keenesburg, CO 80643 | $ | 51.74 |
| 782 | Herter Living Trust | | , 225 Grouse Hollow Ln | | , Loveland, CO 80537 | $ | - |
| 783 | Huffsmith Farms LLC | | , 5375 Silver Creek Road | | , Helena, MT 59602 | $ | 8,529.76 |
| 784 | Joe Greenemeier | | , 6111 E 68TH AVE | | , COMMERCE CITY, CO 80022 | $ | - |
| 785 | EGQ INC | | , 1873 S. BELLAIRE ST, STE 900 | | , Denver, CO 80022 | $ | - |
| 786 | Kerr Mcgee Rocky Mountain Corp | | | | | $ | - |
| 792 | HURLEY OIL PROPERTIES | | , 1738 S Poplar Street | | , Casper, WY 82601 | $ | 400.69 |
| 796 | Jack W Bales | | , BAD ADDRESS | | , , CO | $ | - |
| 798 | James & Helen Sirios JT | | , 200 North Main | , Box 58 | , Keenesburg, CO 80642 | $ | - |
| 801 | James E & Gail L Smith | | , 23880 E 152nd Ave | | , Brighton, CO 80601 | $ | 953.59 |

# SCHEDULE G

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 804 | James Hiatt | | | | | $ | - |
| 806 | James R Vetter and | , Katherine A Vetter JTWROS | , 10324 Highland Meadow Cir | , Bldg 16 #207 | , Parker, CO 80134 | $ | 174.05 |
| 807 | James Steven Glantz | | , 920 Lake Lane | | , Longwood, FL 32750 | $ | 15.06 |
| 811 | Jennie L Putnam | | , 24062 E 160th Avenue | | , Brighton, CO 80601 | $ | 579.68 |
| 813 | JMK Petroleum Corp. | | , 1017 Long Praire Rd. Suite 201 | | , Flower Mound, TX 75022 | $ | 54.25 |
| 816 | John D Houy | | , 22007 N. Molly Lane | | , Rathdrum, ID 83858 | $ | 144.90 |
| 821 | Joseph C Devay | | , 14826 Broadgreen Dr | | , Houston, TX 77079 | $ | 217.18 |
| 822 | Judith Timmerman | | , 203 Metso Ct | | , Grand Junction, CO 81503 | $ | 179.81 |
| 823 | Judy A Putnam | | , 257 Overhill Road | | , Orinda, CA 94563 | $ | 579.68 |
| 833 | Kenneth Timmerman | | , 302 S 14th Ave | | , Brighton, CO 80601 | $ | 609.19 |
| 834 | Kerr-McGee Oil & Gas Onshore LP | | , PO Box 730875 | | , Dallas, TX 75373 | $ | 4,839.36 |
| 836 | Lamotte Oil Co | | , 410 17th Street, Ste 1180 | | , Denver, CO 80202 | $ | - |
| 837 | Larry Arnold | | , 12700 Brighton Blvd | | , Brighton, CO 80601 | $ | 5.62 |
| 838 | Larry Morris | | , 1908 S Raleigh Street | | , Denver, CO 80219 | $ | 117.03 |
| 847 | Louis Sirios | , c/o P Zimbelman | , 8507 CO Rd 69 | | , Keenesburg, CO 80643 | $ | - |
| 849 | Maddox Oil Properties Inc. | | , PO Box 2986 | | , Midland, TX 79702 | $ | - |
| 852 | Marcia Mandurraga | | , 9517 W Pierce | | , Tolison, AZ 85353 | $ | 44.99 |
| 854 | Marie A Beckett | | , 760 Ackley Rd | | , Cincinnati, OH 45255 | $ | 5.62 |
| 855 | Marjorie Billings | | , Box 2 | | , Keenesburg, CO 80643 | $ | - |
| 858 | Mary Anne Farley | | , PO Box 537 | | , Hyannis Port, MA 02647 | $ | 144.90 |
| 865 | Michael A Wolfe | , c/o Fran Sanders | , 1982 Cedar Street | | , Daytona Beach, FL 32119 | $ | 22.62 |
| 869 | Michael N Appell | | , 225 E 86th St Apt 1203 | | , New York, NY 10028 | $ | 5.76 |
| 871 | Morenergy Exploration Co | | , 410 17th Street, Suite 1150 | | , Denver, CO 80202 | $ | 71.51 |
| 873 | Myrna Wilks | | , 385 Forest Park Cr | | , Longwood, FL 32779 | $ | - |
| 875 | Nancy Davis | | , 14023 Aubry Rd | | , Beverly Hills, CA 90210 | $ | 108.58 |
| 876 | Nancy E Sorce Revocable Trust | | , 1301 E Placita Meseta Dorada | | , Oro Valley, AZ 85755 | $ | 57.19 |
| 879 | Norma Timmerman | | , 620 Oleander Way | | , Sterling, CO 80751 | $ | 609.19 |
| 882 | Oliver Morris Marital Trust | , Shirley J & Larry Morris, Trustee | , 14291 East 133rd Place | | , Brighton, CO 80601 | $ | 1,638.40 |
| 886 | Pamela A Timm | | , 27474 CO Rd 44 | | , Ovid, CO 80744 | $ | 5.62 |
| 891 | Patricia Stevenson Larsen | | , 4215 W Marshall | | , Phoenix, AZ 85019 | $ | - |
| 894 | Pearl A Whitman | | , 8987 Hwy 85 | | , Fort Lupton, CO 80621 | $ | 5.62 |
| 902 | RSJ INC | | , 5025 Swetland Court | | , Richmond Heights, OH 44143 | $ | 13.80 |
| 903 | Randy Timmerman | | , 2200 Stuart Street | | , Longmont, CO 80501 | $ | 44.99 |
| 907 | Richard L Glantz | | , 217 Cedar Street, #283 | | , Sandpoint, ID 82864 | $ | 15.06 |
| 908 | Richard Raymond Arnold | | , PO Box 1010 | | , Rio Vista, CA 94571 | $ | 45.19 |
| 909 | Robert D Poulson & Co | | , PO Box 280453 | | , Lakewood, CO 80228 | $ | - |
| 910 | Poulson Brothers Partnership, LLP | | , PO Box 280453 | | , Lakewood, CO 80228 | $ | - |
| 912 | Robert L Bayless Jr | | , 835 S Garfield Street | | , Denver, CO 80209 | $ | 11.52 |
| 914 | Roger A Matuszczak | | , 14093 E 106th Dr | | , Commerce City, CO 80022 | $ | - |
| 920 | Ruth Ramseyer | , c/o James Ramseyer | , PO Box 104 | | , Penrose, CO 81240 | $ | - |
| 925 | Sandra Lynn Gomez | | , 17690 E Trails End | | , Mayer, AZ 86333 | $ | - |
| 927 | SAUTER FARMS INC | | , 49815 E 120th Ave | | , Bennett, CO 80102 | $ | 12,233.30 |
| 928 | Scotty Smith | | , 2081 Little Bear Rd | | , Gallatin Gateway, MT 59730 | $ | 3.79 |
| 929 | Seymour Roberts | | , 3510 Turtle Cr Blvd | | , Dallas, TX 75219 | $ | 411.53 |
| 931 | Sharon Engel | | , 2609 16th Avenue | | , Greeley, CO 80631 | $ | 44.99 |
| 934 | Shirley Graybill | | , 7488 WCR 49 | | , Hudson, CO 80642 | $ | 5.62 |
| 935 | Adam Buna | | , 1051-D WEST HWY 34 | | , Loveland, CO 80537 | $ | - |
| 939 | Skillington Investments LP | | , 2631 Fountain Hills Drive | | , Wexford, PA 15090 | $ | 4,385.08 |
| 940 | Snobeck Associates | , Attn: Harvey Krauss | , 35 Sutton Place, Apt 15F | | , New York, NY 10025 | $ | 211.53 |
| 942 | Stanley Stevenson | | , 3920 W Marlette | | , Phoenix, AZ 80519 | $ | - |
| 943 | Stella Meints | | , 1010 Explorador Calle | | , Denver, CO 80229 | $ | 5.62 |
| 944 | Stephan R Smith | | , 2454 Tavern Way | | , Castle Rock, CO 80104 | $ | - |
| 945 | Stephen W Houy | | , 59 Fairway Lane | | , Littleton, CO 80123 | $ | 144.90 |
| 946 | Steven Timmerman | | , 773 Rolling Hills Drive | | , Killeen, TX 76543 | $ | 44.99 |
| 953 | THE WONDERLY CORP | | , 6833 Garland Street | | , Arvada, CO 80004 | $ | 2,596.05 |
| 954 | Three Point Investment | | , PO Box 993 | | , Okmulgee, OK 74447 | $ | 149.23 |
| 955 | Tracy Galloway | | , 324 Blue Spruce Drive | | , Evergreen, CO 80439 | $ | 4.20 |
| 959 | Vetter Family Trust | , Shirley Vetter Trustee | , 16347 E Auburn Hills Dr | | , Parker, CO 80134 | $ | 174.05 |
| 967 | Wayne V Arnold | | , PO Box 1092 | | , La Veta, CO 81055 | $ | 9.08 |
| 970 | Willard Timmerman | | , 757 S 11th Avenue | | , Brighton, CO 80601 | $ | 609.19 |
| 971 | William G O'Dell | | , 4057 Field Drive | | , Wheat Ridge, CO 80033 | $ | 3.29 |
| 973 | William J & Phyllis Sirios Trust | | , 3528 W Corona Ave | | , Wiggins, CO 80654 | $ | - |
| 974 | William S Morrow MD | | , 12260 Mandrin Rd | | , Jacksonville, FL 32223 | $ | 1.84 |
| 976 | Woody Creek LLC | | , 646 Kayeta CT | | , Grand Junction, CO 81507 | $ | 1,557.06 |
| 991 | Trinity Energy Company | | , 5636 N Montour Rd | | , Gibsonia, PA 15044 | $ | 42.48 |
| 993 | George G Vaught Jr | | , PO Box 13557 | | , Denver, CO 80201 | $ | 257.16 |
| 995 | Kenneth E Fortune | | , 406 Hanover St | | , Fredericksburg, VA 22401 | $ | - |
| 997 | Duglas A Sirios | | , 6736 Pumpkin Ridge Drive | | , Windsor, CO 80550 | $ | - |
| 998 | Cowley Management LLC | | , 1242 E Jackson St | | , Phoenix, AZ 85034 | $ | 1,439.92 |
| 999 | CIMA Energy Minerals Ltd | , Dept #2009 | , PO Box 660828 | | , Dallas, TX 75266 | $ | 528.23 |
| 1001 | Boekel Energy LLC | | , PO Box 6821 | | , Great Falls, MT 59406 | $ | 41.35 |

# SCHEDULE G

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1002 | Catherine J Porter | | , 22691 E Davies Dr. | | , Aurora, CO 80016 | $ | 41.35 |
| 1003 | Patricia Ann Boekel Trust | , Catherine J Porter TTEE | , 22691 E Davies Dr | | , Aurora, CO 80016 | $ | 41.35 |
| 1011 | Steven Brooker | | , 1839 Firestone Dr | | , Escondido, CA 92026 | $ | 297.47 |
| 1012 | Barbara Brooker Burnett | | , 4861 Timberwood Ct | | , West Des Moines, IA 50265 | $ | 297.47 |
| 1014 | Eleanor Arlene Howell | | , 3538 E 102nd Ct | | , Thornton, CO 80229 | $ | 2,361.47 |
| 1023 | Cheryl Earnest | | , 6080 S Mobile St | | , Centennial, CO 80016 | $ | 1.16 |
| 1024 | Robert Wolf | , 95 Saddlemountain Rd | | | , Colorado Springs, CO 80919 | $ | 1.16 |
| 1025 | Tracy Plock | | , 11778 W 54th Pl | | , Arvada, CO 80002 | $ | 1.16 |
| 1027 | Kathy L Heavers | | , 1839 Otter Pond Cir | | , Montrose, CO 81401 | $ | 11.31 |
| 1028 | Susan J Koeneke | | , PO Box 1032 | | , Fraser, CO 80442 | $ | 11.31 |
| 1029 | Robert A Koeneke | | , 8065 Marshall Ct | | , Arvada, CO 80003 | $ | 11.31 |
| 1030 | Thomas D Koeneke | | , 6205 N Taylor Rd | | , Mission, TX 78573 | $ | 11.31 |
| 1043 | Gwen G Scott | | , 3033 N Santa Rita Ave | | , Tucson, AZ 85719 | $ | 3.29 |
| 1044 | Michael J Houy | | , 816 Acoma Street, 705 | | , Denver, CO 80204 | $ | 190.33 |
| 1045 | Jessica E Houy | | , 770 East 3rd Street, Unit 2 | | , Boston, MA 02127 | $ | 190.33 |
| 1051 | Lauren M Munn | | , 130 Bella Luna | | , Shenandoah, TX 77381 | $ | - |
| 1052 | Edna M Green Living Trust, dtd 5/18/2004 | , Janice Green & Judith Beauprez, Trustees | , 691 Branding Iron Ct | | , Brighton, CO 80601 | $ | 45.19 |
| 1054 | RETOVA RESOURCES LP | | , 1873 S Bellaire Street, Suite 900 | | , Denver, CO 80222 | $ | 2,187.03 |
| 1057 | Jack Becker | | | | | $ | - |
| 1058 | Flame Royalties Inc. | | , PO Box 702281 | | , Tulsa, OK 74170 | $ | 328.23 |
| 1062 | Andrew S Peterson | | , 2154 West Eisenhower Blvd | | , Loveland, CO 80537 | $ | - |
| 1068 | Black Stone Minerals Company, L.P. | | , PO Box 301267 | | , Dallas, TX 75303 | $ | 81.05 |
| 1072 | John C Stroh Trust B | , John Stroh, II & David Stroh, Co-Trustee | , 3241 CO Highway 10 | | , Walsenberg, CO 81089 | $ | 115.19 |
| 1075 | Roger A White | | , 3141 E. Spaulding Ave, Apt #104 | | , Pueblo, CO 81008 | $ | 115.19 |
| 1120 | Joeckel Family Trust | , Raymond and/or Evelyn Joeckel, Trustees | , 1672 La Loma Drive | | , Santa Ana, CA 92705 | $ | 235.48 |
| 1121 | Rival Energy, LLC | | , PO Box 297 | | , Fort Morgan, CO 80701 | $ | - |
| 1122 | John Marcus Sterling | | , 8020 Shaffer Pkwy, Suite 100 | | , Littleton, CO 80127 | $ | - |
| 1123 | Quality Drilling Fluids Engineering, Inc | | , PO BOX 95 | | , Simms, TX 75574 | $ | - |
| 1131 | Link Oil & Gas Properties, LLC | , c/o Lori Pangle | , 2689 WCR 45 | | , Hudson, CO 80642 | $ | - |
| 1158 | David Edward Burns | | , 12214 Carols Way Circle | | , Houston, TX 77070 | $ | - |
| 1160 | Jefferson Ruck | | , 3538 Pueblo Way | | , Las Vegas, NV 89169 | $ | - |
| 1161 | Stelbar Oil Corp Inc | | , 1625 N Waterfront Pkwy Ste. 200 | , Wichita, KS 67206 | | $ | - |
| 1165 | Carol L Ferrera | | , 657 W Ash St | | , Louisville, CO 80027 | $ | 516.74 |
| 1168 | Laverne W Sharp | | , 6207 Highland Hills Dr | | , Austin, TX 78731 | $ | 18.52 |
| 1172 | Colorado Mineral Resources LLC | , Attn: Eric G Politte | , 6620 Cypresswood Dr Ste. 100 | | , Spring, TX 77379 | $ | - |
| 1174 | Robert Leon Packard | , Sharon L Packard | , 36901 E 136th Ave | | , Hudson, CO 80642 | $ | 516.74 |
| 1175 | Mary K Richard | | , PO Box 20201 | | , Cheyenne, WY 82003 | $ | 516.74 |
| 1176 | Barbara Jeanne Hart | | , 14894 Quince Way | | , Thornton, CO 80602 | $ | 28.24 |
| 1177 | Rose Marie Allgaier | | , 816 South 35th Ave | | , Yakima, WA 98902 | $ | 10.12 |
| 1178 | Anadarko Land Corp | , FKA RME Land Corp | , PO Box 730875 | | , Dallas, TX 75373 | $ | 166.52 |
| 1179 | Kent Barnes | | , 148 NE 12th St | | , Hermiston, OR 97838 | $ | 1.26 |
| 1180 | Kraig Barnes | | , 16010 West Jade Lane | | , Medical Lake, WA 99022 | $ | 1.26 |
| 1181 | Kristie A Barnes | | , 23 East 1st St North | | , Middleton, ID 83644 | $ | 1.26 |
| 1184 | Kim Barnes Burson | | , 127 E Handy Rd | | , Colbert, WA 99005 | $ | 1.26 |
| 1187 | Suanne Brown Garioto | | , 663 S Placita Del Exito | | , Green Valley, AZ 85614 | $ | 3.37 |
| 1189 | Jane S Sandhouse | | , 231 Beattie St | | , Sterling, CO 80751 | $ | 15.18 |
| 1190 | Reserve Oil & Gas CO | | | | | $ | - |
| 1191 | Frank Compton Sharp | | , 3852 N Robert Daru Dr | | , Tucson, AZ 85745 | $ | - |
| 1192 | James R Sharp Jr | | , 541 NW Valley View Dr | | , Grants Pass, OR 97526 | $ | 0.48 |
| 1193 | Jean Sharp Beck | | , 7121 North Pampa Place | | , Tucson, AZ 85704 | $ | 0.48 |
| 1194 | Tiago Corp | | , PO Box 370053 | | , Denver, CO 80237 | $ | 474.81 |
| 1197 | Ralph B Wells | | , 4944 Apollo Bay Dr | | , Littleton, CO 80130 | $ | 2.60 |
| 1198 | Darin Lee Good | | , 11351 East Ida Court | | , Englewood, CO 80111 | $ | 0.66 |
| 1199 | Kevin G Good | | , 2549 Alkire St | | , Golden, CO 80401 | $ | 0.38 |
| 1200 | Mitzi D Wineland | | , 26102 Golden Gate Canyon Rd | | , Golden, CO 80402 | $ | 0.28 |
| 1203 | Adams County CO | , Attn: Marc Pedrucici | , Board of Commissioners | , 9755 Henderson Rd | , Brighton, CO 80601 | $ | 9.23 |
| 1208 | Robert S Pirtle | | , PO Box 1310 | | , Tyler, TX 75710 | $ | 82.64 |
| 1209 | David L & Helen M Vetter J/T | | , 53804 E Bobcat Circle | | , Strasburg, CO 80136 | $ | 11.38 |
| 1210 | Janet Koin Dampeer | | , 2961 S Franklin | | , Englewood, CO 80113 | $ | 2.71 |
| 1211 | Prairie Minerals Ltd | | , 2001 Kirby Dr, Ste 1105 | | , Houston, TX 77019 | $ | 67.25 |
| 1213 | Diana B Koin Revocable Trust | , Diana Koin, MD | , 4660 Alipine Rd | | , Portola Valley, CA 94028 | $ | 4.07 |
| 1214 | James S Lebsack | | , PO Box 22215 | | , Denver, CO 80222 | $ | 11.11 |
| 1215 | Renegade Oil & Gas Co | | , 6155 S Main St, Ste 210 | | , Aurora, CO 80016 | $ | 335.52 |
| 1216 | Paul R Hokr | | , 1005 Cypressridge Pl | | , Fairfield, CA 94534 | $ | 422.02 |
| 1217 | Marilynne Redman | | , PO Box 908 | | , Wickenburg, AZ 85358 | $ | 422.02 |
| 1218 | Cynthia E Lindsey | | , 22 Paint Horse Ln | | , Kalispell, MT 59901 | $ | 422.02 |
| 1219 | Clifford Lee Wagner | | , 3808 Co Rd LL | | , Flagler, CO 80815 | $ | 35.09 |
| 1220 | Westgate Mineral Group | , Attn Kindi Wood | , 222 W Main Street | | , Arlington, TX 76010 | $ | 874.82 |
| 1221 | Lowe Royalty Partners, LP | , Attn Mark Boyt | , PO BOX 4887 Dept 4 | | , Houston, TX 77210 | $ | 514.78 |
| 1227 | Ernest Frederick Wagner | | , 113 Chapel Hill Circle | | , Brighton, CO 80601 | $ | 70.39 |
| 1228 | Timothy L Wagner | , Amy M Wagner | , 15050 Watkins Mile Rd | | , Brighton, CO 80601 | $ | 43.80 |

# SCHEDULE G

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1229 | Philip M Daily | | , 1245 Bromley Lane | | , Brighton, CO 80601 | | $ | 86.42 |
| 1230 | BP Huddleston & Co Inc | , Money Purchase Pension | , BP Huddleston, Trustee | , 9805 Katy Freeway, Suite 500 | , Houston, TX 77024 | | $ | 186.05 |
| 1231 | HD Thornton Inc | | | | | | $ | - |
| 1232 | Rimfire 16 Inc | | , 1255 S Pearl | | , Denver, CO 80210 | | $ | - |
| 1233 | Callisto Energy LLC | | , 38 Hillside Drive | | , Wheat Ridge, CO 80215 | | $ | - |
| 1234 | Edward M Doumani | , (possibly deceased, no forwarding add) | | | | | $ | - |
| 1236 | Houston Oil Fields Co | , F/T/A Jim Wilson Jr | , 802 FIRST CITY NAT'L BK BLDG | | , Houston, TX 77002 | | $ | - |
| 1237 | James Hansen | , c/o Hansen & Company | , PO Box 6983 | | , Denver, CO 80206 | | $ | - |
| 1238 | LD Temple Estate | , Theresa Temple , PR | | , PO Box 172 | , Sterling, CO 80751 | | $ | - |
| 1240 | Robert M Sterling | , Sterling Capital Group | , 5650 Widgeon Point Lane | | , Oxford, MD 21654 | | $ | - |
| 1241 | Shirley Krupa | | | | | | $ | - |
| 1242 | Production Gathering CO LP | | , 8150 N Central Expwy, Suite 1475 | | , Dallas, TX 75206 | | $ | - |
| 1243 | Beckham Holdings Trust | , Suzanne Baker, TTEE | , 1103 Gulf Ave | | , Midland, TX 79705 | | $ | - |
| 1244 | Grizzly Petroleum Company LLC | | , 1001 17th Street Suite 2000 | | , Denver, CO 80202 | | $ | - |
| 1246 | Rolan K Martin | , Carol J Martin J/T | , 10763 Fairway Vistas Court | | , Littleton, CO 80125 | | $ | 37.00 |
| 1248 | Lena Mae Grant Irrevocable Trust | , Errol J McBride Trustee | | , 4880 West Division Rd | , Crawfordsville, IN 47933 | | $ | 72.39 |
| 1249 | Berin J Wachsmann | | , PO Box 403 | | , Fort Collins, CO 80522 | | $ | 3.82 |
| 1250 | Charlotte Smith | | , 4800 Williamsburg Pl | | , Amarillo, TX 79119 | | $ | 86.85 |
| 1251 | Tija Investments LLC | | , PO Box 2275 | | , Castle Rock, CO 80104 | | $ | - |
| 1252 | Phyllis R Shahin | | , 4934 Portwest Court | | , Wichita, KS 67204 | | $ | 4.09 |
| 1253 | Josie M Carlisle | | , 1304 Euclid St. | | , Augusta, KS 67010 | | $ | 0.16 |
| 1254 | James G Wakefield | | , 5910 S University Blvd, Ste C18 pmb 118 | | , Greenwood Village, CO 80121 | | $ | 0.63 |
| 1255 | WW Wakefield Grandchildrens Trust | , Phyllis R Shahin Trustee | , 4934 Portwest Court | | , Wichita, KS 67204 | | $ | 0.48 |
| 1256 | Plains Production Inc | | , 1601 E 19th | | , Edmond, OK 73013 | | $ | 7.25 |
| 1257 | Heather Yarbrough | | , 8147 W Virginia Ave | | , Lakewood, CO 80226 | | $ | 1.77 |
| 1258 | Rebecca Brice | | , 702 1st Street | | , Golden, CO 80403 | | $ | 1.16 |
| 1259 | Kristie Brice-Schwartz | | , 2915 Sunset Drive | | , Golden, CO 80401 | | $ | 1.16 |
| 1260 | Brenda Brice | | , 10320 Boulder Ln Apt 125 | | , Austin, TX 78726 | | $ | 1.16 |
| 1264 | AC Toney | , Marc C Toney | , 3921 County Rd 3 | | , Parshall, CO 80468 | | $ | - |
| 1268 | Betty B Ladmer Trust DTD 11/4/97 | , Vicki Lynn Bagley, Trustee | , 700 New Hampshire Ave NW Apt 508 | | , Washington, DC 20037 | | $ | - |
| 1269 | Betty L Ritter | | , 1653 Black Avenue | | , Bozeman, MT 59715 | | $ | - |
| 1270 | Bruce B Vetter | | , 53804 E Bobcat Cir | | , Strasburg, CO 80136 | | $ | 26.81 |
| 1272 | Christopher Chadd Karl | | , 1832 27th Ave | | , Greeley, CO 80634 | | $ | 1.07 |
| 1274 | David A Gordley | | , 2000 Ramar Rd, Lot 125 | | , Bullhead City, AZ 86442 | | $ | 26.81 |
| 1275 | Dorothy L Lauridson | | , 1639 Francis Way | | , Longmont, CO 80501 | | $ | 127.46 |
| 1276 | KE Cross & Nancy A Cross | | , 12720 Sable Blvd | | , Brighton, CO 80601 | | $ | - |
| 1277 | Ella L Van Hoven Trust | , Barbara V Doherty, Suc Tr | , 4112 Tuscany Way | | , Boynton Beach, FL 33435 | | $ | - |
| 1278 | Fred A Hubbs Jr | | , 48100 E 144th Ave | | , Bennett, CO 80102 | | $ | 1,366.23 |
| 1279 | John R Brown | | , I M Schwalbengrund #34 | | , Freigericht-Somborn 63579 | | $ | - |
| 1280 | Harold D Hosmer | | , 12901 Cavanaugh Rd | | , Hudson, CO 80642 | | $ | - |
| 1284 | Janet L Hein | | , 7800 WCR 54 | | , Johnstown, CO 80534 | | $ | 54.77 |
| 1285 | Ladonna Stuckert | | , 14243 No 23rd St | | , Phoenix, AZ 85022 | | $ | 94.37 |
| 1287 | Linda Lauridson Friskney | | , 17732 W 83rd Place | | , Arvada, CO 80007 | | $ | 54.77 |
| 1288 | Lois Faye Conklin | | , 798 Sandlin Lane | | , Springtown, TX 76082 | | $ | 988.90 |
| 1289 | Mark A Zeiler | | , 8823 S Indian Creek St | | , Highlands Ranch, CO 80126 | | $ | 1,112.50 |
| 1290 | Patrick G Simons | , Julie Simons JT | , 15521 Almstead St | | , Hudson, CO 80642 | | $ | - |
| 1293 | Robin L Hobbs | | , PO Box 770270 | | , Eagle River, AK 99577 | | $ | - |
| 1295 | Topnotch Marketing Ltd | | , 201-14881 Marine Dr | | , White Rock, BC V48 1 | , Canada | $ | 32.15 |
| 1296 | Regents of the University of Minnesota | | , NW 5960 | , PO Box 1450 | , Minneapolis, MN 55485 | | $ | - |
| 1298 | William Lauridson | | , 33555 E 152nd Ave | | , Brighton, CO 80603 | | $ | 54.77 |
| 1299 | Zeiler Enterprises LLC | , C/O Carol Jean Maxfield | , 6550 Pumpkin Ridge Drive | | , Windsor, CO 80550 | | $ | 3,955.53 |
| 1300 | Pirtle Properties LP | , Pirtle Management CO GP | , 3006 Concord Place | | , Tyler, TX 75701 | | $ | 82.64 |
| 1301 | Rose Revocable Trust DTD 8/15/2013 | , Steven L Rose & Janet L Rose, Trustees | , 8 Biltmore Estates #123 | | , Phoenix, AZ 85016 | | $ | 91.02 |
| 1302 | Mary J Jette | | , 8871 Tahoe Court | | , Boulder, CO 80301 | | $ | 3.82 |
| 1304 | Richard E Robertson | | , PO Box 54 | | , Roggen, CO 80652 | | $ | 309.54 |
| 1305 | Scott J Day | , Deanne Kouba Day J/T | , 16722 Quail Run Mile Rd | | , Keenesburg, CO 80643 | | $ | 310.46 |
| 1306 | Laura M Machen | | , 2301 E Fremont Ave Apt S5 | | , Littleton, CO 80122 | | $ | - |
| 1307 | Kretsch Living Trust Dtd 4/24/06 | , Barbara Kretsch, Trustee | , 7785 W 5th Ave | | , Lakewood, CO 80226 | | $ | 22.76 |
| 1309 | Jon B Holt | , Mary A Holt JT | , 17356 Morgan Co Rd 13 | | , Fort Morgan, CO 80701 | | $ | 65.05 |
| 1310 | Sherrie L Dauper | | , 3270 Arbutus St | | , Golden, CO 80401 | | $ | 0.66 |
| 1311 | Hanna Zeiler | | , 3767 Cavalier Dr S | | , Salem, OR 97302 | | $ | 432.65 |
| 1312 | Nathaniel Wayne Zeiler | | , PO Box 1972 | | , Winnemucca, NV 89446 | | $ | 432.65 |
| 1313 | Richard Harold Zeiler | | , 92 Storey Ave | | , Belen, NM 87002 | | $ | 988.90 |
| 1314 | Donna S McLaughlin Revoc Inter-Vivos Tr | , David W McLaughlin Trustee | , 10953 N Summit St | | , Kansas City, MO 46155 | | $ | 28.24 |
| 1315 | Isabel Pauline Zimbelman | | , 8507 WCR 69 | | , Keenesburg, CO 80643 | | $ | - |
| 1320 | Verna J Bourbeau | | , PO Box 21 | | , Cowdrey, CO 80434 | | $ | - |
| 1321 | Eric William Schneider | | , PO Box 611 | | , Hudson, CO 80642 | | $ | - |
| 1322 | Susan M. Wagner | | , 685 N 14th Ave | | , Brighton, CO 80601 | | $ | 304.84 |
| 1323 | Sharon S Hall | | , 2091 Luvesta Ct | | , Berthould, CO 80513 | | $ | 516.74 |
| 1324 | Jamie Hosmer | | , 2170 Carriage Hills Dr | | , Delafield, WI 53018 | | $ | 94.37 |
| 1326 | Schulein Company LLC | | , PO Box 460972 | | , Denver, CO 80246 | | $ | - |

# SCHEDULE G

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1327 | Robert Lyle Zimmerman | | , 2127 Cadjew St | | , Redding, CA 96003 | | $ | 5.06 |
| 1329 | Hoefle Royalty Partners | | , 2812 1st Ave N Ste 502 | | , Billings, MT 59101 | | $ | 2,059.35 |
| 1330 | Cassandra E Herbert Trust Dtd 3/14/07 | , Cassandra E Herbert Trustee | , 1200 Humboldt St #101 | | , Denver, CO 80218 | | $ | 316.55 |
| 1331 | Luther Wadsworth Bridges II Estate | , David L Goranson | , 2201 Kipling St #101 | | , Lakewood, CO 80215 | | $ | - |
| 1332 | Carlson Family Trust Dtd 10/25/99 | , Duane Carlson & Sherrie Lee | , 13625 Bay Front Dr | | , Houston, TX 77077 | | $ | - |
| 1333 | JW Wakefield | | , PO Box 2 | | , Atlanta, KS 67008 | | $ | 0.16 |
| 1334 | Jeana Wakefield | | , 1523 Washington Ln | | , Augusta, KS 67010 | | $ | 0.16 |
| 1335 | Joni Wakefield | | , 22870 SE Bluestem Rd | | , Atlanta, KS 67008 | | $ | 0.16 |
| 1336 | Jerilyn K Enander | | , 24051 E 155th Way | | , Brighton, CO 80603 | | $ | 62.49 |
| 1337 | Sandra Mondragon Escobar | | , 1441 W 100th Ave | | , Northglenn, CO 80260 | | $ | 23.94 |
| 1342 | Cersonsky Legacy LLC | | , 13660 W Purdue Ave | | , Morrison, CO 80465 | | $ | 29.49 |
| 1343 | Linnebur Grain & Buffalo LLLP | | , 74600 US Highway 36 | | , Byers, CO 80103 | | $ | 1,372.42 |
| 1348 | Grayrock Minerals LLC | | , 5950 Cedar Springs Rd, Ste 200 | | , Dallas, TX 75235 | | $ | 1,029.86 |
| 1361 | Linda Jo Campbell | | , 3206 S Co Rd 29 | | , Loveland, CO 80537 | | $ | 30.28 |
| 1363 | STEVEN A CAMPBELL | | , 13912 N County Rd 7 | | , Wellington, CO 80549 | | $ | 30.28 |
| 1365 | Floos Inc | | , PO Box 2769 | | , Hobbs, NM 88241 | | $ | 0.63 |
| 1387 | Martin J Freedman R & M LLP | | , PO Box 631999 | | , Littleton, CO 80163 | | $ | 118.73 |
| 1620 | Marshall & Winston Inc | | , PO Box 50880 | | , Midland, TX 79710 | | $ | 84.76 |
| 1895 | Diana Koin | | , 4660 Alipine Rd | | , Portola Valley, CA 94028 | | $ | 2.71 |
| 1896 | Janet Koin Dampeer Revocable Trust | | , 2961 S Franklin | | , Englewood, CO 80113 | | $ | 4.07 |
| 1979 | ANTIPODEAN ROYALTY INVESTMENTS LLC | | , 315 Humphrey Drive | | , Evergreen, CO 80439 | | $ | 28.77 |
| 1984 | John J Houlihan IV | | , 29 Huntwick Lane | | , Englewood, CO 80113 | | $ | - |
| 1993 | RAE M HENCMANN | | , PO Box 659 | | , Denver, CO 80201 | | $ | - |
| 1994 | J Cleo Thompson | | , 325 N Saint Paul, Ste 4300 | | , Dallas, TX 75201 | | $ | 2,121.23 |
| 1996 | AGNG LLC | | , PO Box 659 | | , Denver, CO 80201 | | $ | - |
| 1997 | AMG LLC | | , PO Box 3498 | | , Boulder, CO 80307 | | $ | - |
| 1998 | 00 Resources | | , PO Box 3498 | | , Boulder, CO 80307 | | $ | 279.84 |
| 2000 | Mark and Cathlyn Huttner | | , 10315 E Crestridge Lane | | , Englewood, CO 80111 | | $ | - |
| 2002 | Estate of LD Temple | , Theresa Temple Personal Representative | , 534 Pawnee Dr | | , Sterling, CO 80751 | | $ | - |
| 2003 | Lester Timmermann | | , Box 40652 | | , Grand Junction, CO 81504 | | $ | 249.54 |
| 2004 | RME Petroleum Co (RI) | | , PO Box 730875 | | , Dallas, TX 75373 | | $ | 35,845.17 |
| 2005 | Chris G Katselas | | , 6975 Olympus Drive | | , Evergreen, CO 80439 | | $ | 9.53 |
| 2070 | Cheryl A Becker Trust | | , 44890 East 64th Ave | | , Bennett, CO 80102 | | $ | 1,324.60 |
| 2072 | Duane L Becker Trust | , Duane L Becker | , 44890 E 64th Ave | | , Bennett, CO 80102 | | $ | 1,324.60 |
| 2075 | SueAnn Babcock Ttee of Grant M & SueAnn | , Babcock Revocable Trust Survivors | , PO Box 32341 | | , Phoenix, AZ 85064 | | $ | 33.15 |
| 2076 | Vicky L Higginbotham | | , 423 N 23rd Street | | , Council Bluffs, IA 51501 | | $ | 4.78 |
| 2077 | Mary Alice Billings Trust | , Guaranty Bank and Trust Company | , C/O Trust Department | , PO Box 1159 | , Longmont, CO 80502 | | $ | 10.20 |
| 2078 | Kerry L Ruff | | , 1203 Farming Creek Dr | | , Simpsonville, SC 29680 | | $ | 33.15 |
| 2079 | Marci Chase Inc | | , 1620 Cornwall | | , Casper, WY 82609 | | $ | - |
| 2080 | Davis Family Trust | , Lillian Elizabeth Davis, Trustee | , 5130 West Ken Caryl Ave | | , Littleton, CO 80128 | | $ | - |
| 2081 | Herta Eva Smyth | | , 1395 Radcliffe Drive | | , Corona, CA 92881 | | $ | 15.30 |
| 2082 | Peggy A Delidle | | , 8 Frost Lane | | , Colorado Springs, CO 80916 | | $ | 4.78 |
| 2083 | Bill Lockman | | , 76-12 35th Ave #4A | | , Jackson Heights, NY 11372 | | $ | 20.40 |
| 2084 | Bronwynn Smyth Daniels | | , 8788 Coral Springs CT H-206 | | , Huntington Beach, CA 92646 | | $ | 15.30 |
| 2086 | Colman & Company LLC | | , PO BOX 9035, 2022 | | , Denver, CO 80209 | | $ | - |
| 2090 | Delujo Construction Inc | , Attn: Armado Sivilla | , 9124 Stoakes Ave | | , Downey, CA 90240 | | $ | - |
| 2093 | Colorado Royalties LLC | , Attn: Ramon Lamelas | , PO Box 1551 | | , Downey, CA 90240 | | $ | - |
| 2095 | Neil Goldblatt | | , 1615 California Street #707 | | , Denver, CO 80202 | | $ | - |
| 2096 | GMT Exploration Company LLC | | , 1560 Broadway, Suite 2000 | | , Denver, CO 80202 | | $ | - |
| 2098 | Wildcard Family Limited | | , 15660 N Dallas Parkway, Suite 1175 | | , Dallas, TX 75248 | | $ | - |
| 2099 | Allen R Hermanson | | , #208 69 Glamis Dr. SW | | , Calgary, AB T3E 6T4 | , Canada | $ | - |
| 2115 | James A Smith Estate | , Thelma L Smith Executrix | , 13855 Harrison Dr | | , Thornton, CO 80602 | | $ | - |
| 2117 | Arthur Friedman | | , 14 Spyglass | | , Rancho Mirage, CA 92270 | | $ | - |
| 2131 | Great Northwestern Industries | | , 1873 S Bellaire Street, Suite 900 | | , Denver, CO 80222 | | $ | - |
| 2132 | Esther Chorney Trust | , Marc A Chorney, Trustee | , 9429 S Star Hill Circle | | , Lone Tree, CO 80124 | | $ | - |
| 2133 | ALG Corporation | | , 191 University Blvd Suite 970 | | , Denver, CO 80206 | | $ | - |
| 2137 | Mary Lynn Morse | | | | | | $ | - |
| 2183 | Rost Energy Co Inc | | , PO Box 615 | | , Ligonier, PA 15658 | | $ | 108.13 |
| 2281 | Zeus Petroleum Inc | | , PO Box 458 | | , Bellaire, TX 77402 | | $ | 506.75 |
| 2283 | McLain Survivor's Trust | , Margaret C McLain, Trustee | , 1787 Beachwood Way | | , Pleasanton, CA 94566 | | $ | 46.68 |
| 2284 | Charles S Evenson | | , Revocable Trust | , PO Box 780516 | , Wichita, KS 67278 | | $ | 34.00 |
| 2286 | Woolley Family Trust 76097900 | , c/o Wells Fargo Bank, NA | , PO Box 41779 | | , Durango, CO 81302 | | $ | 33.15 |
| 2287 | H Loraine Mandelko | | , 938 Collyer Street | | , Longmont, CO 80501 | | $ | 3.51 |
| 2288 | Helen Hassan | | , 2085 Nipigon Drive | | , Oakville, ON L6H 4 | , Canada | $ | 27.20 |
| 2289 | James R Harrison | | , 2437 Santa Fe Dr., Unit A | | , Longmont, CO 80504 | | $ | 1.17 |
| 2290 | Kenneth & Regina Laymon | | , 1998 Squirrel Road | | , Neosho Falls, KS 66758 | | $ | 34.00 |
| 2291 | Mary Alice Billings | | , 1529 16th Place | | , Longmont, CO 80501 | | $ | 22.95 |
| 2292 | Mary Evelyn Davis | | , 110 North 7th Street | | , Livingston, MT 59047 | | $ | 4.78 |
| 2293 | Michael Ray Campbell | | , 24686 Seacall Way | | , Dana Point, CA 92629 | | $ | - |
| 2294 | Nancy Anne Kingdon | | , 3717 Flamingo Drive | | , Pocatello, ID 83201 | | $ | 0.48 |
| 2295 | Penny Reid | | , Seacall Way | | , Dana Point, CA 92629 | | $ | - |

# SCHEDULE G

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2297 | Byron Howell and Donnia Howell | | , 16699 E 106th Drive | | , Commerce City, CO 80022 | | $ | - |
| 2298 | Donald H Collins | , 39 N Emerson Street | , Apt #6 | | , Denver, CO 80218 | | $ | - |
| 2299 | Linda Ann Rowe | | , 786 Gentry Street | | , Biloxi, MS 39532 | | $ | - |
| 2300 | Michael O Collins | | , 7155 US HWY 285 | | , Morrison, CO 80465 | | $ | - |
| 2302 | Joann C Soignier | | , 1250 East 4th Avenue | | , Durango, CO 81301 | | $ | - |
| 2303 | David L Greenemeier | | , 1595 Xanthia Street | | , Denver, CO 80220 | | $ | - |
| 2304 | Hubert L White | | , 355 Moline Street | | , Aurora, CO 80010 | | $ | - |
| 2305 | Walter K Greenemeier | | , 7074 East Warren Drive | | , Denver, CO 80224 | | $ | - |
| 2307 | Candace M Tanberg | | , 6150 W Vassar Way | | , Lakewood, CO 80227 | | $ | - |
| 2308 | Excell Fund | | , PO Box 621804 | | , Littleton, CO 80162 | | $ | 35.89 |
| 2309 | City Of Westminster | , Public Works , Utilities Division Attn: Louise Waldo | , 13050 North Huron Street | | , Westminster, CO 80234 | | $ | 224.26 |
| 2310 | Mitzi D Good | , 26102 Golden Gate Canyon Rd | | | , Golden, CO 80402 | | $ | 0.38 |
| 2311 | Eog Oil Company | , Donald F Enright | , PO Box 668 | | , Niwot, CO 80544 | | $ | 13.52 |
| 2312 | CGT Inc | | , 2439 Atwood Street | | , Longmont, CO 80501 | | $ | 147.00 |
| 2313 | Harold & Luann Hartman | , Joint Tenants | , 876 N Conway Springs Rd | | , Conway Springs, KS 67031 | | $ | 721.84 |
| 2315 | Martin J Harrington Jr | | , 2236 South Jackson Street | | , Denver, CO 80210 | | $ | 34.66 |
| 2316 | Mahoney Holdings LLC | | , 7675 West 14th Avenue | , Suite 102 | , Lakewood, CO 80214 | | $ | 74.57 |
| 2317 | Berkley Family Trust | , Frankie Berkley Newberg, Trustee | , 2902 Calle Cumbre | | , San Diego, CA 92139 | , Dated April 2, | $ | 12.43 |
| 2318 | Janet Boespflug | | , 9648 West 74th Place | | , Arvada, CO 80005 | | $ | 208.81 |
| 2319 | Junetta B Bostick | | , 2920 Mardi Gras Court | | , Atwater, CA 95301 | | $ | 12.43 |
| 2320 | Verda M Keenan | | , 1 West Edith Avenue | , Apt C118 | , Los Altos, CA 94022 | | $ | 12.43 |
| 2321 | William L Morse | | , 1295 Thompson | | , Limon, CO 80828 | | $ | 18.64 |
| 2323 | Johnston Family LLC | | , 1911 W Sanibel Ct. | | , Littleton, CO 80120 | | $ | 8.15 |
| 2324 | Shirley L Koenig | | , 1753 Belle Meade Road | | , Encinitas, CA 92021 | | $ | - |
| 2325 | Van Z Spence | , And Susan K Spence | , 982 East Karval Place | | , Superior, CO 80027 | | $ | 16.31 |
| 2326 | Yvonne E Johnston | | , 420 5th Ave. So. #307 | | , La Crosse, WI 54601 | | $ | - |
| 2327 | Lanny J Larson | | , 15 Rainbow Valley Road | | , Placitas, MN 87043 | | $ | 305.72 |
| 2328 | L & S Family Ltd | | , 800 US HWY 36 | | , Byers, CO 80103 | | $ | - |
| 2329 | Jane Ann Larson | | , 111932 SE 179th Street | | , Summerfield, FL 34491 | | $ | 30.20 |
| 2331 | Calvin Enterprises Inc | | , 7353 Braun Street | | , Arvada, CO 80005 | | $ | 367.23 |
| 2332 | Nies Inc | | , 196 South Tenth Avenue | | , Brighton, CO 80601 | | $ | 775.22 |
| 2333 | Robert N Quiat | , % Quiat Gerald M | , 1720 South Bellaire Street | | , Denver, CO 80222 | | $ | 6.30 |
| 2334 | Lawrence E Irell Revocable | , Trust Elaine Irell And Eugen | , PO Box 711 | | , Burbank, CA 91503 | | $ | 1.25 |
| 2335 | Carolyn R Hibbard | | , 904 Teton Avenue | | , Caldwell, ID 83605 | | $ | 386.58 |
| 2336 | Russell L Davis | | , 3992 Hwy 231 | | , Springdale, WA 99173 | | $ | 386.58 |
| 2337 | Howard A Davis | | , 6880 West Villa Lindo Drive | | , Peoria, AZ 85383 | | $ | 386.58 |
| 2341 | Miles A Williams | | , 5838 South Standia Circle | | , Salt Lake City, UT 84121 | | $ | 8.55 |
| 2344 | Leroy G Mossell | | , 5317 Pinyon Jay Road | | , Parker, CO 80134 | | $ | 22.03 |
| 2345 | Waggoner Royalties LLC | , Thomas J Waggoner III | , #7 Newcomb Terrace | | , Wichita Falls, TX 76308 | | $ | 385.52 |
| 2346 | Bridget Faye Johnson | | , 4751 E Costilla Ave, Apt. 219 | | , Centennial, CO 80122 | | $ | 5.50 |
| 2347 | Loren C Scott | | , 7742 South Yukon Way | | , Littleton, CO 80128 | | $ | 5.50 |
| 2348 | Harley L Conner | | , 1685 Happy Valley Road | | , Santa Rosa, CA 95409 | | $ | 5.50 |
| 2349 | Trupp Mineral Rights LLC | | , 45815 East 56th Avenue | | , Bennett, CO 80102 | | $ | 69.30 |
| 2350 | Alfred J Linnebur Flying Service Inc | | , 64001 US Highway 36 | | , Byers, CO 80103 | | $ | 35.75 |
| 2351 | Castlereagh Investments Inc | | , PO Box 804 | | , Littleton, CO 80160 | | $ | 2.68 |
| 2352 | Pivot Petroleum Inc | | , 14290 Crab Apple Road | | , Golden, CO 80401 | | $ | 2.57 |
| 2353 | Gecko Enterprises LLC | | , 31299 Manitoba | | , Evergreen, CO 80439 | | $ | 0.64 |
| 2354 | Dean R & Margaret B Gackle, Jt Tenants | | , 32 Mountain Laurel Drive | | , Littleton, CO 80127 | | $ | 7.51 |
| 2355 | Eugene A Kapaun | | , 13052 Monroe Drive | | , Thornton, CO 80241 | | $ | 29.79 |
| 2356 | James R Sharp | | | | | | $ | 17.10 |
| 2357 | iMinerals LLC | | , 5 Inverness Drive East | | , Englewood, CO 80112 | | $ | 15.14 |
| 2358 | M Pope | | , 45 Pine St, #105 | | , Edmonds, WA 98020 | | $ | 1,139.48 |
| 2359 | Delina G Daniels | | , 6317 Fred Allen Rd | | , Long Beach, MS 39560 | | $ | 22.80 |
| 2364 | Richard Huffsmith | | , 406 West Pine Street | | , Lewistown, MT 59457 | | $ | - |
| 2365 | Susan M Kunce | | , 1108 Camden Ct | | , Waco, TX 76712 | | $ | 730.13 |
| 2366 | North American Energy | | , 500 Crescent Court | | , Dallas, TX 75201 | | $ | 182.87 |
| 2367 | Puckett Holding LLC | | , 5460 South Quebec Street | | , Greenwood Village, CO 80111 | | $ | 45.75 |
| 2368 | Thomas T Holley Jr | | , PO Box 3602 | | , Whichita Falls, TX 76301 | | $ | 45.75 |
| 2369 | CGG HOLDINGS LP | | , 2800 Northwood Road | | , Austin, TX 78703 | | $ | 182.88 |
| 2370 | Douglas D Hough | | , PO Box 1009 | | , Giddings, TX 78942 | | $ | 234.03 |
| 2371 | JAMES V SANDEN JR | | , 909 Centre Ave #119 | | , Fort Collins, CO 80526 | | $ | 1,232.46 |
| 2372 | Mary Kay Trujillo | | , 1252 East 4th Street | | , Loveland, CO 80537 | | $ | 1,254.99 |
| 2373 | Nancy Jean Herter | | , 225 Grouse Hollow Lane | | , Loveland, CO 80537 | | $ | 851.28 |
| 2374 | R M Hough Jr | | , 700 Colfax Street | | , Fort Morgan, CO 80701 | | $ | 234.09 |
| 2375 | Richard G Sellke | | , 550 NW 114th Ave | | , Portland, OR 97229 | | $ | 1,462.93 |
| 2376 | TERESA LYNN FOSTER | | , 3049 1/2 E 1/2 Road | | , Gand Junction, CO 81504 | | $ | 410.80 |
| 2377 | Michael P Cadogan | , Nancy Colleen Kunce Estate | , 82 Meigs Drive | | , Shalimar, FL 32579 | | $ | 373.14 |
| 2378 | Marvin Ray Gilbert | | , 8480 County Road 31 | | , Fort Lupton, CO 80621 | Active: | $ | - |
| 2379 | Gary N Sanden | | , 1215 Night Blue Circle | | , Monument, CO 80132 | | $ | - |
| 2401 | Petrolera Carlos LLC | , c/o Charles L Cavness | , 1660 17th Street | , Suite 325 | , Denver, CO 80202 | | $ | - |
| 2407 | Kimberly S Pitman | | , 8910 Green Ray Drive | | , Houston, TX 77095 | | $ | 633.88 |

# SCHEDULE G

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2408 | Patsy R Swanson | | , 2120 El Paseo #407 | | , Houston, TX 77054 | $ | 633.88 |
| 2411 | Alice M Flanagan | , Barbara J Cox as POA | , 4241 Briarpark Drive | | , Lincoln, NE 68516 | $ | - |
| 2412 | Carolyn Joyce Bohm | | , 11000 West 38th Avenue, Apt 204 | | , Wheat Ridge, CO 80033 | $ | - |
| 2413 | Frances Brenner | | , 1350 Kimberly Ridge Road #206 | | , Bettendorf, IA 52722 | $ | - |
| 2414 | George Mandelko | | , 6220 Otis Street | | , Arvada, CO 80003 | $ | - |
| 2416 | Paul F Mandelko | | , 515 Iowa Avenue | | , Stratton, CO 80836 | $ | 0.29 |
| 2417 | Therese Reichardt | | , 12340 Oakland | | , Henderson, CO 80640 | $ | - |
| 2432 | James D Keisling | | , 2907 Welton Cliff Drive | | , Cedar Park, TX 78613 | $ | 75.79 |
| 2438 | Donna L Long | | , 3460 E Orchard Road | | , Centennial, CO 80121 | $ | 76.36 |
| 2439 | Dorothy A Lynn | | , PO Box 741291 | | , Arvada, CO 80006 | $ | 76.36 |
| 2440 | Richard A Stark | | , 3943 County Road 7 | | , Erie, CO 80516 | $ | 76.36 |
| 2441 | Rodger I Stark | | , 11060 W Bear Creek Drive | | , Lakewood, CO 80227 | $ | 76.36 |
| 2511 | Dennis Koch | | , 14708 East 135th Avenue | | , Brighton, CO 80601 | $ | - |
| 2513 | Ben Koch | | , 9025 Brooks Drive | | , Arvada, CO 80004 | $ | - |
| 2520 | VS Investors LLC | | , 288 Clayton Street | , Suite 206 | , Denver, CO 80206 | $ | 147.86 |
| 2522 | Champlin Exploration Inc | | , Distribution Acct | , PO Drawer 3488 | , Enid, OK 73702 | $ | 1,096.03 |
| 2546 | LC Fulenwider Inc | | , 1125 17th Street | , Suite 2500 | , Denver, CO 80202 | $ | 18.90 |
| 2577 | Robert L & Charla A Jackson | | , 130 South 13th Avenue | | , Brighton, CO 80601 | $ | 955.04 |
| 2591 | Smith Farms Partners | | , 7320 Kearney Street | | , Commerce City, CO 80022 | $ | 422.81 |
| 2601 | Timothy L Mestepey | | , 10389 West Fair Avenue, Unit D | | , Littleton, CO 80127 | $ | 661.75 |
| 2602 | James R Mestepey | | , 7447 Ingalls Court | | , Arvada, CO 80003 | $ | 661.75 |
| 2607 | James L Miller | | , 2150 South County Road 129 | | , Bennett, CO 80102 | $ | 1.03 |
| 2623 | DIBC Adams County LLC | , c/o Fulenwider Inc | , 1125 17th Street | , Suite 2500 | , Denver, CO 80202 | $ | 128.96 |
| 2625 | David Honeycutt | , Texas American Resources CO | , 201 W 5th Street, Suite 1300 | | , Austin, TX 78701 | $ | 83.40 |
| 2626 | Troy Gieselman | | , 2000 Pursley Road | | , Dripping Springs, TX 78620 | $ | 137.67 |
| 2627 | Don A Charbula | | , 11900 Sudbury Cove | | , Austin, TX 78748 | $ | 69.47 |
| 2628 | Ladelle Roberts | | , 202 Nicole Way | | , Bastrop, TX 78602 | $ | 59.38 |
| 2629 | Karen M White | | , 1717 Star Light Circle | | , Cedar Park, TX 78613 | $ | 22.76 |
| 2630 | Thomas Rogers | | , 13935 Shannon Drive | | , Broomfield, CO 80020 | $ | 126.29 |
| 2631 | Allison Moynihan | | , 10300 Twin Lake Loop Circle | | , Dripping Springs, TX 78620 | $ | 16.44 |
| 2635 | Timothy R Muniz | | , 9200 Sunshine Meadow Place | | , Parker, CO 80134 | $ | 18.86 |
| 2636 | Jeffery E Carlson | | , 6608 South Louisville Avenue | | , Tulsa, OK 74136 | $ | 126.29 |
| 2637 | Mike Wichterich | | , 113 Schooner Drive | | , Austin, TX 78738 | $ | - |
| 2638 | L Bryant Williams | | , 4150 Bell Springs Road | | , Dripping Springs, TX 78620 | $ | 48.02 |
| 2640 | Wai-Choo Finch | | , 8744 Chalk Knoll Drive | | , Austin, TX 78735 | $ | 22.76 |
| 2641 | Jared Wallace Rush | | , 4536 King Street | | , Denver, CO 80211 | $ | 45.13 |
| 2642 | Troy Pinkston | | , 14904 Sand Dollar Court | | , Austin, TX 78728 | $ | 38.54 |
| 2644 | Drew Pinzur | | , 804 East 45th 1/2 Street | | , Austin, TX 78751 | $ | 38.54 |
| 2645 | Mountain States Minerals, LLC | | , 1550 Larimer Suite 313 | | , Denver, CO 80202 | $ | - |
| 2650 | Kristine Macaluso | | , 2109 Vermont Road | | , Vail, CO 81657 | $ | 13.00 |
| 2651 | Ingibjorg M Stefansdottir | | , PO Box 542 | | , Morrison, CO 80465 | $ | 2.52 |
| 2652 | Norman W Nuss | | , 7176 South Oneida Circle | | , Englewood, CO 80112 | $ | 2.52 |
| 2653 | Denice D Van Kirk | | , 10463 Chinook Trail | | , Parker, CO 80138 | $ | 2.52 |
| 2654 | James L Lane | | , 2047 S Welch Circle | | , Lakewood, CO 80138 | $ | - |
| 2655 | Stephen A Sonnenberg | | , 13995 W 30th Avenue | | , Golden, CO 80401 | $ | 1.27 |
| 2656 | Robert Thomas Weimer | | , 25853 Mt Vernon Road | | , Golden, CO 80401 | $ | 0.42 |
| 2657 | Paul C Weimer | | | | , Denver, CO | $ | - |
| 2658 | Carl S Weiner | | , 6623 Bean Mountain Lane | | , Boulder, CO 80301 | $ | 0.42 |
| 2682 | Adobe Acquisition LLC | | , 1000 Ballpark Way | , Suite 216 | , Arlington, TX 76011 | $ | 31.57 |
| 2709 | Sarah Ann Grimes | | , 2304 Tower Drive | | , Austin, TX 78703 | $ | 83.40 |
| 2766 | Elsie Johnson Estate | , James Samuel Johnson Personal Rep | , 18663 East Powers Lane | | , Aurora, CO 80015 | $ | - |
| 2774 | Carmelita Koch | , c/o Diane K Koch Attorney In Fact | , 608 Broad Street | | , Milliken, CO 80543 | $ | 39.94 |
| 2807 | Owen T Hall | | , PO Box 491 | | , East Lake, CO 80614 | $ | 21.87 |
| 2815 | I Jewell Danford | | , 966 Pawnee Street | | , Strasburg, CO 80136 | $ | 1,096.03 |
| 2833 | Johann Mandelko | | , 10009 Beach Street | | , Federal Heights, CO 80260 | $ | 0.29 |
| 2846 | Panoramic Petroleum, Inc. | | , PO Box 600034 | | , Dallas, TX 75360 | $ | 180.47 |
| 2850 | Dorothy Peet Bankerd Trust | | , 114 Knibbe Ave. | | , San Antonio, TX 78209 | $ | - |
| 2931 | Judith A Brown | | , 13806 Ridge Farm | | , San Antonio, TX 78230 | $ | - |
| 2935 | The Jerry P Hill Living Trust | | , 750 N Tamiammi Trail #1602 | | , Sarasota, FL 34236 | $ | 95.99 |
| 2937 | Henry C Hall, Jr. Family Trust | | , 1559 Logan Street | | , Denver, CO 80203 | $ | 3.82 |
| 2939 | Monteco Energy, Inc. | | , 7114 W Jefferson Avenue, Suite 206 | | , Lakewood, CO 80235 | $ | - |
| 2943 | Cheryl E Lockman | | , PO Box 803 | | , Franktown, CO 80116 | $ | 10.20 |
| 2944 | William T Lockman | | , 239 E Saddlehorn Drive | | , Safford, AZ 85546 | $ | 10.20 |
| 2945 | Tina Lynne Read | | , 14 Elkhorn Road | | , Townsend, MT 59644 | $ | 10.20 |
| 2974 | Charles A Houy, Trustee of the | | , Houy Minerals Trust of 2015 | , 363 Huntington Avenue, Unit 2 | , Boston, MA 02130 | $ | 89.95 |
| 2982 | Arthur Michael Guetter | | , 15373 CR 28.1 | | , Sterling, CO 80751 | $ | - |
| 2983 | Rosemary Applehans | | , 1752 Pioneer Place | | , Eaton, CO 80615 | $ | 26.18 |
| 2984 | Judy Lebeda | | , 7774 E 124th Drive | | , Thornton, CO 80602 | $ | - |
| 2993 | Flora M Terry | , Houdini Enterprises, LLC | , 12761 Meadowlark Lane | | , Broomfield, CO 80021 | $ | 62.01 |
| 2994 | Audrey L Hlaus Family Trust | | , PO Box 151 | | , Wilson, KS 67490 | $ | - |
| 2995 | Angela K Richison | | , 13535 S 177th West Ave | | , Kellyville, OK 74039 | $ | - |

# SCHEDULE G

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2996 | Parker M Inman Trust | , c/o John E Nation, Trustee | , 13610 S 177th West Ave | | , Kellyville, OK 74039 | $ | - |
| 2997 | Molly B Inman Trust | , c/o John E Nation, Trustee | , 13610 S 177th West Ave | | , Kellyville, OK 74039 | $ | - |
| 2998 | Carson H Inman Trust | , c/o John E Nation, Trustee | , 13610 S 177th West Ave | | , Kellyville, OK 74039 | $ | - |
| 3000 | Gary S Sandlin, LLC | | , 1580 Lincoln Street Ste 580 | | , Denver, CO 80203 | $ | 4.10 |
| 3001 | Dianne L Arnold | | , 1816 Bentwater Parkway | | , Granbury, TX 76049 | $ | 45.19 |
| 3002 | David L. Pape | | , 7216 W 23rd Street Road | | , Greeley, CO 80634 | $ | - |
| 3003 | Marilyn Cronk | | , 43905 E 64th Ave | | , Bennett, CO 80102 | $ | 31.24 |
| 3004 | Boyd Piland Estate | | , 43651 E 38th Ave | | , Bennett, CO 80102 | $ | 36.44 |
| 3005 | Virgil Piland | | , 6311 Schumaker Rd | | , Bennett, CO 80102 | $ | 31.24 |
| 3006 | Lowell D. Piland | | , 43651 E 38th Ave | | , Bennett, CO 80102 | $ | 31.24 |
| 3007 | Champlin Exploration Inc | | , PO Drawer 3488 | | , Enid, OK 73702 | $ | 121.65 |
| 3008 | Jewell Danford | | , 966 Pawnee Street | | , Strasburg, CO 80136 | $ | 121.65 |
| 3009 | Bill Barrett Corporation | | , 555 17th Street Suite 3700 | | , Denver, CO 80202 | $ | - |
| 3010 | Reed Real Estate LP | | , PO BOX 594 | | , Brighton, CO 80601 | $ | 2,387.83 |
| 3011 | KP Kauffman Company, Inc | | , 1675 Broadway, Ste 2800 | | , Denver, CO 80202 | $ | - |
| 3018 | Thomas C Lauridson Trust dtd 5/25/2016 | | , 14711 Zuni Street | | , Broomfield, CO 80023 | $ | 54.77 |
| 3019 | The T.C. Lauridson Family Trust | | , 14711 Zuni Street | | , Broomfield, CO 80023 | $ | 63.55 |
| 3020 | The Linda and Stan Friskney Trust | | , Attn: Brian Bertsch | , 3120 Village Vista Dr #106 | , Erie, CO 80516 | $ | 63.55 |
| 3042 | LPD Energy LLC | | , 15585 Timberside Court | | , Colorado Springs, CO 80921 | $ | 27.06 |
| 3043 | McCullis Resources Co., Inc. | | , PO Box 3248 | | , Littleton, CO 80161 | $ | 257.16 |
| 3044 | Christopher and Denise Lefor | | , 32651 E. 137th Way | | , Brighton, CO 80603 | $ | - |
| 3046 | Roland L. Shelton | | , PO Box 536 | | , Pinedale, WY 82941 | $ | - |
| 3049 | Hal D. McVey | | , 13215 Braun Road | | , Golden, CO 80401 | $ | - |
| 3053 | Martin Allen Scott Campbell | | , 2962 Lake Drive | | , Loveland, CO 80538 | $ | 15.13 |
| 3054 | Alyssa Angel Renee Campbell | | , 1904 Greenbriar Court | | , Johnstown, CO 80534 | $ | 15.13 |

Fill in this information to identify the case:

Debtor name Painted Pegasus Petroleum LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.***Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State ZIP Code | | |
| 2.2 | | Street<br>City State ZIP Code | | |
| 2.3 | | Street<br>City State ZIP Code | | |
| 2.4 | | Street<br>City State ZIP Code | | |
| 2.5 | | Street<br>City State ZIP Code | | |

Debtor Painted Pegasus Petroleum LLC
Name

Case number *(if known)*

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 | | Street<br>City State ZIP Code | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Painted Pegasus Petroleum LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | Chapter 7 |

❑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*........ $0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*........ $748,363.81

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*........ $748,363.81

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*........ $922,876.52

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ $0.00

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ + $861,165.64

4. **Total liabilities**........ $1,784,042.16
Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name: Painted Pegasus Petroleum LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): ______________________

☐ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>☐ Other ______ | $522,201.19 |
| **For prior year:** | From 01/01/2020 (MM/ DD/ YYYY) | to 12/31/2020 (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other ______ | $831,380.00 |
| **For the year before that:** | From 01/01/2019 (MM/ DD/ YYYY) | to 12/31/2019 (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other ______ | $990,783.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 (MM/ DD/ YYYY) | to Filing date | | |
| **For prior year:** | From 01/01/2020 (MM/ DD/ YYYY) | to 12/31/2020 (MM/ DD/ YYYY) | | |
| **For the year before that:** | From 01/01/2019 (MM/ DD/ YYYY) | to 12/31/2019 (MM/ DD/ YYYY) | | |

Debtor 1 ______ First Name Middle Name Last Name Case number *(if known)* ______

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | American Express (Creditor's name)<br>PO Box 981540 (Street)<br>El Paso, TX 79998 (City, State, ZIP Code) | 10/22/2021<br>10/5/2021<br>10/5/2021 | $16,099.32 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ______ |
| 3.2. | HP Oilfield Services LLC (Creditor's name)<br>383 Inverness Pkwy Ste 330 (Street)<br>Englewood, CO 80112-5863 (City, State, ZIP Code) | 10/12/2021<br>11/04/2021<br>11/22/2021 | $14,120.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other ______ |
| 3.3. | Behrens Resources (Creditor's name)<br>(Street)<br>(City, State, ZIP Code) | 11/10/2021<br>10/1/2021 | $13,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other ______ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | ______ (Creditor's name)<br>______ (Street)<br>______ (City, State, ZIP Code)<br>**Relationship to debtor** ______ | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1. | Creditor's name<br>Street<br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | In the Matter of the Payment of Proceeds<br>**Case number**<br>200200048 | Payment of proceeds to John J. Houlihan IV | Colorado Oil and Gas Conservation Commission<br>Name<br>1120 N Lincoln St Ste 801<br>Street<br>Denver, CO 80203-2137<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Debra D. Gilbert et al vs. Painted Pegasus Petroleum LLC<br>**Case number**<br>2019 CV 154 | Order for Possession | Adams County District Court<br>Name<br>1100 Judicial Center Dr<br>Street<br>Brighton, CO 80601-8873<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor 1 ______ Case number (if known) ______
First Name Middle Name Last Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| City State ZIP Code | **Case number** | Name |
| | **Date of order or assignment** | Street |
| | | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City State ZIP Code | | | |

**Recipient's relationship to debtor**

______

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Byman & Associates, PLLC | Attorney's Fee | 04/15/2021 | $10,338.00 |

**Address**

7924 Broadway Ste 104
Street

Pearland, TX 77581
City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City State ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 11511 Katy Fwy Ste 600C<br>Street<br>Houston, TX 77079-1927<br>City State ZIP Code | From 8/2014 To 6/31/2019 |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name<br>Street<br>City State ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. ______

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ______ | EIN: __ __–__ __ __ __ __ __ __ |

Has the plan been terminated?

❑ No

❑ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | ______ Name<br>______ Street<br>______<br>______ City State ZIP Code | XXXX– __ __ __ __ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other ______ | ______ | ______ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | ______ Name<br>______ Street<br>______<br>______ City State ZIP Code | ______<br>______<br>______<br>**Address**<br>______<br>______ | ______<br>______<br>______<br>______<br>______ | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

20.1

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No

☑ Yes. Provide details below.

Debtor 1 ______ First Name Middle Name Last Name    Case number *(if known)* ______

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| In the Matter of Alleged Violations of the Rules and Regulations of the Colorado Oil and Gas Conservation Commission | Colorado Oil and Gas Conservation Commission (Name)<br>1120 N Lincoln St Ste 801 (Street)<br>Ste 801<br>Denver CO 80203-2137 (City State ZIP Code) | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** | | | |
| 211000188 | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| See attached list (Name)<br>Street<br>City State ZIP Code | Colorado Oil and Gas Conservation Commission (Name)<br>1120 N Lincoln St Ste 801 (Street)<br>Denver CO 80203-2137 (City State ZIP Code) | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ______ To ______ |

Debtor 1 ______ First Name Middle Name Last Name Case number *(if known)* ______

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Hess Hopkins Alexander LLP (Name)<br>2211 Norfolk St Ste 700 (Street)<br>Houston, TX 77098-4044 (City State ZIP Code) | From ______ To ______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Name<br>Street<br>City State ZIP Code | From ______ To ______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Name<br>Street<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. Name<br>Street<br>City State ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Name<br>Street<br>City State ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See attached list | | , | 0.00 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name<br>Street<br>City State ZIP Code | | | |

| Relationship to debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor 1 ______ Case number *(if known)* ______
First Name Middle Name Last Name

❑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/23/2021
MM/ DD/ YYYY

✗ /s/ Joseph Mustacchia
Signature of individual signing on behalf of the debtor

Printed name Joseph Mustacchia

Position or relationship to debtor Vice President of Geosciences

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❑ Yes

**Statement of Financial Affairs # 23**

| Inspection Date | Doc # | Location ID |
|---|---|---|
| 11/11/2021 | 699503343 | 319656 |
| 11/4/2021 | 700900897 | 320386 |
| 11/4/2021 | 700900895 | 320387 |
| 11/4/2021 | 700900902 | 320434 |
| 11/4/2021 | 700900893 | 320327 |
| 11/4/2021 | 700900899 | 320382 |
| 10/27/2021 | 700900872 | 320586 |
| 10/27/2021 | 699503296 | 320358 |
| 10/27/2021 | 700900868 | 319731 |
| 10/27/2021 | 700900870 | 320108 |
| 10/26/2021 | 699503286 | 320401 |
| 10/26/2021 | 699503288 | 319775 |
| 10/22/2021 | 700900864 | 319924 |
| 10/22/2021 | 699503279 | 319742 |
| 10/22/2021 | 699503281 | 320003 |
| 10/22/2021 | 700900862 | 319946 |
| 10/21/2021 | 699503269 | 319913 |
| 10/21/2021 | 700900846 | 320410 |
| 10/21/2021 | 696900169 | 319645 |
| 10/21/2021 | 700900841 | 320137 |
| 10/21/2021 | 700900843 | 319876 |
| 10/20/2021 | 700900837 | 320110 |
| 10/15/2021 | 700900835 | 320565 |
| 10/15/2021 | 699503267 | 319701 |
| 10/14/2021 | 700900820 | 319929 |
| 10/14/2021 | 699503259 | 319954 |
| 10/14/2021 | 700900830 | 319954 |
| 10/12/2021 | 699503257 | 320079 |
| 10/12/2021 | 699503255 | 320477 |
| 10/11/2021 | 699503251 | 320040 |
| 10/11/2021 | 699503249 | 320037 |
| 10/11/2021 | 699503253 | 320069 |
| 10/7/2021 | 699503243 | 320084 |
| 10/7/2021 | 699503247 | 320027 |
| 10/7/2021 | 699503245 | 320049 |
| 10/6/2021 | 700900801 | 319683 |
| 9/30/2021 | 688000559 | 320006 |
| 9/28/2021 | 699503214 | 320133 |
| 9/27/2021 | 693505503 | 320006 |
| 9/23/2021 | 699503194 | 319876 |
| 9/23/2021 | 700900775 | 320398 |
| 9/23/2021 | 700900773 | 320609 |
| 9/23/2021 | 699503200 | 319886 |
| 9/23/2021 | 700900768 | 320594 |
| 9/23/2021 | 700900770 | 320607 |
| 9/22/2021 | 699503190 | 320374 |
| 9/22/2021 | 699503192 | 320384 |

**Statement of Financial Affairs # 23**

| | | |
|---|---|---|
| 9/22/2021 | 688000551 | 320112 |
| 9/21/2021 | 699503186 | 320083 |
| 9/21/2021 | 697503265 | 320155 |
| 9/17/2021 | 700900758 | 320365 |
| 9/17/2021 | 699503184 | 320042 |
| 9/17/2021 | 700900760 | 319932 |
| 9/16/2021 | 699503182 | 320047 |
| 9/16/2021 | 699503178 | 320111 |
| 9/16/2021 | 699503176 | 320112 |
| 9/16/2021 | 699503180 | 320029 |
| 9/16/2021 | 699503174 | 320523 |
| 9/15/2021 | 700900752 | 320566 |
| 9/15/2021 | 700900737 | 319752 |
| 9/15/2021 | 700900739 | 320565 |
| 9/15/2021 | 699503172 | 319664 |
| 9/15/2021 | 700900745 | 320577 |
| 9/15/2021 | 700900747 | 319749 |
| 9/15/2021 | 700900749 | 320567 |
| 9/8/2021 | 700900683 | 320088 |
| 9/8/2021 | 700900689 | 320024 |
| 9/8/2021 | 700900685 | 320096 |
| 9/8/2021 | 700900687 | 320161 |
| 9/3/2021 | 700900677 | 320058 |
| 9/2/2021 | 700900729 | 320041 |
| 9/2/2021 | 700900731 | 320148 |
| 9/2/2021 | 699503150 | 320133 |
| 9/2/2021 | 700900727 | 320145 |
| 9/2/2021 | 700900733 | 320097 |
| 9/1/2021 | 700900709 | 320137 |
| 9/1/2021 | 700900719 | 320327 |
| 9/1/2021 | 700900713 | 320046 |
| 9/1/2021 | 700900711 | 320045 |
| 9/1/2021 | 700900725 | 320434 |
| 9/1/2021 | 700900715 | 319876 |
| 9/1/2021 | 700900717 | 319923 |
| 9/1/2021 | 700900721 | 320387 |
| 9/1/2021 | 700900723 | 320382 |
| 8/27/2021 | 700900707 | 320168 |
| 8/27/2021 | 700900705 | 320144 |
| 8/20/2021 | 699503117 | 320523 |
| 8/20/2021 | 699503119 | 320029 |
| 8/20/2021 | 699503115 | 320112 |
| 8/19/2021 | 700900660 | 320108 |
| 8/19/2021 | 699503109 | 320042 |
| 8/19/2021 | 700900703 | 320586 |
| 8/19/2021 | 700900658 | 319731 |
| 8/19/2021 | 699503105 | 320083 |
| 8/19/2021 | 699503107 | 320085 |

**Statement of Financial Affairs # 23**

| | | |
|---|---|---|
| 8/13/2021 | 700900642 | 320033 |
| 8/13/2021 | 700900638 | 320410 |
| 8/13/2021 | 700900640 | 320112 |
| 8/13/2021 | 700900646 | 320523 |
| 8/13/2021 | 700900644 | 320111 |
| 8/5/2021 | 700900627 | 319843 |
| 7/28/2021 | 700900621 | 320044 |
| 7/22/2021 | 699503024 | 320103 |
| 7/21/2021 | 700900601 | 320090 |
| 7/16/2021 | 699503022 | 319918 |
| 7/9/2021 | 699502996 | 319652 |
| 7/9/2021 | 699502998 | |
| 7/9/2021 | 699503002 | 320055 |
| 7/8/2021 | 699502992 | 319650 |
| 7/8/2021 | 699502994 | 319646 |
| 7/8/2021 | 699502988 | 319649 |
| 7/8/2021 | 699502990 | 319648 |
| 7/2/2021 | 699502964 | 320416 |
| 7/2/2021 | 699502966 | 319680 |
| 7/2/2021 | 699502968 | 320082 |
| 7/2/2021 | 699502970 | 320144 |
| 4/2/2021 | 698600627 | 319907 |
| 4/2/2021 | 698600629 | 319997 |
| 3/31/2021 | 699502477 | 320243 |
| 3/30/2021 | 699502443 | 319885 |
| 3/30/2021 | 699502439 | 320233 |
| 3/30/2021 | 699502461 | 320589 |
| 3/30/2021 | 699502465 | 320587 |
| 3/29/2021 | 699502425 | 320329 |
| 3/29/2021 | 699502433 | 319927 |
| 3/29/2021 | 699502437 | 319735 |
| 3/15/2021 | 699502379 | 319653 |
| 3/11/2021 | 699502371 | 320136 |
| 3/11/2021 | 698600609 | 320448 |
| 3/11/2021 | 698600611 | 319774 |
| 3/11/2021 | 698600612 | 320461 |
| 3/11/2021 | 698600610 | 320449 |
| 3/9/2021 | 700900528 | 320529 |
| 3/8/2021 | 698600608 | 320136 |
| 3/8/2021 | 699502357 | 320110 |
| 3/2/2021 | 699502345 | 320534 |
| 3/2/2021 | 699502347 | 319668 |
| 3/2/2021 | 699502337 | 320028 |
| 3/1/2021 | 699502333 | 319700 |
| 2/22/2021 | 699502300 | 320163 |
| 1/25/2021 | 699502179 | 320133 |
| 1/25/2021 | 699502177 | 320202 |
| 1/22/2021 | 699502175 | 320249 |

**Statement of Financial Affairs # 23**

| | | |
|---|---|---|
| 1/22/2021 | 699502169 | 319913 |
| 1/20/2021 | 699502165 | 320097 |
| 1/20/2021 | 699502161 | 320099 |
| 1/20/2021 | 699502163 | 320145 |
| 1/19/2021 | 699502151 | 319701 |
| 1/19/2021 | 699502145 | 320162 |
| 1/19/2021 | 699502153 | 320525 |
| 1/15/2021 | 700900480 | 319787 |
| 1/14/2021 | 699502141 | 320384 |
| 1/14/2021 | 699502133 | 320133 |
| 1/14/2021 | 699502139 | 319903 |
| 1/12/2021 | 699502131 | 320529 |
| 1/11/2021 | 699502117 | 319954 |
| 1/11/2021 | 699502111 | 319680 |
| 12/9/2020 | 700900419 | 320477 |
| 12/4/2020 | 700900409 | 319775 |
| 12/4/2020 | 700900411 | 319901 |
| 11/18/2020 | 700900376 | 320169 |
| 11/18/2020 | 700900384 | 320155 |
| 11/18/2020 | 700900370 | 320400 |
| 11/18/2020 | 700900386 | 319742 |
| 11/18/2020 | 700900374 | 320175 |
| 11/13/2020 | 700900358 | 320449 |
| 11/13/2020 | 700900368 | 319774 |
| 11/13/2020 | 700900356 | 320448 |
| 11/13/2020 | 700900362 | 320461 |
| 11/11/2020 | 693503774 | 319771 |
| 11/5/2020 | 699501857 | 319918 |
| 11/4/2020 | 700900329 | 319664 |
| 11/4/2020 | 700900333 | 319962 |
| 11/4/2020 | 700900339 | 320073 |
| 11/2/2020 | 699501851 | 319771 |
| 10/21/2020 | 699501794 | 319771 |
| 10/20/2020 | 699501784 | 320096 |
| 10/15/2020 | 699501772 | 320032 |
| 10/15/2020 | 699501768 | 319975 |
| 10/15/2020 | 699501770 | 319988 |
| 10/13/2020 | 697502093 | 320095 |
| 10/13/2020 | 697502091 | 320137 |
| 10/9/2020 | 699501742 | 319771 |
| 10/9/2020 | 699501744 | 320584 |
| 10/9/2020 | 699501746 | 320585 |
| 10/9/2020 | 699501748 | 320613 |
| 9/22/2020 | 699501719 | |
| 8/27/2020 | 700900323 | 319907 |
| 8/12/2020 | 700900325 | 319997 |
| 8/7/2020 | 700900297 | 320147 |
| 8/7/2020 | 700900293 | 320401 |

**Statement of Financial Affairs # 23**

| | | |
|---|---|---|
| 7/31/2020 | 700900282 | 320082 |
| 7/31/2020 | 700900284 | 320088 |
| 7/30/2020 | 697501825 | 320137 |
| 7/30/2020 | 697501829 | 320049 |
| 7/30/2020 | 697501802 | 320095 |
| 7/30/2020 | 697501823 | 320082 |
| 7/30/2020 | 697501827 | 319664 |
| 7/30/2020 | 697501831 | 320027 |
| 7/28/2020 | 700900272 | 320416 |
| 7/22/2020 | 700900266 | 320607 |
| 7/22/2020 | 700900264 | 320609 |
| 7/21/2020 | 700900257 | 319843 |
| 7/10/2020 | 700900236 | 320498 |
| 7/8/2020 | 700900226 | 320027 |
| 7/8/2020 | 700900230 | 320040 |
| 7/8/2020 | 700900222 | 320055 |
| 7/8/2020 | 700900232 | 320069 |
| 7/8/2020 | 700900218 | 320048 |
| 7/8/2020 | 700900224 | 320049 |
| 7/8/2020 | 700900228 | 320037 |
| 6/26/2020 | 700900210 | 320042 |
| 6/26/2020 | 700900208 | 320085 |
| 6/26/2020 | 700900204 | 320083 |
| 6/24/2020 | 700900191 | 319664 |
| 6/24/2020 | 700900200 | 320084 |
| 6/24/2020 | 700900198 | 320024 |
| 6/24/2020 | 700900196 | 320047 |
| 6/24/2020 | 700900202 | 320029 |
| 6/24/2020 | 700900194 | 320523 |
| 6/16/2020 | 700900144 | 320554 |
| 6/10/2020 | 700900146 | 320033 |
| 6/10/2020 | 700900140 | 319659 |
| 6/10/2020 | 700900150 | 320112 |
| 6/10/2020 | 700900152 | 320111 |
| 6/10/2020 | 700900148 | 320119 |
| 6/3/2020 | 700900124 | 320041 |
| 6/3/2020 | 700900122 | 320148 |
| 6/3/2020 | 700900126 | 319657 |
| 5/28/2020 | 700900118 | 320003 |
| 5/27/2020 | 700900110 | 320414 |
| 5/26/2020 | 699501330 | 320551 |
| 5/26/2020 | 699501328 | 319843 |
| 5/14/2020 | 700900097 | 320090 |
| 5/14/2020 | 699501251 | 320044 |
| 5/14/2020 | 700900099 | 320058 |
| 5/1/2020 | 700900075 | 320386 |
| 5/1/2020 | 700900068 | 320387 |
| 4/28/2020 | 699501198 | 319648 |

**Statement of Financial Affairs # 23**

| | | |
|---|---|---|
| 4/28/2020 | 699501200 | 319646 |
| 4/28/2020 | 699501204 | 319652 |
| 4/28/2020 | 699501202 | 319650 |
| 4/27/2020 | 699501192 | 320449 |
| 4/24/2020 | 699501153 | 319831 |
| 4/24/2020 | 699501155 | 319963 |
| 4/24/2020 | 699501161 | 319971 |
| 4/24/2020 | 699501159 | 320402 |
| 4/24/2020 | 699501165 | 320166 |
| 4/24/2020 | 699501169 | 320000 |
| 4/23/2020 | 699501141 | 319771 |
| 4/21/2020 | 699501112 | 320095 |
| 4/21/2020 | 699501114 | 320103 |
| 4/21/2020 | 699501118 | 319876 |
| 4/21/2020 | 699501130 | 320289 |
| 4/21/2020 | 699501132 | 320006 |
| 4/21/2020 | 699501139 | 319932 |

## Statement of Financial Affairs #28

### *Painted Pegasus Petroleum, LLC dba P3 Petroleum, LLC*

*Preferred Equity Multiplier as of Round 1 - Oct 15, 2015 thru Oct 13, 2016* 10

| | | MEMBER / MANAGER | MEMBER / MANAGER | Number of Class A Units | Preferred Equity $$ | 2014 Number of Class B Units | 2015 Number of Class B Units | 2016 Number of Class B Units | 2017 Number of Class B Units | 2018 Number of Class B Units | 2019 Number of Class B Units | 2020 Number of Class B Units | Summary Equity A Units | Summary Equity B Units | Summary Preferred Equity C Units | Total Equity Units | ’#Dfwxdo#FdvK# Frqwulexwlrq<br>Actual Capital Investment $'s | Dfwxdo#Fdvk# Frqwulexwlrq<br>Preferred Equity $'s | Salary Contribution<br>Number of Class B Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Class A Multiplier 10X | Preferred Multiplier 10X | | | Through December 31st, 2017 | Through December 31st, 2017 | Through December 31st, 2018 | Through December 31st, 2019 | Through December 31st, 2020 | | | | | ($$ that came in 10/2015 TO 12/31/2017) | | (hours worked X hourly rate X 2) |
| Class A - Cash Investment | Bair, F | The Entrust Group Inc. fbo Frank Bair IRA 12/11/2014 | MEMBER 5 | 500,000 | - | | | | | | | | 500,000 | | | 500,000 | $50,000 | | - |
| | Cole, C | The Entrust Group Inc. fbo Carrie Ann Cole IRA #7230011507 12/11/2014 | MEMBER 4 | 300,000 | - | | | | | | | | 300,000 | | | 300,000 | $30,000 | | - |
| | Hixson, L | The Entrust Group Inc. fbo Lisa Granger Hixson IRA #7230011776 12/15/2014 | MANAGER 2 | 500,000 | - | | | | | | | | 500,000 | | | 500,000 | $50,000 | | - |
| | Hoffman, J | The Entrust Group Inc. fbo John Hoffman IRA # 72300012522 8/28/2015 | MANAGER 1 | 600,000 | - | | | | | | | | 600,000 | | | 600,000 | $60,000 | | - |
| | Hoffman IIT | Iron Island Technologies, Inc. 10/8/2014 | MANAGER 1 | 1,624,810 | - | | | | | | | | 1,624,810 | | | 1,624,810 | $162,481 | | |
| | Hubbard, K | The Entrust Group Inc. fbo Keith Hubbard IRA #7230011457 12/12/2014 | MANAGER 3 | 1,000,000 | - | | | | | | | | 1,000,000 | | | 1,000,000 | $100,000 | | - |
| | Hoffman-May, L | The Entrust Group Inc. fbo Leslie Anne Hoffman IRA #7230011655 12/9/2014 | MEMBER 2 | 125,704 | - | | | | | | | | 125,704 | | | 125,704 | $12,570 | | - |
| | Hoffman-May, L | The Entrust Group Inc. fbo Leslie Anne Hoffman Roth IRA #7230011689 12/9/2014 | MEMBER 2 | 43,239 | - | | | | | | | | 43,239 | | | 43,239 | $4,324 | | - |
| | Mustacchia | The Entrust Group Inc. fbo Joseph Mustacchia, III IRA #7230011656 12/11/2014 | MEMBER 3 | 1,220,000 | - | | | | | | | | 1,220,000 | | | 1,220,000 | $122,000 | | - |
| | Patterson | The Entrust Group Inc. fbo Mary F. Patterson IRA #7230011486 12/11/014 | MEMBER 1 | 329,645 | - | | | | | | | | 329,645 | | | 329,645 | $32,964 | | - |
| Class B - Sweat Equity | Bair | Bair Profits' Interest Service Equity | MEMBER 5 | | - | 79,507 | 126,530 | 262,349 | 400,000 | 273,016 | 451,786 | | | 1,593,188 | | 1,593,188 | | | $796,594 |
| | Cole | Cole Profits' Interest Service Equity | MEMBER 4 | | - | 34,168 | 21,724 | 488 | 60,000 | 40,952 | - | | | 157,333 | | 157,333 | | | $78,667 |
| | Hixson | Hixson Profits' Interest Service Equity | MANAGER 2 | | - | 122,115 | 190,264 | - | - | - | - | | | 312,380 | | 312,380 | | | $156,190 |
| | Hoffman | Hoffman Profits' Interest Service Equity | MANAGER 1 | | - | 151,298 | 284,856 | 616,587 | 700,000 | 477,778 | 702,778 | | | 2,933,296 | | 2,933,296 | | | $1,466,648 |
| | Hubbard | Hubbs Consulting Profits' Interest Service Equity | MANAGER 3 | | - | 39,297 | 247,152 | 400,595 | 500,000 | 341,270 | 501,984 | | | 2,030,298 | | 2,030,298 | | | $1,015,149 |
| | Leslie May | Leslie Hoffman Profits' Interest Service Equity | MEMBER 2 | | - | 14,385 | 28,465 | 78,758 | 30,709 | 30,952 | - | | | 183,269 | | 183,269 | | | $91,635 |
| | Mustacchia | Mustacchia Profits' Interest Service Equity | MEMBER 3 | | - | 89,678 | 186,219 | 454,633 | 500,000 | 341,270 | 501,984 | | | 2,073,784 | | 2,073,784 | | | $1,036,892 |
| | Patterson | Patterson Profits' Interest Service Equity | MEMBER 1 | | - | 98,147 | 169,548 | 392,358 | 256,299 | 204,762 | - | | | 1,121,114 | | 1,121,114 | | | $560,557 |
| | Dhoffman | Hoffman Consulting EIN# 27-2799803 Profits' Interest Service Equity | MEMBER 6 | | - | | 10,769 | 414,808 | 148,819 | 150,000 | - | | | 724,396 | | 724,396 | | | $362,198 |
| | Klinghagen | Klinghagen Profits' Interest Service Equity | MEMBER 7 | | | | | 22,055 | 22,441 | 22,619 | - | | | 67,115 | | 67,115 | | | $33,557 |
| | Mouret | Mouret Profits' Interest Service Equity | MEMBER 8 | | | | | 135,690 | 500,000 | 341,270 | 232,143 | | | 1,209,103 | | 1,209,103 | | | $604,551 |
| | Landeros | L. Landeros Interest Service Equity | MEMBER 9 | | | | | | | 299,603 | 301,190 | | | 600,793 | | 600,793 | | | $300,397 |
| | Pate | J. Pate Interest Service Equity | | | | | | | | | 341,270 | | | 341,270 | | 341,270 | | | |
| | Hollingsworth | Hollingsworth Interest Service Equity | MEMBER 10 | | | | | | | 105,159 | - | | | 105,159 | | 105,159 | | | $52,579 |
| Preferred Equity - Class C ($ Instm) | Dhoffman PE | Hoffman Consulting EIN# 27-2799803 Preferred Equity 3/10/2016 | MEMBER 6 | | 500,000 | | | | | | | | | | 500,000 | 500,000 | $0 | $50,000 | - |
| | Hoffman PE | Hoffman Preferred Equity 10/26/2015 | MANAGER 1 | | 600,000 | | | | | | | | | | 600,000 | 600,000 | $0 | $60,000 | - |
| | Hoffman PE | Hoffman Preferred Equity 6/17/2016 | MANAGER 1 | | 500,000 | | | | | | | | | | 500,000 | 500,000 | $0 | $50,000 | - |
| | Hoffman PE | Hoffman Preferred Equity 8/3/2016 | MANAGER 1 | | 800,000 | | | | | | | | | | 800,000 | 800,000 | $0 | $80,000 | - |
| | Hoffman PE | Hoffman Preferred Equity 4/2017 | MANAGER 1 | | 800,000 | | | | | | | | | | 800,000 | 800,000 | $0 | $20,050 | - |
| | Dhoffman PE | Hoffman Consulting EIN# 27-2799803 Preferred Equity 05/12/2017 | MEMBER 6 | | 288,670 | | | | | | | | | | 288,670 | 288,670 | $0 | $28,867 | - |
| | Hubbard PE | Hubbard Preferred Equity 10/26/2015 | MANAGER 3 | | 200,000 | | | | | | | | | | 200,000 | 200,000 | $0 | $20,000 | - |
| | Hubbard PE | Hubbard Preferred Equity 04/24/2017 | MANAGER 3 | | 120,000 | | | | | | | | | | 120,000 | 120,000 | $0 | $12,000 | - |
| | Mustacchia PE | Mustacchia Preferred Equity 1/2/2016 | MEMBER 3 | | 300,000 | | | | | | | | | | 300,000 | 300,000 | $0 | $30,000 | - |
| | Donnelson G | GW Funding 1 LLC 03/05/2017 | MEMBER 9 | | 250,000 | | | | | | | | | | 250,000 | 250,000 | $0 | $25,000 | - |
| | Mouret PE | Mouret Preferred Equity 10/13/2016 | MEMBER 8 | | 500,000 | | | | | | | | | | 500,000 | 500,000 | $0 | $50,000 | |
| | Mouret PE | Mouret Preferred Equity 05/1/2017 | MEMBER 8 | | 500,000 | | | | | | | | | | 500,000 | 500,000 | $0 | $10,000 | - |
| Senior Secured Loan | Missouri Fox Trot Minerals | | | | | | | | | | | | | | | | $217,500 | | |
| | | | TOTAL | $6,243,398 | $6,243,398 | $628,596 | $1,265,528 | $2,778,322 | $3,118,268 | $2,628,651 | $3,033,135 | $0 | $6,243,398 | $13,452,499 | $841,840 | $841,840 | $841,840 | $435,917 | $6,555,614 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
Southern District of Texas

**In re** Painted Pegasus Petroleum LLC

Case No. ____________

**Debtor**

Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........ $10,338.00

   Prior to the filing of this statement I have received ........ $10,338.00

   Balance Due ........ $0.00

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Contested matters and adversary proceedings

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/23/2021
*Date*

/s/ Craig Alexander Higginbotham
Craig Alexander Higginbotham
*Signature of Attorney*

Bar Number: 24059946
Byman & Associates, PLLC
7924 Broadway Ste 104
Pearland, TX 77581
Phone: (281) 884-9269

Byman & Associates, PLLC
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Painted Pegasus Petroleum LLC**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 11/23/2021 Signature /s/ Joseph Mustacchia

Joseph Mustacchia, Vice President of Geosciences

**Adams County Community and Economic**
4430 S Adams County Pkwy Ste 2000B
Brighton, CO 80601-8222

**Adams County Treasurer**
Po Box 869
Brighton, CO 80601-0869

**Air Basics, Inc.**
1580 N Lincoln St Ste 780
Denver, CO 80203-1509

**American Oilfield Products**
915 39th St
Evans, CO 80620-2710

**ATP Oilfield Products**
1247 Factory Dr
Fort Lupton, CO 80621-2810

**Big Sky Energy Equipment Inc**
Po Box 206
Brighton, CO 80601-0206

**Bond & Morris PC**
Attn Daniel Warden
303 East 17th Avenue Ste 888
Denver, CO 80203

**Cimarron Energy Inc**
Po Box 4346
Houston, TX 77210-4346

**City of Aurora**
Cashiers Office
15151 E Alameda Pkwy
Aurora, CO 80012-1555

**Colorado Oil and Gas Conservation Commission**
1120 N Lincoln St Ste 801
Denver, CO 80203-2137

**Colton**
Po Box 900
Denver, CO 80201-0900

**Cover-All Services, Inc.**
14510 Brighton Rd
Brighton, CO 80601-7316

**Crossenergy**
1399 Water Valley Pkwy Ste 300
Boulder, CO 80302

**D&D Water Service LLC**
Po Box 967
Strasburg, CO 80136-0967

**DCP Midstream LP**
Po Box 301189
Dallas, TX 75303-1189

**Debra D Gilbert**
c/o Coan, Payton & Payne LLC
1711 61st Ave Ste 100
Greeley, CO 80634-3046

**DNOW LP**
1712 Denver Ave
Fort Lupton, CO 80621-8731

**Element Production Services**
20207 Leola Way
Eaton, CO 80615-9146

**EnviroLogic Solutions Inc**
501 Graham St
Tuscola, TX 79562-2153

**Gas Ops Leak Detectives, LLC**
Po Box 545
Burlington, CO 80807-0545

**Great Solutions America LLC**
1 Riverway Ste 1700
Houston, TX 77056-1997

**Great Western Operating Co LLC**
1001 17th St Ste 2000
Denver, CO 80202-2035

**Heat Waves Hot Oil Service LLC**
Po Box 123782
Dallas, TX 75312-3782

**HP Oilfield Services LLC**
383 Inverness Pkwy Ste 330
Englewood, CO 80112-5863

**Imperial Cost Control**
24 Greenway Plz Ste 965
Houston, TX 77046-2454

**iVision Tecnologies**
13310 Cameron Reach Dr
Tomball, TX 77377-2320

**J&F Services, Inc.**
Po Box 888
Fort Lupton, CO 80621-0888

**John J Houlihan IV**
c/o John K. H. Akers Jr
Akers & Thompson LLC
4700 S Syracuse St Ste 810
Denver, CO 80237-3072

**K E Andrews & Company**
1900 Dalrock Rd
Rowlett, TX 75088-5526

**Keith Hubbard**
16820 Barker Springs Rd
Houston, TX 77084-5040

**Lesair Enviornmental Inc**
11786 Shaffer Pl Unit 210
Littleton, CO 80127-5818

**Lewis Brisbois Bisgaard & Smith LLP**
633 W 5th St Ste 4000
Los Angeles, CA 90071-2074

**Libco Enterprises Inc**
Po Box 200581
Evans, CO 80620-0581

**See attached list**

**McADA Drilling Fluids Inc**
Po Box 1080
Bay City, TX 77404-1080

**Missouri Fox Trot Minerals, LLC**
16820 Barker Springs Rd Ste 521
Houston, TX 77084-5040

**PCS Ferguson Inc**
3771 Eureka Way
Frederick, CO 80516-9446

**Petroshare Corp**
9635 Maroon Cir Ste 400dir
Englewood, CO 80112-5915

**ProTreat Technology Corp**
PO Box 16440
Golden, CO 80402

**Rapid Energy Solutions**
Po Box 13
Mead, CO 80542-0013

**Sater Tools & Services LLC**
2424 6th Ave
Greeley, CO 80631

**SL Global Energy**
10497 Town & Country Way Suite 100
Houston, TX 77024

**SWABBCO**
Po Box 745
Windsor, CO 80550-0745

**TEK LLC**
Po Box 731152
Dallas, TX 75373-1152

**WB Supply LLC**
Po Box 206620
Dallas, TX 75320-6620

**Wex Fleet Flex Card**
Po Box 6293
Carol Stream, IL 60197-6293

**WolfePak Software LLC**
500 Chestnut St Ste 500
Abilene, TX 79602-1466