# EXHIBIT I

HRM Defendants' 12(c) Motion to Dismiss

ECMC Form 27 for Greenemeier 9-30 Well

FORM 27 Rev 5/22

State of Colorado
Energy & Carbon Management Commission
1120 Lincoln Street, Suite 801, Denver, Colorado 80203
Phone: (303) 894-2100 Fax: (303) 894-2109

Document Number: 404573987

Receive Date: 03/16/2026

Report taken by: Alexander Ahmadian

# Site Investigation and Remediation Workplan (Supplemental Form)

This form shall be submitted to the Director for approval prior to the initiation of site investigation and remediation activities. However, this shall not preclude the Operator from taking immediate action to protect public health or safety, the environment, wildlife, or livestock.

This Form 27 describes site conditions as currently understood by the Operator; approval of this Form 27 by ECMC is based on the site conditions accurately described herein; any changes in site conditions identified during or subsequent to the performance of the approved workplan may necessitate additional investigation or remediation which shall be described on a supplemental Form 27.

This Form 27 is intended to provide basic information regarding the proposed site investigation and remediation actions, but the workplan may be more fully described in attached documentation.

Closure request is not available for an Initial Site Investigation and Remediation Workplan.

## OPERATOR INFORMATON

Name of Operator: PAINTED PEGASUS PETROLEUM LLC    Operator No: 10711

Address: 16820 BARKER SPRINGS RD #521

City: HOUSTON    State: TX    Zip: 77084

Contact Person: James Hix - East OWP EPS    Email: james.hix@state.co.us

**Phone Numbers**

Phone: (303) 894-2100

Mobile: (303) 905-5341

## PROJECT, PURPOSE & SITE INFORMATION

### PROJECT INFORMATION

Remediation Project #: 35904    Initial Form 27 Document #: 403806853

### PURPOSE INFORMATION

- [ ] Rule 913.c.(1): Pit or Cuttings Trench closure.
- [ ] Rule 913.c.(2): Buried or partially buried vessel closure, which will be by removal.
- [ ] Rule 913.c.(3): Remediation of Spill and Releases pursuant to Rule 912.
- [ ] Rule 913.c.(4): Land treatment of Oily Waste pursuant to Rule 905.e.
- [ ] Rule 913.c.(5): Closure of Centralized E&P Waste Management Facilities pursuant to Rule 907.h.
- [ ] Rule 913.c.(6): Remediation of impacted Groundwater pursuant to Rule 915.e.(3).D, and the contaminant concentrations in Table 915-1.
- [ ] Rule 913.c.(7): Investigation and remediation of natural gas in soil or Groundwater.
- [ ] Rule 913.c.(8): When requested by the Director due to any potential risk to soil, Groundwater, or surface water.
- [X] Rule 913.c.(9): Decommissioning of Oil and Gas Facilities.
- [ ] Rule 913.g: Changes of Operator.
- [ ] Rule 915.b: Request to leave elevated inorganics in situ.
- [X] Other: Tank Battery Decommissioning

### SITE INFORMATION

No Multiple Facilities

Facility Type: LOCATION    Facility ID: 319876    API #:    County Name: ADAMS

Facility Name: GREENEMEIER-61S64W 30NESE (OWP)    Latitude: 39.933300    Longitude: -104.586070

** correct Lat/Long if needed: Latitude:    Longitude:

QtrQtr: NESE    Sec: 30    Twp: 1S    Range: 64W    Meridian: 6    Sensitive Area? No

### SITE CONDITIONS

General soil type - USCS Classifications SC    Most Sensitive Adjacent Land Use Rangeland, Rural Residential

Is domestic water well within 1/4 mile? Yes    Is surface water within 1/4 mile? No

Is groundwater less than 20 feet below ground surface? No

**Other Potential Receptors within 1/4 mile**

DWR Permit #326303- Receipt #10019554 (DTW = 140 ft bgs, Perf Casing Top = 280 ft, TD = 420 ft, Aquifer = Upper Arapahoe (Ka)); DWR Permit #320009-Receipt 10007310 (Expired 2020) [Aquifer - Upper Arapahoe, Top - 286 ft bgs Bottom 512 ft bgs] No surface water within 1/4-mile, No NWI Mapped wetlands within 1/4-mile; No CPW Mapped Wetlands w/in 1/4-mile. Nearest residential building unit (RBU) ~915 ft SE

# SITE INVESTIGATION PLAN

## TYPE OF WASTE:

- [X] **E&P Waste**
- [X] Produced Water
- [X] Oil
- [ ] Condensate
- [ ] Drilling Fluids
- [ ] Drill Cuttings
- [ ] **Other E&P Waste**
- [ ] Workover Fluids
- [ ] Tank Bottoms
- [ ] Pigging Waste
- [ ] Rig Wash
- [ ] Spent Filters
- [ ] Pit Bottoms
- [ ] Other (as described by EPA)
- [ ] **Non-E&P Waste**

## DESCRIPTION OF IMPACT

| Impacted? | Impacted Media | Extent of Impact | How Determined |
|---|---|---|---|
| UNDETER MINED | SOILS | UNKNOWN | VISUALLY, FIELD SCREENING, ANALYTICAL |

## INITIAL ACTION SUMMARY

Description of initial action or emergency response measures take to abate, investigate, and/or remediate impacts associated with E&P Waste.

This oil and gas Location is in the Colorado ECMC Orphaned Well Program (OWP). The GREENMEIER #9-30 (OWP) (API #05-001-07100) oil and gas well was plugged and abandoned (PA) on 01/03/2025. This Form 27 Supplemental presents results of the GREENEMEIER 9-30 (Location #319876) tank battery decommissioning, Pit #102098 (Active) and Pit #102099 (Closed), and removal of the on-location flowlines. This work was performed on February 18, 2026. Field screening was performed to investigate for evidence of E&P Waste impacts. Soil samples were collected beneath key pieces of equipment, including but not limited to, aboveground storage tanks (AST), produced water vaults (PWV), earthen pits, separators, manifolds, flowline risers, and areas where E&P Waste impacts were most likely to have occurred. Flowline trenches were observed for evidence of historic spills/releases. Soil samples were submitted to an accredited environmental laboratory for analysis of full Table 915-1 parameters.

## PROPOSED SAMPLING PLAN

### Proposed Soil Sampling

- [X] Will soil samples be collected as part of this investigation? ( Number, type (grab/composite), analyses, and locations of samples ):

Grab soil samples will be collected from areas most likely to exhibit E&P Waste impacts. Soil samples will be submitted for analysis of Table 915-1 parameters including organic compounds (TPH ranges C6-C36; BTEX; 1,2,4-Trimethylbenzene, 1,3,5-Trimethylbenzene, Naphthalene, PAH) and inorganic compounds (metals, soil suitability for reclamation).

### Proposed Groundwater Sampling

- [ ] Will groundwater samples be collected as part of this investigation? ( Number, analyses, and locations of samples ):

Groundwater samples are not expected to be collected as part of this investigation. If encountered in sufficient quantity to enable sample collection, a grab groundwater sample or samples will be collected and submitted for analysis of organic compounds (BTEX; Naphthalene; 1,2,4-Trimethylbenzene; 1,3,5-Trimethylbenzene) and inorganic parameters (total dissolved solids (TDS), chloride ion, sulfate ion).

### Proposed Surface Water Sampling

- [ ] Will surface water samples be collected as part of this investigation? ( Number, analyses, and locations of samples ):

Surface water samples are not expected to be collected as part of this investigation.

### Additional Investigative Actions

- [ ] Additional alternative investigative actions described in attached Site Investigation Plan ( summary ):

No additional alternative investigative actions are expected to be conducted as part of this site investigation.

# SITE INVESTIGATION REPORT

## SAMPLE SUMMARY

**Soil** | **NA / ND**

Number of soil samples collected 23

-- Highest concentration of TPH (mg/kg) 3670

Number of soil samples exceeeding 915-1 12

-- Highest concentration of SAR 8

Was the areal and vertical extent of soil contamination delineated? No

BTEX > 915-1 No

Approximate areal extent (square feet) 3075

Vertical Extent > 915-1 (in feet) 6

**Groundwater**

Number of groundwater samples collected 0

Highest concentration of Benzene (μg/l)

Was extent of groundwater contaminated delineated? No

Highest concentration of Toluene (μg/l)

Depth to groundwater (below ground surface, in feet)

Highest concentration of Ethylbenzene (μg/l)

Number of groundwater monitoring wells installed

Highest concentration of Xylene (μg/l)

Number of groundwater samples exceeding 915-1

Highest concentration of Methane (mg/l)

**Surface Water**

0 Number of surface water samples collected

Number of surface water samples exceeding 915-1

If surface water is impacted, other agency notification may be required.

## OTHER INVESTIGATION INFORMATION

☐ Were impacts to adjacent property or offsite impacts identified?

☐ Were background samples collected as part of this site investigation?

Site-specific background samples were not collected as part of this site investigation. Site-specific background soil samples will be collected from undisturbed areas away from historic oil and gas operations during a future phase of OWP work. Samples will be collected from similar depths as the site characterization soil samples and will be submitted for analysis of Table 915-1 metals and soil suitability for reclamation parameters.

☒ Was investigation derived waste (IDW) generated as part of this investigation?

Volume of solid waste (cubic yards) 10

Volume of liquid waste (barrels) 0

☒ Is further site investigation required?

Previous results for the 01/03/2025 wellhead excavation cut and cap samples didn't indicate organic compound concentrations in the sidewall or excavation floor sample above Table 915-1. Samples were collected during the tank battery decommissioning on 02/18/2026. Sample 319876-TANK 3-S5 collected from beneath the Tank Battery at less than 1 ft bgs reported total petroleum hydrocarbons (TPH) [TPH=3670 mg/kg]. Samples 320103-PIT-WW-1 TPH sample at 4 ft [TPH=2003 mg/kg], 319876-TANK 2-S4 at 1 ft [TPH=876 mg/kg], 319876-FL5-1-S16 at 2 ft bgs [TPH=1890 mg/kg], 319876-FL6-1-S18 at 3 ft bgs [TPH=1067 mg/kg], 319876-FL8-3-S21 at 2.5 ft bgs [TPH=775 mg/kg]. Concentrations of 1,2,4-trimethylbenzene, 1,3,5-trimethylbenzene, 1-methylnaphthalene, 2-methylnaphthalene, and naphthalene were reported at concentrations above Table 915-1 Protection of Groundwater (POGW) Soil Screening Levels (SSL). Arsenic was reported above the Table 915-1 Residential SSL and barium was reported above the Table 915-1 POGW SSL in all of the samples. The pH levels in four of the flowline soil samples and SAR in two of the flowline soil samples were reported above the Table 915-1 Soil Suitability for Reclamation levels. Background soil samples were not collected. Depth to groundwater is estimated at 140 ft bgs based on a review of DWR Water Well Records. Soils consist of sandy silty clay (SC) to silt (ML).

# REMEDIAL ACTION PLAN

Does this Supplemental Form 27A include changes to a previously approved Remedial Action Plan? No

## SOURCE REMOVAL SUMMARY

Describe how source is to be removed.

If E&P Waste impacts are encountered during decommissioning of Oil and Gas Facilities, approximately 10 cubic yards of impacted soils will be excavated, temporarily stockpiled on location, and hauled to a commercial disposal facility.

## REMEDIATION SUMMARY

Describe how remediation of existing impacts to soil and groundwater is to be accomplished (i.e. summarize remedial action plan). Provide a brief narrative description including: technical justification, schedule for implementation, estimated time to attain NFA status, plus plans and specifications for the selected remedial action technology.

If E&P Waste impacted soils are encountered, approximately 10 cubic yards of the soils will be excavated and removed. If the horizontal and vertical extent of the E&P Waste impacts cannot be defined or removed during this initial action, then additional site investigation and remediation will be performed at a later date under an approved supplemental Form 27. Site data will be evaluated and remediation technologies implemented to meet Table 915-1 soil residential screening levels, protection of groundwater screening levels, or Table 915-1 groundwater and WQCC Regulation 41 numeric and narrative levels as applicable to site conditions.

## Soil Remediation Summary

☐ **In Situ**

_____ Bioremediation ( or enhanced bioremediation )

_____ Chemical oxidation

_____ Air sparge / Soil vapor extraction

_____ Natural Attenuation

_____ Other _______________

☐ **Ex Situ**

_____ Excavate and offsite disposal

If Yes: Estimated Volume (Cubic Yards) _____

Name of Licensed Disposal Facility or ECMC Facility ID # _____

_____ Excavate and onsite remediation

_____ Land Treatment

_____ Bioremediation (or enhanced bioremediation)

_____ Chemical oxidation

_____ Other _______________

## Groundwater Remediation Summary

_____ Bioremediation ( or enhanced bioremediation )

_____ Chemical oxidation

_____ Air sparge / Soil vapor extraction

_____ Natural Attenuation

_____ Other _______________

## GROUNDWATER MONITORING

If groundwater has been impacted, describe proposed monitoring plan, including # of wells or sample points, monitoring schedule, analytical methods, points of compliance. Attach a groundwater monitoring location diagram.

# REMEDIATION PROGRESS UPDATE

## PERIODIC REPORTING

**Approved Reporting Schedule:**

☐ Quarterly ☐ Semi-Annually ☐ Annually ☒ Other: A supplemental Form 27 will be submitted within 90 days upon receipt of results.

☐ **Request Alternative Reporting Schedule:**

☐ Semi-Annually ☐ Annually ☐ Other

Rule 913.e:
After initial approval of a Form 27, the Operator will provide quarterly update reports in a Supplemental Form 27 to document progress of site investigation and remediation, unless an alternative reporting schedule has been requested by the Operator and approved by the Director. The Director may request a more frequent reporting schedule based on site-specific conditions.

**Report Type:** ☐ Groundwater Monitoring ☐ Land Treatment Progress Report ☐ O&M Report ☐ Other

## Adequacy of Operator's General Liability Insurance and Financial Assurance

Describe the adequacy of the Operator's general liability insurance and Financial Assurance to fully address the anticipated costs of Remediation, including the estimated remaining cost for this project (below).
If this information has been provided on a Form 27 within the last 12 months, provide the Document Number of that form.

The former PAINTED PEGASUS PETROLEUM - 10711 ("P3") GREENEMEIER #9-30 (OWP) Location ID #319876 is in the ECMC Orphaned Well Program. The OWP will use the Operator's bond and/or other state and federal funds to decommission the tank battery, remove flowlines, and perform site investigation, remediation, and reclamation at the location.

Operator anticipates the remaining cost for this project to be: $ 80000

## WASTE DISPOSAL INFORMATION

Was E&P waste generated as part of this remediation? ______

Describe beneficial use, if any, of E&P Waste derived from this remediation project:

Volume of E&P Waste (solid) in cubic yards ______

E&P waste (solid) description ______

ECMC Disposal Facility ID #, if applicable: ______

Non-ECMC Disposal Facility: ______

Volume of E&P Waste (liquid) in barrels ______

E&P waste (liquid) description ______

ECMC Disposal Facility ID #, if applicable: ______

Non-ECMC Disposal Facility: ______

# REMEDIATION COMPLETION REPORT

## REMEDIATION COMPLETION SUMMARY

Is this a Final Closure Request for this Remediation Project? No

If YES:

☐ Compliant with Rule 913.h.(1).

☐ Compliant with Rule 913.h.(2).

☐ Compliant with Rule 913.h.(3).

Do all soils meet Table 915-1 standards? ______

Does the previous reply indicate consideration of background concentrations? ______

Does Groundwater meet Table 915-1 standards? ______

Is additional groundwater monitoring to be conducted? ______

Operator shall comply with the ECMC 1000-Series Reclamation Requirements for all impacted and disturbed areas.

# RECLAMATION PLAN

## RECLAMATION PLANNING

Describe reclamation plan. Discuss existing and new grade recontouring; method and testing of compaction alleviation; and reseeding program, including location of new seed, seed mix and noxious weed prevention. Attach diagram or drawing.

The Colorado ECMC OWP will reclaim this oil and gas location in accordance with 1000 Series Rules including grading/recontouring of disturbed areas. Reclamation will be performed under a separate scope of work. Final reclamation will be conducted per ECMC 1000 Series Rules and prioritized based on OWP ranking, project funding, and staff availability. The reclamation scope will include a plan to address and avoid any effect on reclamation from Table 915-1 inorganic and soil suitability for reclamation parameters.

Is the described reclamation complete? ______

Does the reclamation described herein constitute interim or final reclamation of the Oil and Gas Location?

☐ Interim ☐ Final

Did the Surface Owner provide the seed mix? ______

If YES, does the seed mix comply with local soil conservation district recommendations? ______

Did the local soil conservation district provide the seed mix? ______

## SITE RECLAMATION DATES

Proposed date of commencement of Reclamation. ______

Proposed date of completion of Reclamation. ______

# IMPLEMENTATION SCHEDULE

Per Rule 913.d.(2): Any change from the approved implementation schedule will be requested at least 14 days in advance, and the Operator may not make the change without the Director's approval.

## PRIOR DATES

Date of Surface Owner notification/consultation, if required. 09/25/2024

Actual Spill or Release date, or date of discovery. ______

## SITE INVESTIGATION DATES

Date of Initial Actions described in Site Investigation Plan (start date). 01/06/2025

Proposed site investigation commencement. 02/18/2026

Proposed completion of site investigation. 09/30/2027

## REMEDIAL ACTION DATES

Proposed start date of Remediation. ______

Proposed date of completion of Remediation. ______

Per Rule 913.d.(2): Any change from the approved implementation schedule will be requested at least 14 days in advance, and the Operator may not make the change without the Director's approval.

☐ Change from approved implementation schedule per Rule 913.d.(2).

Basis for change in implementation schedule:

## OPERATOR COMMENT

The former PAINTED PEGASUS PETROLEUM LLC - 10711 GREENEMEIER #9-30 (OWP) oil and gas well (API #05-001-07100) GREENEMEIER-61S64W 30NESE (Location ID #319876) is in the ECMC Orphaned Well Program ("OWP"). Civitas Resources/Extraction Oil & Gas Inc. plugged the Greenemeier #9-30 well in January 2025 as part of a public project. Previous results for the 01/03/2025 wellhead excavation cut and cap samples did not indicate organic compound concentrations in the sidewall or excavation floor samples above Table 915-1 cleanup concentrations. The OWP oversaw the decommissioning of the on location tank battery, earthen pits, and removal of on-location flowlines in February 2026. This Form 27 Supplemental presents the decommissioning sample results. Samples were collected during the tank battery decommissioning on 02/18/2026. Sample 319876-TANK 3-S5 collected from beneath the Tank Battery at less than 1 ft bgs reported total petroleum hydrocarbons (TPH) [TPH=3670 mg/kg]. Samples 320103-PIT-WW-1 TPH sample at 4 ft [TPH=2003 mg/kg], 319876-TANK 2-S4 at 1 ft [TPH=876 mg/kg], 319876-FL5-1-S16 at 2 ft bgs [TPH=1890 mg/kg], 319876-FL6-1-S18 at 3 ft bgs [TPH=1067 mg/kg], 319876-FL8-3-S21 at 2.5 ft bgs [TPH=775 mg/kg]. Concentrations of ethylbenzene and xylenes were reported in three samples collected beneath an AST and a couple of the flowlines. Concentrations of 1,2,4-trimethylbenzene, 1,3,5-trimethylbenzene, 1-methylnaphthalene, 2-methylnaphthalene, and naphthalene were reported at concentrations above Table 915-1 Protection of Groundwater (POGW) Soil Screening Levels (SSL) in these samples. Arsenic was reported above the Table 915-1 Residential SSL and barium was reported above the Table 915-1 POGW SSL in all of the samples. The pH levels in four of the flowline soil samples and SAR in two of the flowline soil samples were reported above the Table 915-1 Soil Suitability for Reclamation levels. Background soil samples were not collected at the time of well plugging or tank battery decommissioning. Site-specific background samples will be collected from undisturbed areas away from historic oil and gas facilities during a future phase of OWP work. Depth to groundwater at the site is estimated at 140 ft bgs based on a review of DWR Water Well Records. Soils consist of sandy silty clay (SC) to silt (ML). Further site investigation and remediation are required to delineate the lateral and vertical extent of E&P Waste impacts. Additional site investigation and remediation required to meet Table 915-1 cleanup concentrations will proceed under Remediation Project #35904.

I hereby certify all statements made in this form are to the best of my knowledge true, correct, and complete.

Signed: James Hix Title: East OWP EPS

Submit Date: 03/16/2026 Email: james.hix@state.co.us

Based on the information provided herein, this Application for Site Investigation and Remediation Workplan complies with ECMC Rules and applicable orders and is hereby approved.

ECMC Approved: Alexander Ahmadian Date: 06/08/2026

Remediation Project Number: 35904

| COA Type | Description |
|---|---|
| | |
| 0 COA | |

## ATTACHMENT LIST

Upon approval, the approved Form 27 and all listed attachments will be indexed to the Remediation Project file. Only the approved Form 27 will also be indexed to the related Facilities.

| Att Doc Num | Name |
|---|---|
| 404573987 | INVESTIGATION/REMEDIATION WORKPLAN (SUPPLEMENTAL) |
| 404580022 | SITE INVESTIGATION REPORT |
| 404580034 | ANALYTICAL RESULTS |
| 404685690 | FORM 27-SUPPLEMENTAL-SUBMITTED |

Total Attach: 4 Files

## General Comments

| User Group | Comment | Comment Date |
|---|---|---|
| | | Stamp Upon Approval |

Total: 0 comment(s)