# EXHIBIT K

## HRM Defendants' 12(c) Motion to Dismiss

## Excerpts of Deposition Transcript of

## Ronald McCormick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 1:24-cv-00823-CNS-CYC

CINDY McCORMICK;
RONALD McCORMICK; and,
TRUPP LAND MANAGEMENT LLC,

Plaintiffs,

vs.

HRM RESOURCES, LLC;
HRM RESOURCES II, LLC;
HRM RESOURCES III, LLC;
HRM RESOURCES IV, LLC;
L. ROGER HUTSON; TERRY PAPE;
PAINTED PEGASUS PETROLEUM, LLC; and
JOHN HOFFMAN,

Defendants.

-----------------------------------------------------

VIDEOTAPED DEPOSITION OF RONALD MCCORMICK

June 3, 2025

-----------------------------------------------------

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

SCOTT CRAIG BORISON, ESQ.
Borison Firm LLC
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Phone: 301-620-1016
Email: scott@borrisonfirm.com

SETAREH HOMAYONI, ESQ.
TAL AVRHAMI, ESQ. (Via Zoom)
ClientEarth USA, Inc.
4192 Marcasel Avenue
Los Angeles, California 90066
Phone: 605-397-7951
Email: shomayoni@clientearth.org
tavrhami@clientearth.org

ZIGMAS ("ZIGGY") POLINAUSKAS, ESQ.
Richards Carrington, LLC
1444 Blake Street
Denver, Colorado 80202
Phone: 303-962-2690
Email: zigmas@richardscarrington.com

ON BEHALF OF THE DEFENDANTS HRM RESOURCES, LLC; HRM RESOURCES II, LLC; HRM RESOURCES III, LLC; HRM RESOURCES IV, LLC; L. ROGER HUTSON; and TERRY PAPE:

MATTHEW C. ARENTSEN, ESQ.
MADELEINE L. TAYER, ESQ.
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, Colorado 80202
Phone: 303-223-1100
Email: marentsen@bhfs.com
mtayer@bhfs.com

Also Present:

Barbara Horn, Videographer
Cindy McCormick

PURSUANT TO WRITTEN NOTICE and the appropriate rules of civil procedure, the deposition of RONALD McCORMICK, called for examination by the Defendants, was taken at 675 15th Street, Suite 2900, Denver, Colorado, commencing at 9:38 a.m. on June 3, 2025, before Kirsten M. Thorngate, Registered Professional Reporter within and for the State of Colorado.

I N D E X


| | | |
|---|---|---|
| EXAMINATION: | | PAGE |
| By Mr. Arentsen | | 5 |
| DEPOSITION EXHIBITS: | | |
| Exhibit 1 | Inspection photographs, Greenmeier, 9-30 | 139 |
| Exhibit 2 | Plaintiffs' Objections and Responses to HRM Defendants' First Set of Requests for Production of Documents | 165 |
| Exhibit 3 | Plaintiffs' Objections and Responses to HRM Defendants' Second Set of Requests for Production of Documents | 172 |
| Exhibit 4 | Plaintiffs' Objections and Responses to the HRM Defendants' First Set of Requests for Admission | 177 |
| Exhibit 5 | Plaintiffs' Objections and Responses to HRM Defendants' First Set of Interrogatories | 196 |
| Exhibit 6 | Plaintiffs' Motion for Class Certification | 251 |
| Exhibit 7 | Declaration of Ronald McCormick in Support of Motion for Class Certification | 260 |
| Exhibit 8 | Letter to To Whom it May Concern from Ewing, 9/10/24 | 265 |
| Exhibit 9 | Email to Ewing from McCormick, 9/27/24, Subject: Re: Greenmeier #9-30 Orphan Well // Civitas Resources, Inc. | 275 |
| Exhibit 10 | Agreement | 281 |
| Exhibit 11 | Grant of Easement | 301 |

P R O C E E D I N G S

THE VIDEOGRAPHER: Good morning. We're going on the record at 9:38 a.m. on June 3, 2025. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Ronald McCormick, taken by counsel for defendant in the matter of Cindy McCormick, et al., versus HRM Resources LLC, et al., Case Number 1:24-cv-00823.

We're located at 675 15th Street, Denver, Colorado.

My name is Barbara Horn, representing Veritext Legal Solutions. I am the videographer. The court reporter is Kirsten Thorngate from Veritext.

All counsel will be noted on the stenographic record.

RONALD McCORMICK,

having been first duly sworn to state the whole truth, was examined and testified as follows:

EXAMINATION

BY MR. ARENTSEN:

Q. Good morning, sir.

A. Good morning.

Q. My name is Matt Arentsen, and I represent

Q. I'm sorry, sir, but could we please try to make sure we don't talk over each other. I know it's an awkward situation, because when you're having a normal conversation, you anticipate what the other person is going to say. But when we talk over each other, it makes it very difficult for our court reporter here.

So when your wife told you about her conversation with the person from Adams County and she relayed that the person from Adams County said your well was in the Orphaned Well Program, was that the first time you heard about the Orphaned Well Program?

A. Yes.

Q. And what do you understand the Orphaned Well Program to be?

A. People that abandon their wells. So that would be --

Q. Who runs -- I'm sorry. I didn't take my own advice there. Go ahead, sir.

A. So it's just the State or County, or whoever takes over, and those are the people who left the wells behind. So then it goes into an orphaned well, so they have to take care of it.

Q. What is the purpose of the Orphaned Well Program, to your knowledge?

A. To my knowledge is to tear them down and fix it and plug them.
Q. And that's the same relief you're seeking in this lawsuit, essentially, right?
A. Yeah. But I want the right people to pay for it.
Q. And you want it done more quickly than the Orphaned Well Program's doing it, right?
MR. BORISON: Objection to form.
A. Well, I was hoping it was going to be done two years after I bought the property. So I don't know which way you can look at that.
Q. (BY MR. ARENTSEN) So you're hoping this lawsuit speeds up the process?
A. Yeah.
Q. Do you know who is responsible for overseeing the Orphaned Well Program?
A. No.
Q. You don't know whether that's the State of Colorado or a local jurisdiction?
A. I don't know. I don't deal with that part. Cindy does.
Q. What did the person from Adams County that you met with tell you?
A. So he was the one that came to look at it