# EXHIBIT L

HRM Defendants' 12(c) Motion to Dismiss

Excerpts of 30(b)(6) Deposition Transcript

of Trupp Land Management LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 1:24-cv-00823-CNS-CYC

CINDY McCORMICK;
RONALD McCORMICK; and,
TRUPP LAND MANAGEMENT LLC,

Plaintiffs,

vs.

HRM RESOURCES, LLC;
HRM RESOURCES II, LLC;
HRM RESOURCES III, LLC;
HRM RESOURCES IV, LLC;
L. ROGER HUTSON; TERRY PAPE;
PAINTED PEGASUS PETROLEUM, LLC; and
JOHN HOFFMAN,

Defendants.

------------------------------------------------------

PORTIONS OF THE TRANSCRIPT HAVE BEEN DESIGNATED AS CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF
TRUPP LAND MANAGEMENT LLC, BY RANDALL TRUPP
June 23, 2025

------------------------------------------------------

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:
BEN HUDGENS, ESQ.
ZIGMAS ("ZIGGY") POLINAUSKAS, ESQ.
Richards Carrington, LLC
1444 Blake Street
Denver, Colorado 80202
Phone: 303-962-2690
Email: ben@richardscarrington.com
zigmas@richardscarrington.com
SETAREH HOMAYONI, ESQ. (Via Zoom)
EMILY YANG, ESQ. (Via Zoom)
HANA HEINEKEN, ESQ. (Via Zoom)
ClientEarth USA, Inc.
4192 Marcasel Avenue
Los Angeles, California 90066
Phone: 605-397-7951
Email: shomayoni@clientearth.org
hheineken@clientearth.org

ON BEHALF OF THE DEFENDANTS HRM RESOURCES, LLC; HRM RESOURCES II, LLC; HRM RESOURCES III, LLC; HRM RESOURCES IV, LLC; L. ROGER HUTSON; and TERRY PAPE:
JUSTIN L. COHEN, ESQ.
MATTHEW C. ARENTSEN, ESQ.
MADELEINE L. TAYER, ESQ.
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, Colorado 80202
Phone: 303-223-1100
Email: jcohen@bhfs.com
marentsen@bhfs.com
mtayer@bhfs.com

Also Present:
Brooke Van Horne (Via Zoom)
Stephanie Lee (Via Zoom)
Tal Avrhami (Via Zoom)
A. Deutsch (Via Zoom)
Kendra Gipson
Barbara Horn, Videographer

PURSUANT TO WRITTEN NOTICE and the appropriate rules of civil procedure, the deposition of TRUPP LAND MANAGEMENT, by RANDALL TRUPP, called for examination by the Defendants, was taken at 675 15th Street, Suite 2900, Denver, Colorado, commencing at 9:30 a.m. on June 23, 2025, before Kirsten M. Thorngate, Registered Professional Reporter within and for the State of Colorado.

# I N D E X


| EXAMINATION: | | PAGE |
|---|---|---|
| By Mr. Cohen | | 7 |
| DEPOSITION EXHIBITS: | | |
| Exhibit 1 | Handwritten notes | 18 |
| Exhibit 2 | Deposition notice | 31 |
| Exhibit 3 | Class Action Complaint and Jury Demand | 56 |
| Exhibit 4 | Plaintiffs' Motion for Class Certification | 131 |
| Exhibit 5 | Declaration of Randall J. Trupp in Support of Motion for Class Certification | 135 |
| Exhibit 6 | Adams County Treasurer's Office Receipt of Payment | 148 |
| Exhibit 7 | Quitclaim Deed | 153 |
| Exhibit 8 | Photographs | 160 |
| Exhibit 9 | Well scout card | 177 |
| Exhibit 10 | Letter to Trupp from Carbon Shield, 10/9/23 | 185 |
| Exhibit 11 | Quitclaim Deed | 193 |
| Exhibit 12 | Email to Sippel from Trupp, 7/23/24, Subject: Fwd: Complaint #402954060 - Resolution Letter.pdf; Field Inspection Form #688500336.pdf; Inspection Photo Log, Trupp 1-32 & 2-32 Tank Batter.pdf | 195 |
| Exhibit 13 | Well scout card | 203 |
| Exhibit 14 | Field Operations Notice | 205 |
| Exhibit 15 | Field Inspection Form | 210 |

| | | |
|---|---|---|
| Exhibit 16 | Well Scout Card | 216 |
| Exhibit 17 | Right of Way, Easement, and Damage Release Agreement | 218 |
| Exhibit 18 | Division Order, 12/14/15 | 230 |
| Exhibit 19 | Plaintiffs' Objections and Responses to HRM Defendants First Set of Interrogatories | 245 |
| Exhibit 20 | Plaintiffs' Supplemental Responses and Objections to the Defendants' Interrogatory Numbers 8 through 11 CONFIDENTIAL | 254 |
| Exhibit 21 | Solar Energy Lease and Easement Agreement - CONFIDENTIAL | 280 |
| Exhibit 22 | Plaintiffs' Objections and Responses to HRM Defendants First Set of Requests for Production of Documents | 281 |
| Exhibit 23 | Plaintiffs' Objections and Responses to the HRM Defendants First Set of Requests for Admission | 292 |


TRANSCRIPT DESIGNATIONS: CONFIDENTIAL

PAGES: 253:10-13

262:22-264:1

265:3-8

267:3-269:1

281:3-6

281:15-19

P R O C E E D I N G S

THE VIDEOGRAPHER: Good morning. We're going on the record at 9:30 a.m. on June 23, 2025.

Please note that the microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the 30(b)(6) video-recorded deposition of Trupp Land Management, represented by Randy Trupp, taken by counsel for Defendant in the matter of Cindy McCormick, et al., versus HRM Resources, LLC, et al., being heard in the U.S. District Court for the District of Colorado, Case Number 1:24-cv-00823.

We're located at 675 15th Street, Denver, Colorado.

My name is Barbara Horn, representing Veritext Legal Solutions. I am the videographer. The court reporter is Kirsten Thorngate from Veritext.

Counsel, will you please introduce yourselves and affiliations for the record, beginning with the noticing attorney.

MR. COHEN: Good morning. Justin Cohen

and Madeleine Tayer on behalf of the defendant HRM Resources entities and Roger Hutson and Terry Pape.

MR. HUDGENS: Benjamin Hudgens and Zigmas Polinauskas for the plaintiffs.

RANDALL TRUPP,

having been first duly sworn to state the whole truth, was examined and testified as follows:

EXAMINATION

BY MR. COHEN:

Q. Good morning, Mr. Trupp.

As you heard, I introduced myself. I represent the HRM defendant entities in this case and Roger Hutson and Terry Pape.

How are you doing today?

A. I'm doing okay.

Q. Would you please state and spell your full name for the record.

A. Yeah. My name is Randall John Trupp. It's R-a-n-d-a-l-l. John is J-o-h-n. Trupp is T-r-u-p-p.

Q. Are there any names or nicknames you go by?

A. Randy.

Q. Randy.

What's your home address, Mr. Trupp?

A. No.
Q. Why did Trupp Land Management join this lawsuit?
A. Well, because it would really be nice to have that well cleaned up.
Q. We've talked a little bit about the Orphaned Well Program. What's your understanding of what the Orphaned Well Program is?
A. Basically, the government will eventually come in and take care of the well.
Q. And when you say "government," that's the -- the ECMC oversees the Orphaned Well Program, right?
A. Yes.
MR. HUDGENS: Objection. Form.
Q. (BY MR. COHEN) So the Double-Usx well that's on the west half of Section 17 is in the Orphaned Well Program, correct?
A. I believe so. I have not got any exact letter that states that, but I believe it is.
Q. And if it is, that means that the government will come in and take care of the well, using your words, right?
A. Yes. Hopefully before I die, maybe.
Q. So if -- assuming that the Double-Usx

well is in the Orphaned Well Program, why are you bringing this lawsuit if that well is going to be plugged and abandon and remediated?

A. I just said --

MR. HUDGENS: Objection. Form.

A. -- basically, with the government, you have no idea when that's going to happen. It could be -- I might already be dead and gone before it ever gets taken care of.

Q. (BY MR. COHEN) So you just -- your lawsuit is to force -- or to try to force the plugging and abandoning to happen more quickly; is that fair?

A. No. I think people ought to do what they're supposed to do. I think I stated that before.

Q. So who do you believe should plug and abandon the wells at issue in this case?

MR. HUDGENS: Objection. Form.

A. Whoever is legally responsible.

Q. (BY MR. COHEN) And who do you believe that to be?

A. It would probably be HRM, if you want me to say that.

Q. Well, why do you say HRM?

A. Because they're the last true operators of the well.